UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

NO: 05-11140 RCL

| | |
|---|---|
| LORRAINE HUNT, On Behalf of Herself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>BAYVIEW CREMATORY, LLC, DEREK A. WALLACE, LINDA STOKES, AMERICAN CREMATION SOCIETY, INC., AMERICAN SOCIETY FOR CREMATION, AMERICAN SOCIETY FOR FUNERAL SERVICES, INC., COMMONWEALTH CREMATION & SHIPPING SERVICE, INC., COMMONWEALTH FUNERAL SERVICE, INC., CREMATION SOCIETY, INC., DRACUT FUNERAL HOME INCORPORATED, FARRAH FUNERAL HOME, HAMEL WICKENS & TROUPE FUNERAL HOME, INC., HART-WALLACE FUNERAL HOME, KEEFE FUNERAL HOME, INC., SCATAMACCHIA FUNERAL HOME, SIMPLICITY BURIAL & CREMATION, INC., f/k/a OCEANSIDE FAMILY FUNERAL HOME, WILLIAM F. SPENCER FUNERAL SERVICES and DOES 1-50, INCLUSIVE,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

## ANSWER OF DEFENDANT, CREMATION SOCIETY, INC., TO PLAINTIFF'S COMPLAINT AND JURY DEMAND

1.     No answer is required as to the general nature of the cause of action stated in Paragraph 1

of the plaintiff's Complaint.

2.     The Defendant is without knowledge or information sufficient to form a belief as to the
truth of the allegations contained in Paragraph 2 of plaintiff's Complaint.

3.     The Defendant is without knowledge or information sufficient to form a belief as to the
truth of the allegations contained in Paragraph 3 of plaintiff's Complaint.

4.     The Defendant is without knowledge or information sufficient to form a belief as to the
truth of the allegations contained in Paragraph 4 of plaintiff's Complaint.

5.     The Defendant is without knowledge or information sufficient to form a belief as to the
truth of the allegations contained in Paragraph 5 of plaintiff's Complaint.

6.     The Defendant is without knowledge or information sufficient to form a belief as to the
truth of the allegations contained in Paragraph 6 of plaintiff's Complaint.

7.     The Defendant is without knowledge or information sufficient to form a belief as to the
truth of the allegations contained in Paragraph 7 of plaintiff's Complaint.

8.     The Defendant is without knowledge or information sufficient to form a belief as to the
truth of the allegations contained in Paragraph 8 of plaintiff's Complaint.

9.     The Defendant is without knowledge or information sufficient to form a belief as to the
truth of the allegations contained in Paragraph 9 of plaintiff's Complaint.

10.    The Defendant is without knowledge or information sufficient to form a belief as to the
truth of the allegations contained in Paragraph 10 of plaintiff's Complaint.

11.    The Defendant is without knowledge or information sufficient to form a belief as to the
truth of the allegations contained in Paragraph 11 of plaintiff's Complaint.

2

12. The Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 12 of plaintiff's Complaint.

13. The Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 13 of plaintiff's Complaint.

14. The Defendant admits that the Cremation Society, Inc., is a corporation organized and existing under the laws of the Commonwealth of Massachusetts.

15. The Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 15 of plaintiff's Complaint.

16. The Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 16 of plaintiff's Complaint.

17. The Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 17 of plaintiff's Complaint.

18. The Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 18 of plaintiff's Complaint.

19. The Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 19 of plaintiff's Complaint.

20. The Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 20 of plaintiff's Complaint.

21. The Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 21 of plaintiff's Complaint.

3

953902v1

22.   The Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 22 of plaintiff's Complaint.

23.   The Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 23 of plaintiff's Complaint.

24.   The Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 24 of plaintiff's Complaint.

25.   The Defendant denies that the plaintiff has jurisdiction over this matter.

26.   The Defendant denies that diversity jurisdiction exists in the present case.

27.   The Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 27 of plaintiff's Complaint.

28.   The Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 28 of plaintiff's Complaint.

29.   The Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 29 of plaintiff's Complaint.

30.   The Defendant denies the allegations contained in Paragraph 30 of plaintiff's Complaint.

31.   The Defendant denies the allegations contained in Paragraph 31 of plaintiff's Complaint.

32.   The Defendant denies the allegations contained in Paragraph 33 of plaintiff's Complaint.

33.   The Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 33 of plaintiff's Complaint.

34.   The Defendant denies the allegations contained in Paragraph 34 of plaintiff's Complaint.

35.   The Defendant denies the allegations contained in Paragraph 35 of plaintiff's Complaint.

4

36.    The Defendant denies the allegations contained in Paragraph 36 of plaintiff's Complaint.

37.    The Defendant denies the allegations contained in Paragraph 37 of plaintiff's Complaint.

38.    The Defendant is without knowledge or information sufficient to form a belief as to the
       truth of the allegations contained in Paragraph 38 of plaintiff's Complaint.

39.    The Defendant admits that decorum and respect in handling human remains is required,
       but the Defendant denies that it knew, recklessly and/or negligently disregarded, the
       Bayview Crematory failed to abide by this ethical code.

40.    The Defendant is without knowledge or information sufficient to form a belief as to the
       truth of the allegations contained in Paragraph 40 of plaintiff's Complaint.

41.    The Defendant is without knowledge or information sufficient to form a belief as to the
       truth of the allegations contained in Paragraph 41 of plaintiff's Complaint.

42.    The Defendant is without knowledge or information sufficient to form a belief as to the
       truth of the allegations contained in Paragraph 42 of plaintiff's Complaint.

43.    The Defendant is without knowledge or information sufficient to form a belief as to the
       truth of the allegations contained in Paragraph 43 of plaintiff's Complaint.

44.    The Defendant is without knowledge or information sufficient to form a belief as to the
       truth of the allegations contained in Paragraph 44 of plaintiff's Complaint.

45.    The Defendant is without knowledge or information sufficient to form a belief as to the
       truth of the allegations contained in Paragraph 45 of plaintiff's Complaint.

46.    The Defendant is without knowledge or information sufficient to form a belief as to the
       truth of the allegations contained in Paragraph 46 of plaintiff's Complaint.

5

47.   The Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 47 of plaintiff's Complaint.

48.   The Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 48 of plaintiff's Complaint.

49.   The Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 49 of plaintiff's Complaint.

50.   The Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 50 of plaintiff's Complaint.

51.   The Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 51 of plaintiff's Complaint.

52.   The Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 52 of plaintiff's Complaint.

53.   The Defendant denies the allegations contained in Paragraph 53 of plaintiff's Complaint.

54.   The Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 54 of plaintiff's Complaint.

55.   The Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 55 of plaintiff's Complaint.

56.   The Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 56 of plaintiff's Complaint.

57.   The Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 57 of plaintiff's Complaint.

58.    The Defendant is without knowledge or information sufficient to form a belief as to the
       truth of the allegations contained in Paragraph 58 of plaintiff's Complaint.

59.    The Defendant is without knowledge or information sufficient to form a belief as to the
       truth of the allegations contained in Paragraph 59 of plaintiff's Complaint.

60.    The Defendant is without knowledge or information sufficient to form a belief as to the
       truth of the allegations contained in Paragraph 60 of plaintiff's Complaint.

61.    The Defendant denies the allegations contained in Paragraph 61 of plaintiff's Complaint.

62.    The Defendant denies the allegations contained in Paragraph 62 of plaintiff's Complaint.

63.    The Defendant is without knowledge or information sufficient to form a belief as to the
       truth of the allegations contained in Paragraph 63 of plaintiff's Complaint.

64.    The Defendant denies the allegations contained in Paragraph 64 of plaintiff's Complaint.

65.    The Defendant denies the allegations contained in Paragraph 65 of plaintiff's Complaint.

66.    The Defendant is without knowledge or information sufficient to form a belief as to the
       truth of the allegations contained in Paragraph 66 of plaintiff's Complaint.

67.    The Defendant is without knowledge or information sufficient to form a belief as to the
       truth of the allegations contained in Paragraph 67 of plaintiff's Complaint.

68.    The Defendant is without knowledge or information sufficient to form a belief as to the
       truth of the allegations contained in Paragraph 68 of plaintiff's Complaint.

69.    The Defendant denies the allegations contained in Paragraph 69 of plaintiff's Complaint.

70.    The Defendant denies the allegations contained in Paragraph 70 of plaintiff's Complaint.

71.    The Defendant denies the allegations contained in Paragraph 71 of plaintiff's Complaint.

7

72.     The Defendant repeats the responses contained above as if fully set forth herein.

73.     The Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 73 of plaintiff's Complaint.

74.     The Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 74 of plaintiff's Complaint.

75.     The Defendant denies the allegations contained in Paragraph 75 of plaintiff's Complaint.

76.     The Defendant denies the allegations contained in Paragraph 76 of plaintiff's Complaint.

77.     The Defendant denies the allegations contained in Paragraph 77 of plaintiff's Complaint.

78.     The Defendant denies the allegations contained in Paragraph 78 of plaintiff's Complaint.

79.     The Defendant denies the allegations contained in Paragraph 79 of plaintiff's Complaint.

80.     The Defendant denies that the plaintiff is entitled to the equitable relief sought in this Paragraph 80 of plaintiff's Complaint.

81.     The Defendant repeats the responses contained above as if fully set forth herein.

82.     The Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 82 of plaintiff's Complaint.

83.     The Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 83 of plaintiff's Complaint.

84.     The Defendant denies the allegations contained in Paragraph 84 of plaintiff's Complaint.

85.     The Defendant denies the allegations contained in Paragraph 85 of plaintiff's Complaint.

86.     The Defendant denies the allegations contained in Paragraph 86 of plaintiff's Complaint.

8

87.     The Defendant repeats the responses contained above as if fully set forth herein.

88.     The Defendant denies the allegations contained in Paragraph 88 of plaintiff's Complaint.

89.     The Defendant denies the allegations contained in Paragraph 89 of plaintiff's Complaint.

90.     The Defendant denies the allegations contained in Paragraph 90 of plaintiff's Complaint.

91.     The Defendant denies the allegations contained in Paragraph 91 of plaintiff's Complaint.

92.     The Defendant denies the allegations contained in Paragraph 92 of plaintiff's Complaint.

93.     The Defendant denies the allegations contained in Paragraph 93 of plaintiff's Complaint.

94.     The Defendant denies the allegations contained in Paragraph 94 of plaintiff's Complaint.

95.     The Defendant repeats the responses contained above as if fully set forth herein.

96.     The allegations contained in Paragraph 96 are not addressed to the Defendant answering
        herein. Accordingly, no response is required. To the extent that a response is required,
        the Defendant denies the allegations.

97.     The allegations contained in Paragraph 9 are not addressed to the Defendant answering
        herein. Accordingly, no response is required. To the extent that a response is required,
        the Defendant denies the allegations.

98.     The allegations contained in Paragraph 98 are not addressed to the Defendant answering
        herein. Accordingly, no response is required. To the extent that a response is required,
        the Defendant denies the allegations.

99.     The allegations contained in Paragraph 99 are not addressed to the Defendant answering
        herein. Accordingly, no response is required. To the extent that a response is required,
        the Defendant denies the allegations.

9

100.   The allegations contained in Paragraph 100 are not addressed to the Defendant answering herein. Accordingly, no response is required. To the extent that a response is required, the Defendant denies the allegations.

101.   The Defendant repeats the responses contained above as if fully set forth herein.

102.   The Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 102 of plaintiff's Complaint.

103.   The Defendant denies the allegations contained in Paragraph 103 of plaintiff's Complaint.

104.   The Defendant denies the allegations contained in Paragraph 104 of Plaintiff's Complaint

105.   The Defendant repeats the responses contained above as if fully set forth herein.

106.   The Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 106 of plaintiff's Complaint.

107.   The Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 107 of plaintiff's Complaint.

108.   The Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 108 of plaintiff's Complaint.

109.   Defendant denies the allegations contained in Paragraph 109 of plaintiff's Complaint.

110.   Defendant denies the allegations contained in Paragraph 110 of plaintiff's Complaint.

111.   Defendant denies the allegations contained in Paragraph 111 of plaintiff's Complaint.

112.   Defendant denies the allegations contained in Paragraph 112 of plaintiff's Complaint.

113.   The Defendant repeats the responses contained above as if fully set forth herein.

114. This Paragraph 114 contains a legal conclusion to which no response is required. To the extent a response is required, the Defendant denies the allegation.

115. The Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 115 of plaintiff's Complaint.

116. The Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 116 of plaintiff's Complaint.

117. Defendant denies the allegations contained in Paragraph 117 of plaintiff's Complaint.

118. Defendant denies the allegations contained in Paragraph 118 of plaintiff's Complaint.

119. Defendant denies the allegations contained in Paragraph 119 of plaintiff's Complaint.

120. The Defendant repeats the responses contained above as if fully set forth herein.

121. Defendant denies the allegations contained in Paragraph 121 of plaintiff's Complaint.

122. Defendant denies the allegations contained in Paragraph 122 of plaintiff's Complaint.

123. Defendant denies the allegations contained in Paragraph 123 of plaintiff's Complaint.

124. The Defendant repeats the responses contained above as if fully set forth herein.

125. The Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 125 of plaintiff's Complaint.

126. Defendant denies the allegations contained in Paragraph 126 of plaintiff's Complaint.

127. Defendant denies the allegations contained in Paragraph 127 of plaintiff's Complaint.

128. The Defendant repeats the responses contained above as if fully set forth herein.

129. Defendant denies the allegations contained in Paragraph 129 of plaintiff's Complaint.

130.    Defendant denies the allegations contained in Paragraph 130 of plaintiff's Complaint.

131.    Defendant denies the allegations contained in Paragraph 131 of plaintiff's Complaint.

        The defendant denies the plaintiff is entitled to the relief sought and further denies the plaintiff has met the procedural requirements for class certification.

## JURY DEMAND

        The defendant demands a trial by jury as to all issues properly triable by jury.

## AFFIRMATIVE DEFENSES

### First Affirmative Defense

By way of affirmative defense, the defendants say that the plaintiff's complaint should be dismissed pursuant to 12(b)(6) for failure to state a claim upon which relief can be granted.

### Second Affirmative Defense

By way of affirmative defense, the defendants say that the Complaint misnames the defendant.

### Third Affirmative Defense

By way of affirmative defense, the defendants say that service of process was insufficient.

### Fourth Affirmative Defense

By way of affirmative defense, the defendants say that the Complaint should be dismissed pursuant to Rule 12(b)(1) for lack of subject matter jurisdiction.

### Fifth Affirmative Defense

By way of affirmative defense, the defendants say that the Complaint should be dismissed pursuant to Rule 12(b)(3) for improper venue.

### Sixth Affirmative Defense

By way of affirmative defense, the defendants say that the Complaint should be dismissed pursuant to Rule 12(b)(4) for insufficiency of process.

### Seventh Affirmative Defense

By way of affirmative defense, the defendants say that the Complaint should be dismissed pursuant to Rule 12(b)(5) for the insufficiency of service of process.

12

## Eighth Affirmative Defense

By way of affirmative defense, the defendants say that the action is barred by the applicable statute of limitations.

## Ninth Affirmative Defense

By way of affirmative defense, the defendants say that the plaintiff has failed to commence this action within the time afforded by the pertinent statutes of the Commonwealth of Massachusetts and therefore cannot maintain this action.

## Tenth Affirmative Defense

By way of affirmative defense, the defendants say that the plaintiff cannot recover for the reason that she failed to give notice of the damages allegedly suffered by her to the defendants as required by the statutes of the Commonwealth of Massachusetts.

## Eleventh Affirmative Defense

By way of affirmative defense, the Court lacks personal jurisdiction over the defendants.

## Twelfth Affirmative Defense

By way of affirmative defense, the defendants say that if the plaintiff suffered injuries or damage, as alleged, such injuries or damage were caused by someone for whose conduct the defendants were not and is not legally responsible.

## Thirteenth Affirmative Defense

By way of affirmative defense, the defendant states that if the plaintiff and/or the plaintiff's decedent suffered injuries or damage, as alleged, such injuries or damage were caused by the superseding intervening conduct of a third party for whom the defendants are not legally responsible.

Respectfully submitted,

THE DEFENDANT,
CREMATION SOCIETY, INC.
By its attorneys,

Joseph M. Desmond, BBO #634883
MORRISON MAHONEY LLP
250 Summer Street
Boston, MA 02210
(617) 439-7500

Date:_____

## CERTIFICATE OF SERVICE

I, Joseph M. Desmond, do hereby certify that I have this day served the foregoing **ANSWER OF CREMATION SOCIETY, INC. TO PLAINTIFF'S COMPLAINT AND JURY DEMAND,** to all counsel of record in this action by mailing the same, by first class mail, postage, prepaid to:

Thomas G. Shapiro, Esq.
Theodore M.Hess-Mahan, Esq.
Shapiro Haber & Urmy LLP
53 State Street – Exchange Place
Boston, MA 02109
617-439-3939

Samuel H. Rudman, Esq.
Robert M. Rothman, Esq.
Evan J. Kaufman, Esq.
LeRach Coughlin Stoia Geller Rudman &
Robbins LLP
200 Broadhollow Road, Suite 406
Melville, NY 11747
631-367-7100

Joseph M. Desmond, BBO#

Dated:_____

953902v1