UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LORRAINE HUNT on behalf of herself        )
and all others similarly situated         )
        PLAINTIFF                          )
VS.                                        ) CIVIL ACTION
                                           ) NO. 05-11140 RCL
BAYVIEW CREMATORY, LLC, DEREK A.           )
WALLACE, LINDA STOKES, AMERICAN            )
CREMATION SOCIETY, INC., AMERICAN          )
SOCIETY FOR CREMATION, AMERICAN            )
SOCIETY FOR FUNERAL SERVICES, INC.         )
COMMONWEALTH CREMATION &                   )
SHIPPING SERVICE, INC.                     )
COMMONWEALTH FUNERAL SERVICE,              )
INC., CREMATION SOCIETY, INC.,             )
DRACUT FUNERAL HOME                        )
INCORPORATED, FARRAH FUNERAL               )
HOME, HAMEL WICKENS & TROUPE               )
FUNERAL HOME, INC., HART-WALLACE           )
FUNERAL HOME, KEEFE FUNERAL                )
HOME, INC., SCATAMACCHIA FUNERAL           )
HOME, SIMPLICITY BURIAL                    )
& CREMATION, INC. f/k/a OCEANSIDE          )
FAMILY FUNERAL HOME, WILLIAM F.            )
SPENCER FUNERAL SERVICES and DOES          )
1-50. INCLUSIVE                            )
        DEFENDANTS                         )
                                           )

## ANSWER & CLAIM OF JURY TRIAL OF DEFENDANT, KEEFE FUNERAL HOME, INC.

1.   Defendant denies the allegations contained in paragraph 1 of plaintiff's complaint.

2.   Defendant denies the allegations contained in paragraph 2 of plaintiff's complaint.

3.   Defendant denies the allegations contained in paragraph 3 of plaintiff's complaint.

4.  Defendant lacks sufficient knowledge to either admit or deny the allegations contained in paragraph 4 of plaintiff's complaint.

5.  Defendant lacks sufficient knowledge to either admit or deny the allegations contained in paragraph 5 of plaintiff's complaint.

6.  Defendant lacks sufficient knowledge to either admit or deny the allegations contained in paragraph 6 of plaintiff's complaint.

7.  Defendant lacks sufficient knowledge to either admit or deny the allegations contained in paragraph 7 of plaintiff's complaint.

8.  Defendant admits the allegations contained in paragraph 8 of plaintiff's complaint.

9.  Defendant lacks sufficient knowledge to either admit or deny the allegations contained in paragraph 9 of plaintiff's complaint.

10. Defendant lacks sufficient knowledge to either admit or deny the allegations contained in paragraph 10 of plaintiff's complaint.

11. Defendant lacks sufficient knowledge to either admit or deny the allegations contained in paragraph 11 of plaintiff's complaint.

12. Defendant lacks sufficient knowledge to either admit or deny the allegations contained in paragraph 12 of plaintiff's complaint.

13. Defendant lacks sufficient knowledge to either admit or deny the allegations contained in paragraph 13 of plaintiff's complaint.

14. Defendant lacks sufficient knowledge to either admit or deny the allegations contained in paragraph 14 of plaintiff's complaint.

15. Defendant lacks sufficient knowledge to either admit or deny the allegations contained in paragraph 15 of plaintiff's complaint.

16. Defendant lacks sufficient knowledge to either admit or deny the allegations contained in paragraph 16 of plaintiff's complaint.

17. Defendant lacks sufficient knowledge to either admit or deny the allegations contained in paragraph 17 of plaintiff's complaint.

18.   Defendant lacks sufficient knowledge to either admit or deny the allegations contained in paragraph 18 of plaintiff's complaint.

19.   Defendant admits the allegations contained in paragraph 19 of plaintiff's complaint.

20.   Defendant lacks sufficient knowledge to either admit or deny the allegations contained in paragraph 20 of plaintiff's complaint.

21.   Defendant lacks sufficient knowledge to either admit or deny the allegations contained in paragraph 21 of plaintiff's complaint.

22.   Defendant lacks sufficient knowledge to either admit or deny the allegations contained in paragraph 22 of plaintiff's complaint.

23.   Defendant lacks sufficient knowledge to either admit or deny the allegations contained in paragraph 23 of plaintiff's complaint.

24.   Defendant admits the first sentence of paragraph 24 of plaintiff's complaint but lacks sufficient knowledge to either admit or deny the remaining paragraph contained in paragraph 24 of plaintiff's complaint.

25.   Defendant denies the allegations contained in paragraph 25 of plaintiff's complaint.

26.   Defendant denies the allegations contained in paragraph 26 of plaintiff's complaint.

27.   Defendant admits the allegations contained in paragraph 27 of plaintiff's complaint.

28.   Defendant admits the allegations contained in paragraph 28 of plaintiff's complaint.

29.   Defendant denies the allegations contained in paragraph 29 of plaintiff's complaint.

30.   Defendant denies the allegations contained in paragraph 30 of plaintiff's complaint.

31.   Defendant denies the allegations contained in paragraph 31 of plaintiff's complaint.

(a)     Defendant denies the allegations contained in paragraph 31(a) of plaintiff's complaint.

(b)     Defendant denies the allegations contained in paragraph 31(b) of plaintiff's complaint.

(c)     Defendant denies the allegations contained in paragraph 31(c) of plaintiff's complaint.

32.     Defendant denies the allegations contained in paragraph 32 of plaintiff's complaint.

33.     Defendant denies the allegations contained in paragraph 33 of plaintiff's complaint.

34.     Defendant denies the allegations contained in paragraph 34 of plaintiff's complaint.

35.     Defendant denies the allegations contained in paragraph 35 of plaintiff's complaint.

36.     Defendant lacks sufficient knowledge to either admit or deny the allegations contained in paragraph 36 of plaintiff's complaint.

37.     Defendant denies the allegations contained in paragraph 37 of plaintiff's complaint.

38.     Defendant denies the allegations contained in paragraph 38 of plaintiff's complaint.

39.     Defendant denies the allegations contained in paragraph 39 of plaintiff's complaint.

40.     Defendant lacks sufficient knowledge to either admit or deny the allegations contained in paragraph 40 of plaintiff's complaint.

41.     Defendant lacks sufficient knowledge to either admit or deny the allegations contained in paragraph 41 of plaintiff's complaint.

42.     Defendant lacks sufficient knowledge to either admit or deny the allegations contained in paragraph 42 of plaintiff's complaint.

43.     Defendant lacks sufficient knowledge to either admit or deny the allegations contained in paragraph 43 of plaintiff's complaint.

44. Defendant lacks sufficient knowledge to either admit or deny the allegations contained in paragraph 44 of plaintiff's complaint.

45. Defendant lacks sufficient knowledge to either admit or deny the allegations contained in paragraph 45 of plaintiff's complaint.

46. Defendant lacks sufficient knowledge to either admit or deny the allegations contained in paragraph 46 of plaintiff's complaint.

47. Defendant lacks sufficient knowledge to either admit or deny the allegations contained in paragraph 47 of plaintiff's complaint.

48. Defendant lacks sufficient knowledge to either admit or deny the allegations contained in paragraph 48 of plaintiff's complaint.

49. Defendant lacks sufficient knowledge to either admit or deny the allegations contained in paragraph 49 of plaintiff's complaint.

50. Defendant lacks sufficient knowledge to either admit or deny the allegations contained in paragraph 50 of plaintiff's complaint.

51. Defendant denies the allegations contained in paragraph 51 of plaintiff's complaint.

52. Defendant denies the allegations contained in paragraph 52 of plaintiff's complaint.

53. Defendant denies the allegations contained in paragraph 53 of plaintiff's complaint.

54. Defendant lacks sufficient knowledge to either admit or deny the allegations contained in paragraph 54 of plaintiff's complaint.

55. Defendant lacks sufficient knowledge to either admit or deny the allegations contained in paragraph 55 of plaintiff's complaint.

56. Defendant lacks sufficient knowledge to either admit or deny the allegations contained in paragraph 56 of plaintiff's complaint.

57. Defendant lacks sufficient knowledge to either admit or deny the allegations contained in paragraph 57 of plaintiff's complaint.

58.   Defendant lacks sufficient knowledge to either admit or deny the allegations contained in paragraph 58 of plaintiff's complaint.

59.   Defendant lacks sufficient knowledge to either admit or deny the allegations contained in paragraph 59 of plaintiff's complaint.

60.   Defendant denies the allegations contained in paragraph 60 of plaintiff's complaint.

61.   Defendant denies the allegations contained in paragraph 61 of plaintiff's complaint.

62.   Defendant denies the allegations contained in paragraph 62 of plaintiff's complaint.

63.   Defendant denies the allegations contained in paragraph 63 of plaintiff's complaint.

64.   Defendant denies the allegations contained in paragraph 64 of plaintiff's complaint.

65.   Defendant denies the allegations contained in paragraph 65 of plaintiff's complaint.

66.   Defendant lacks sufficient knowledge to either admit or deny the allegations contained in paragraph 66 of plaintiff's complaint.

67.   Defendant lacks sufficient knowledge to either admit or deny the allegations contained in paragraph 67 of plaintiff's complaint.

68.   Defendant lacks sufficient knowledge to either admit or deny the allegations contained in paragraph 68 of plaintiff's complaint.

69.   Defendant denies the allegations contained in paragraph 69 of plaintiff's complaint.

70.   Defendant denies the allegations contained in paragraph 70 of plaintiff's complaint.

71.   Defendant denies the allegations contained in paragraph 71 of plaintiff's complaint.

## COUNT I

72. Defendant repeats its answers to paragraphs 1 through 71 of plaintiff's complaint.

73. Defendant denies the allegations contained in paragraph 73 of plaintiff's complaint.

74. Defendant lacks sufficient knowledge to either admit or deny the allegations contained in paragraph 74 of plaintiff's complaint.

75. Defendant denies the allegations contained in paragraph 75 of plaintiff's complaint.

76. Defendant denies the allegations contained in paragraph 76 of plaintiff's complaint.

77. Defendant denies the allegations contained in paragraph 77 of plaintiff's complaint.

78. Defendant denies the allegations contained in paragraph 78 of plaintiff's complaint.

79. Defendant denies the allegations contained in paragraph 79 of plaintiff's complaint.

80. Defendant denies the allegations contained in paragraph 80 of plaintiff's complaint.

   (a) Defendant denies the allegations contained in paragraph 80(a) of plaintiff's complaint.
   (b) Defendant denies the allegations contained in paragraph 80(b) of plaintiff's complaint.
   (c) Defendant denies the allegations contained in paragraph 80(c) of plaintiff's complaint.
   (d) Defendant denies the allegations contained in paragraph 80(d) of plaintiff's complaint.
   (e) Defendant denies the allegations contained in paragraph 80(e) of plaintiff's complaint.
   (f) Defendant denies the allegations contained in paragraph 80(f) of plaintiff's complaint.

-7-

## COUNT II

81.   Defendant repeats its answers to paragraphs 1 through 80 of plaintiff's complaint.

82.   Defendant denies the allegations contained in paragraph 82 of plaintiff's complaint.

83.   Defendant lacks sufficient knowledge to either admit or deny the allegations contained in paragraph 83 of plaintiff's complaint.

84.   Defendant denies the allegations contained in paragraph 84 of plaintiff's complaint.

85.   Defendant denies the allegations contained in paragraph 85 of plaintiff's complaint.

86.   Defendant denies the allegations contained in paragraph 86 of plaintiff's complaint.

## COUNT III

87.   Defendant repeats its answer to paragraphs 1 through 86 of plaintiff's complaint.

88.   Defendant denies the allegations contained in paragraph 88 of plaintiff's complaint.

89.   Defendant denies the allegations contained in paragraph 89 of plaintiff's complaint.

90.   Defendant denies the allegations contained in paragraph 90 of plaintiff's complaint.

91.   Defendant denies the allegations contained in paragraph 91 of plaintiff's complaint.

92.   Defendant denies the allegations contained in paragraph 92 of plaintiff's complaint.

93.   Defendant denies the allegations contained in paragraph 93 of plaintiff's complaint.

94. Defendant denies the allegations contained in paragraph 94 of plaintiff's complaint.

## COUNT IV

95. Defendant repeats its answers to paragraphs 1 through 94 of plaintiff's complaint.

Defendant files no answer to paragraphs 96 through 100 of Count IV of plaintiff's complaint as said Count does not assert allegations pertaining to this defendant.

## COUNT V

101. Defendant repeats its answers to paragraphs 1 through 94 of plaintiff's complaint.

102. Defendant denies the allegations contained in paragraph 102 of plaintiff's complaint.

103. Defendant denies the allegations contained in paragraph 103 of plaintiff's complaint.

104. Defendant denies the allegations contained in paragraph 104 of plaintiff's complaint.

## COUNT VI

105. Defendant repeats its answers to paragraphs 1 through 94 and paragraphs 102 through 104 of plaintiff's complaint.

106. Defendant denies the allegations contained in paragraph 106 of plaintiff's complaint.

107. Defendant denies the allegations contained in paragraph 107 of plaintiff's complaint.

108. Defendant denies the allegations contained in paragraph 108 of plaintiff's complaint.

109. Defendant denies the allegations contained in paragraph 109 of plaintiff's complaint.

110. Defendant denies the allegations contained in paragraph 110 of plaintiff's complaint.

111. Defendant denies the allegations contained in paragraph 111 of plaintiff's complaint.

112. Defendant denies the allegations contained in paragraph 112 of plaintiff's complaint.

## COUNT VII

113. Defendant repeats its answers to paragraphs 1 through 94 and paragraphs 102 through 112 of plaintiff's complaint.

114. Defendant denies the allegations contained in paragraph 114 of plaintiff's complaint.

115. Defendant denies the allegations contained in paragraph 115 of plaintiff's complaint.

116. Defendant denies the allegations contained in paragraph 116 of plaintiff's complaint.

117. Defendant denies the allegations contained in paragraph 117 of plaintiff's complaint.

118. Defendant denies the allegations contained in paragraph 118 of plaintiff's complaint.

119. Defendant denies the allegations contained in paragraph 119 of plaintiff's complaint.

## COUNT VIII

120. Defendant repeats its answers to paragraphs 1 through 94 and paragraphs 102 through 119 of plaintiff's complaint.

121. Defendant denies the allegations contained in paragraph 121 of plaintiff's complaint.

122. Defendant denies the allegations contained in paragraph 122 of plaintiff's complaint.

123. Defendant denies the allegations contained in paragraph 123 of plaintiff's complaint.

## COUNT IX

124. Defendant repeats its answers to paragraphs 1 through 94 and paragraphs 102 through 123 of plaintiff's complaint.

125. Defendant denies the allegations contained in paragraph 125 of plaintiff's complaint.

126. Defendant denies the allegations contained in paragraph 126 of plaintiff's complaint.

127. Defendant denies the allegations contained in paragraph 127 of plaintiff's complaint.

## COUNT X

128. Defendant repeats its answers to paragraphs 1 through 94 and paragraphs 102 through 127 of plaintiff's complaint.

129. Defendant denies the allegations contained in paragraph 129 of plaintiff's complaint.

130. Defendant denies the allegations contained in paragraph 130 of plaintiff's complaint.

131. Defendant denies the allegations contained in paragraph 131 of plaintiff's complaint.

## FIRST DEFENSE

And further answering, the defendant says that the plaintiff's Complaint fails to set forth facts constituting a cause of action, and therefore the plaintiff cannot recover.

## SECOND DEFENSE

And further answering, the defendant says that the plaintiff cannot prove objective evidence

-11-

of physical harm and therefore her claim for negligent infliction of emotional distress must be dismissed.

## THIRD DEFENSE

And further answering, the defendant states that it had no knowledge of any alleged negligent behavior on the part of Bayview Crematory, LLC and therefore the plaintiff cannot recover.

## FOURTH DEFENSE

And further answering, the defendant says that the plaintiff's alleged damages, if any, were caused by persons other than the defendant, its agents, servants or employees, and the plaintiff's alleged damages, if any, were caused by persons for whose conduct the defendant is not responsible, and therefore the plaintiff cannot recover.

## FIFTH DEFENSE

And further answering, the defendant says that no contract existed between the plaintiff and defendant and therefore the plaintiff cannot recover.

## SIXTH DEFENSE

And further answering, the defendant says that if a contract existed, it has complied with the terms and conditions of the alleged contract and therefore the plaintiff cannot recover.

## SEVENTH DEFENSE

And further answering, the defendant says that the plaintiff suffered no damages as the result of any alleged actions on the part of the defendant and therefore the plaintiff cannot recover.

## EIGHTH DEFENSE

And further answering, the defendant says that it was not reasonably foreseeable that the plaintiff would suffer damages as the result of the defendant's actions as alleged by the plaintiff and therefore the plaintiff cannot recover.

## NINTH DEFENSE

And further answering, the defendant says that the plaintiff provided authorization to the defendant and therefore the defendant is not in breach of any contract, nor was it negligent or in violation of any regulations or acts and therefore the plaintiff cannot recover.

## TENTH DEFENSE

And further answering, the defendant says that plaintiff's damages do not exceed \$75,000.00 and therefore the plaintiffs' Complaint should be dismissed.

WHEREFORE, the defendant, KEEFE FUNERAL HOME, INC., demands judgment against the plaintiff and further demand that said action be dismissed.

AND, FURTHER, the defendant, KEEFE FUNERAL HOME, INC., claims a trial by jury on all the issues.

> KEEFE FUNERAL HOME, INC.
> BY ITS ATTORNEY:
>
> George E. Clancy, Esquire
> Fuller, Rosenberg, Palmer & Beliveau, LLP
> 340 Main Street, Suite 817
> Worcester, MA 01608
> (508) 751-5136
> BBO#546328

June 15, 2005

## CERTIFICATE OF SERVICE

I hereby certify that I have served the foregoing Answer & Claim of Jury Trial of Defendant, Keefe Funeral Home, Inc., by mailing a copy thereof, first class, postage prepaid, to the following counsel of record:

Thomas G. Shapiro, Esquire
Theodore M. Hess-Mahan, Esquire
53 State Street
Boston, MA 02109

Samuel H. Rudman, Esquire
Robert M. Rothman, Esquire
Evan J. Kaufman, Esquire
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
200 Broadhollow Road
Suite 406
Melville, NY 11747

George E. Clancy, Esquire BBO#346328
Fuller, Rosenberg, Palmer & Beliveau, LLP
340 Main Street, Suite 817
Worcester, MA 01608
(508) 751-5136

June 15, 2005