05cv11140 - RCL

MR. STEVEN B. GORDON #27482
PO BOX 14
CONCORD, NH 03302

JUNE 17, 2005

CLERK,
UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
1 COURTHOUSE WAY
BOSTON, MA

RE: RECENT CLASS-ACTION FILED AGAINST HAMEL, WICKENS & TROUPE FUNERAL HOME AND BAYVIEW CREMATORY

DEAR SIR,

I AM WRITING TO FIND OUT HOW TO BECOME CERTIFIED AS A MEMBER OF THE CLASS IN THE ABOVE REFERENCED ACTION. MY MOTHER, HARRIET A. DEERY, DIED LAST JUNE 23, 2004 IN NORWELL, MASSACHUSETTS AND HER ARRANGEMENTS WERE ENTRUSTED TO HAMEL, WICKENS, AND TROUPE OF QUINCY, MASS WHO USED THE BAYVIEW CREMATORY. ALL THIS IS RECORDED ON HER DEATH CERTIFICATE.

I'M SORRY I DON'T HAVE THE DOCKET NUMBER OR THE NAME OF THE PARTY THAT FILED ON BEHALF OF THE CLASS. I WOULD BE GRATEFUL IF YOU WOULD INSTRUCT ME AS TO HOW TO JOIN THE SUIT AND PROVIDE ME WITH ALL RELEVANT INFORMATION. THANK YOU FOR YOUR TIME AND CONSIDERATION OF THIS MATTER.

SINCERELY,
Steven B. Gordon