UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| LORRAINE HUNT on behalf of herself and all others similarly situated, | ) | No. 05-11140-RCL |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| BAYVIEW CREMATORY, LLC, DEREK A. WALLACE, LINDA STOKES, AMERICAN CREMATION SOCIETY, INC., AMERICAN SOCIETY FOR CREMATION, AMERICAN SOCIETY FOR FUNERAL SERVICES, INC., COMMONWEALTH CREMATION & SHIPPING SERVICE, INC., COMMONWEALTH FUNERAL SERVICE, INC., CREMATION SOCIETY, INC., DRACUT FUNERAL HOME INCORPORATED, FARRAH FUNERAL HOME, HAMEL WICKENS & TROUPE FUNERAL HOME, INC., HART-WALLACE FUNERAL HOME, KEEFE FUNERAL HOME, INC., SCATAMACCHIA FUNERAL HOME, SIMPLICITY BURIAL & CREMATION, INC. f/k/a OCEANSIDE FAMILY FUNERAL HOME, WILLIAM F. SPENCER FUNERAL SERVICES and DOES 1-50, INCLUSIVE, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

**AFFIDAVIT OF SERVICE**

- 1 -

I, Theodore M. Hess-Mahan, declare as follows:

1.  I am an associate of the law firm Shapiro Haber & Urmy LLP which represents plaintiff as local counsel in the above captioned action. I make this declaration upon my own personal knowledge.

2.  On June 3, 2005, I served the Summons and Complaint filed in the above captioned action to be served upon defendant Bayview Crematory LLC ("Bayview") by causing copies thereof to be delivered by Certified Mail Return Receipt Requested to Bayview's authorized agent for service, Mary Keohan Ganz, 7798 Lafayette Road, Seabrook, NH 03874, pursuant to Fed. R. Civ. P. 4(e)(1) and (h)(1), and Mass. R. Civ. P. 4.

3.  A true and correct copy of the certified letter and a return receipt, signed by Mary Keohan Ganz and dated June 6, 2005, is attached hereto as Exhibit A.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 23rd day of June 2005.

**/s/Theodore M. Hess-Mahan**
Theodore M. Hess-Mahan BBO No. 557109
Shapiro Haber & Urmy LLP
53 State Street
Boston, MA 02109
(617) 439-3939

Attorneys for Plaintiff

# SHAPIRO HABER & URMY LLP

Attorneys at Law

Thomas G. Shapiro
Edward F. Haber
Thomas V. Urmy, Jr.
Michelle H. Blauner
Theodore M. Hess-Mahan
Todd S. Heyman
Matthew L. Tuccillo
Lara A. Sutherlin

*Counsel*
Lawrence D. Shubow
Alfred J. O'Donovan

E-mail:
ted@shulaw.com

June 3, 2005

**BY CERTIFIED MAIL – RETURN RECEIPT REQUESTED**

Mary Keohan Ganz
779 Lafayette Road
Seabrook, NH 03874

Re:  *Lorraine Hunt, et al. v. Bayview Crematory, LLC. et al.*

Dear Ms. Ganz:

I enclose herewith a copy of the Summons and Complaint filed in the above action. Please note that you are required to respond to the Complaint within 20 days after receipt.

If you have any questions, please contact me or Thomas Shapiro at (617) 439-3939.

Sincerely,

Theodore M. Hess-Mahan

THM/sg
Enclosures

Exchange Place · 53 State Street · Boston, Massachusetts 02109 · (617) 439-3939 · Fax (617) 439-0134

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

Article Sent To: *Mary Keohan Ganz*

7099 3220 0007 0181 5923

Postage $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees $

Postmark Here

Name (Please Print Clearly) (To be completed by mailer)
*Mary Keohan Ganz*
Street, Apt. No.; or PO Box No.
*779 Lafayette Road*
City, State, ZIP+4
*Seabrook, NH 03874*

PS Form 3800, July 1999                See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Mary Keohan Ganz
   779 Lafayette Road
   Seabrook, NH 03874

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *[signature]*  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): *MK Ganz*
C. Date of Delivery: 6-6-05

D. Is delivery address different from item 1? ☐ Yes  ☐ No
If YES, enter delivery address below:

*6-6-05*

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered  ☒ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)  7099 3220 0007 0181 5923

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540