# UNITED STATES DISTRICT COURT

District of     MASSACHUSETTS

LORRAINE HUNT, On Behalf of Herself and
All Others Similarly Situated,

                 V.

BAYVIEW CREMATORY, LLC, et al.

**SUMMONS IN A CIVIL CASE**

**05-11140 RCL**

CASE NUMBER:

TO: (Name and address of Defendant)

American Society for Funeral Services, Inc.
342 Washington Street
Haverhill, MA 01832

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Theodore Hess-Mahan
Shapiro Haber & Urmy LLP
53 State Street
Boston, Massachusetts 02109

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

JUN 2 2 2005

CLERK      [signature]      DATE

(By) DEPUTY CLERK

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | JUNE 8, 2005 at 1:15 P.M. |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| RONALD BERTHEIM | CONSTABLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify):  BY GIVING SAID COPIES IN HAND TO KIMBERLY WINTER, MANAGER, AND AGENT IN CHARGE OF THE BUSINESS.  SAID SERVICE WAS MADE AT 25 RAILROAD SQUARE, HAVERHILL, MASSACHUSETTS.  SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| $43.00 | $25.00 | $68.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __JUNE 8, 2005__    *Ronald Bertheim*
         Date                    Signature of Server

%ROSCOE, BEDUGNIS & ASSOCIATES
15 COURT SQUARE, SUITE 450
BOSTON, MASSACHUSETTS  02108

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.