# UNITED STATES DISTRICT COURT

District of    MASSACHUSETTS

LORRAINE HUNT, On Behalf of Herself and
All Others Similarly Situated,

                **SUMMONS IN A CIVIL CASE**

V.

BAYVIEW CREMATORY, LLC, et al.    CASE NUMBER: **05-11140 RCL**

TO: (Name and address of Defendant)

> Dracut Funeral Home Incorporated
> 2159 Lakeview Avenue
> Dracut, MA 01826

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

> Theodore Hess-Mahan
> Shapiro Haber & Urmy LLP
> 53 State Street
> Boston, Massachusetts 02109

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

JUN - 2 2005

CLERK     _/s/_     DATE

(By) DEPUTY CLERK

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | JUNE 9, 2005 at 11:25 A.M. |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| CHERYLE A. LAFFEY | CONSTABLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): BY DELIVERING SAID COPIES TO THE DRACUT FUNERAL HOME, AND GIVING SAID COPIES IN HAND TO JONATHAN REENEY, FUNERAL DIRECTOR, IT'S AGENT AND PERSON IN CHARGE AT THE TIME OF SERVICE. SAID SERVICE WAS MADE AT 2159 LAKEVIEW AVENUE, DRACUT, MASSACHUSETTS. SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| $37.00 | $25.00 | $62.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___JUNE 9, 2005___    *Signature of Server* CHERYLE A. LAFFEY, CONSTABLE
           Date
                                    %ROSCOE, BEDUGNIS & ASSOCIATES
                                    15 COURT SQUARE, SUITE 450
                                    BOSTON, MASSACHUSETTS 02108
                                    *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.