# UNITED STATES DISTRICT COURT

District of     MASSACHUSETTS

LORRAINE HUNT, On Behalf of Herself and
All Others Similarly Situated,

**SUMMONS IN A CIVIL CASE**

V.

BAYVIEW CREMATORY, LLC, et al.

CASE NUMBER:

## 05 - 11140 RCL

TO: (Name and address of Defendant)

Simplicity Burial & Cremation, Inc.
f/k/a Oceanside Family Funeral Home
287 High Street
Newburyport, MA 01950

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Theodore Hess-Mahan
Shapiro Haber & Urmy LLP
53 State Street
Boston, Massachusetts 02109

an answer to the complaint which is herewith served upon you, within     20     days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

JUN - 2 2005

CLERK                              DATE

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE: JUNE 7, 2005 at 7:44 P.M. |
| NAME OF SERVER (PRINT): JAMES W. HUMPHRIES | TITLE: CONSTABLE |

Check one box below to indicate appropriate method of service

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): BY GIVING SAID COPIES IN HAND TO DEREK A. WALLACE, DIRECTOR. SAID SERVICE WAS MADE AT 20 FOREST ROAD, SALISBURY, MASSACHUSETTS. SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY.

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| $50.00 | $25.00 | $75.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   JUNE 7, 2004
                    Date

Signature of Server   JAMES W. HUMPHRIES, CONSTABLE
%ROSCOE, BEDUGNIS & ASSOCIATES
15 COURT STREET, SUITE 450
BOSTON, MASSACHUSETTS  02108
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.