# UNITED STATES DISTRICT COURT

District of    MASSACHUSETTS

LORRAINE HUNT, On Behalf of Herself and
All Others Similarly Situated,

**SUMMONS IN A CIVIL CASE**

V.

BAYVIEW CREMATORY, LLC, et al.

CASE NUMBER:

# 05 - 11140 RCL

TO: (Name and address of Defendant)

Simplicity Burial & Cremation, Inc.
f/k/a Oceanside Family Funeral Home
34 Lafayette Road
Salisbury, MA 01952

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Theodore Hess-Mahan
Shapiro Haber & Urmy LLP
53 State Street
Boston, Massachusetts 02109

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON        JUN - 2 2005

CLERK        DATE

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE JUNE 7, 2005 at 5:03 P.M. |
| NAME OF SERVER (PRINT) JAMES W. HUMPHRIES | TITLE CONSTABLE |

Check one box below to indicate appropriate method of service

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): BY DELIVERING SAID COPIES TO SIMPLICITY BURIAL & CREMATION, INC. AND GIVING SAID COPIES IN HAND TO JIM FULLER, APPRENTICE, AND PERSON IN CHARGE AT THE TIME SERVICE WAS MADE. SAID SERVICE WAS MADE AT 34 LAFAYETTE ROAD, SALISBURY, MA. SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL $50.00 | SERVICES $25.00 | TOTAL $75.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___JUNE 7, 2005___
           Date

Signature of Server  JAMES W. HUMPHRIES, CONSTABLE
ROSCOE, BEDUGNIS & ASSOCIATES
15 COURT SQUARE, SUITE 450
BOSTON, MASSACHUSETTS 02108

Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.