UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LORRAINE HUNT on behalf of herself and all others similarly situated<br>　　PLAINTIFF<br><br>VS.<br><br>BAYVIEW CREMATORY, LLC, DEREK A. WALLACE, LINDA STOKES, AMERICAN CREMATION SOCIETY, INC., AMERICAN SOCIETY FOR CREMATION, AMERICAN SOCIETY FOR FUNERAL SERVICES, INC. COMMONWEALTH CREMATION & SHIPPING SERVICE, INC. COMMONWEALTH FUNERAL SERVICE, INC., CREMATION SOCIETY, INC., DRACUT FUNERAL HOME INCORPORATED, FARRAH FUNERAL HOME, HAMEL WICKENS & TROUPE FUNERAL HOME, INC., HART-WALLACE FUNERAL HOME, KEEFE FUNERAL HOME, INC., SCATAMACCHIA FUNERAL HOME, SIMPLICITY BURIAL & CREMATION, INC. f/k/a OCEANSIDE FAMILY FUNERAL HOME, WILLIAM F. SPENCER FUNERAL SERVICES and DOES 1-50. INCLUSIVE<br>　　DEFENDANTS | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) CIVIL ACTION ) NO. 05-11140 RCL ) ) ) ) ) ) ) ) ) ) ) ) ) |

**CORPORATE DISCLOSURE STATEMENT OF THE DEFENDANT, KEEFE FUNERAL HOME, INC. PURSUANT TO LOCAL RULE 7.3**

　　Now comes the Defendant, Keefe Funeral Home, Inc., by and through counsel and hereby submits the following disclosure pursuant to Local Rule 7.3:

　　Keefe Funeral Home, Inc. is a closely held Massachusetts corporation which does not have any parent corporation. There is no publicly held company that owns ten (10%) percent or more of the stock of Keefe Funeral Home, Inc.

1

KEEFE FUNERAL HOME, INC.
By its attorney,

_____
George E. Clancy, BBO #546328
Fuller, Rosenberg, Palmer & Beliveau
340 Main Street - Suite 817
Worcester, MA 01608
(508) 751-5136

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on the 24th day of June, 2005, I served the foregoing document upon the parties of this action by mailing a copy of same postage prepaid to all counsel of record.

_____
George E. Clancy, Esquire

2