# UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

---

LORRAINE HUNT on behalf of herself
and others similarly situated,
      Plaintiff,

      *v.*

BAYVIEW CREAMATORY, LLC…..
FARRAH FUNERAL HOME et al.,
      Defendants

---

**Answer of Defendant Farrah Funeral Home Only, to Class Action Complaint**

Case Number: 05-11140 RCL

## Nature of the Action

1. The defendant denies that this action is properly characterized as a class action, and specifically denies that the numbers of the purported class are so numerous as to make it impractical to bring them before the court. The defendant further denies that the claims of the purported representative party are typical of the claims of the class. The defendant further denies the allegations of wrongdoing asserted against this defendant.

2. The defendant denies the allegations contained in paragraph 2.

3. The defendant denies the allegations contained in paragraph 3.

## Parties

4. The defendant is without knowledge or sufficient information to form a belief as to the truth of the allegations contained in this paragraph, and therefore denies the same and calls upon the plaintiff to prove the same if material.

5. The defendant is without knowledge or sufficient information to form a belief as to the truth of the allegations contained in this paragraph, and therefore denies the same and calls upon the plaintiff to prove the same if material.

6. The defendant is without knowledge or sufficient information to form a belief as to the truth of the allegations contained in this paragraph, and therefore denies the same and calls upon the plaintiff to prove the same if material.

7. The defendant is without knowledge or sufficient information to form a belief as to the truth of the allegations contained in this paragraph, and therefore denies the same and calls upon the plaintiff to prove the same if material.

8. The defendant is without knowledge or sufficient information to form a belief as to the truth of the allegations contained in this paragraph, and therefore denies the same and calls upon the plaintiff to prove the same if material.

9. The defendant is without knowledge or sufficient information to form a belief as to the truth of the allegations contained in this paragraph, and therefore denies the same and calls upon the plaintiff to prove the same if material.

10. The defendant is without knowledge or sufficient information to form a belief as to the truth of the allegations contained in this paragraph, and therefore denies the same and calls upon the plaintiff to prove the same if material.

11. The defendant is without knowledge or sufficient information to form a belief as to the truth of the allegations contained in this paragraph, and therefore denies the same and calls upon the plaintiff to prove the same if material.

12. The defendant is without knowledge or sufficient information to form a belief as to the truth of the allegations contained in this paragraph, and therefore denies the same and calls upon the plaintiff to prove the same if material.

13. The defendant is without knowledge or sufficient information to form a belief as to the truth of the allegations contained in this paragraph, and therefore denies the same and calls upon the plaintiff to prove the same if material.

14. The defendant is without knowledge or sufficient information to form a belief as to the truth of the allegations contained in this paragraph, and therefore denies the same and calls upon the plaintiff to prove the same if material.

15. The defendant is without knowledge or sufficient information to form a belief as to the truth of the allegations contained in this paragraph, and therefore denies the same and calls upon the plaintiff to prove the same if material.

16. The defendant admits that the Farrah Funeral Home has its principal place of business in Lawrence, MA.  The defendant denies the remainder of the allegations contained in paragraph 16.

17. The defendant is without knowledge or sufficient information to form a belief as to the truth of the allegations contained in this paragraph, and therefore denies the same and calls upon the plaintiff to prove the same if material.

18. The defendant is without knowledge or sufficient information to form a belief as to the truth of the allegations contained in this paragraph, and therefore denies the same and calls upon the plaintiff to prove the same if material.

19. The defendant is without knowledge or sufficient information to form a belief as to the truth of the allegations contained in this paragraph, and therefore denies the same and calls upon the plaintiff to prove the same if material.

20. The defendant is without knowledge or sufficient information to form a belief as to the truth of the allegations contained in this paragraph, and therefore denies the same and calls upon the plaintiff to prove the same if material.

21. The defendant is without knowledge or sufficient information to form a belief as to the truth of the allegations contained in this paragraph, and therefore denies the same and calls upon the plaintiff to prove the same if material.

22. The defendant is without knowledge or sufficient information to form a belief as to the truth of the allegations contained in this paragraph, and therefore denies the same and calls upon the plaintiff to prove the same if material.

23. The defendant is without knowledge or sufficient information to form a belief as to the truth of the allegations contained in this paragraph, and therefore denies the same and calls upon the plaintiff to prove the same if material.

24. The defendant denies the allegations contained in paragraph 24 as to this defendant. The defendant is without knowledge or sufficient information to form a belief as to the truth of the remainder of the allegations contained in this paragraph, and therefore denies the same and calls upon the plaintiff to prove the same if material.

**Jurisdiction and Venue**

25. The defendant denies that the matter in controversy exceeds $5,000,000 (five million dollars), and further denies that it is a class action of more than one hundred potential class members. The defendant is without knowledge or sufficient information to form a belief as to the truth of the remainder of the allegations contained in this paragraph, and therefore denies the same and calls upon the plaintiff to prove the same if material.

26. The defendant denies that there is diversity of citizenship between the plaintiff and this defendant. The defendant further denies that the amount in controversy exceeds $75,000.00 as to the plaintiff or any others. The defendant further denies that the purported class has a common and undivided interest in punitive damages, as such damages are not recognized in this jurisdiction, or in equitable relief.

27. The defendant is without knowledge or sufficient information to form a belief as to the truth of the allegations contained in this paragraph, and therefore denies the same and calls upon the plaintiff to prove the same if material.

28. The defendant admits only that the defendant Farrah Funeral Home transacts business in Massachusetts. The defendant is without knowledge or sufficient information to form a belief as to the truth of the remainder of the allegations contained in this paragraph, and therefore denies the same and calls upon the plaintiff to prove the same if material.

## Class Action Allegations

29. The defendant denies the allegations contained in paragraph 29.

30. The defendant denies the allegations contained in paragraph 30.

31. The defendant denies the allegations contained in paragraph 31.

    a. The defendant denies the allegations contained in paragraph 31a.
    b. The defendant denies the allegations contained in paragraph 31b.
    c. The defendant denies the allegations contained in paragraph 31c.

32. The defendant denies the allegations contained in paragraph 32.

33. The defendant is without knowledge or sufficient information to form a belief as to the qualifications of counsel.  The defendant denies the remainder of the allegations contained in paragraph 33.

34. The defendant denies the allegations contained in paragraph 34.

35. The defendant denies the allegations contained in paragraph 35.

## Common Factual Allegations

**-Unnumbered statement posed as a caption: The defendant denies these allegations.**

36. The defendant denies the allegations contained in paragraph 36.

37. The defendant denies the allegations contained in paragraph 37.

38. The defendant denies the allegations contained in paragraph 38.

39. The defendant denies the allegations contained in paragraph 39.

40. The defendant is without knowledge or sufficient information to form a belief as to the truth of the allegations contained in this paragraph, and therefore denies the same and calls upon the plaintiff to prove the same if material.

41. The defendant is without knowledge or sufficient information to form a belief as to the truth of the allegations contained in this paragraph, and therefore denies the same and calls upon the plaintiff to prove the same if material.

42. The defendant is without knowledge or sufficient information to form a belief as to the truth of the allegations contained in this paragraph, and therefore denies the same and calls upon the plaintiff to prove the same if material.

43. The defendant is without knowledge or sufficient information to form a belief as to the truth of the allegations contained in this paragraph, and therefore denies the same and calls upon the plaintiff to prove the same if material.

44. The defendant is without knowledge or sufficient information to form a belief as to the truth of the allegations contained in this paragraph, and therefore denies the same and calls upon the plaintiff to prove the same if material.

45. The defendant is without knowledge or sufficient information to form a belief as to the truth of the allegations contained in this paragraph, and therefore denies the same and calls upon the plaintiff to prove the same if material.

46. The defendant is without knowledge or sufficient information to form a belief as to the truth of the allegations contained in this paragraph, and therefore denies the same and calls upon the plaintiff to prove the same if material.

47. The defendant is without knowledge or sufficient information to form a belief as to the truth of the allegations contained in this paragraph, and therefore denies the same and calls upon the plaintiff to prove the same if material.

**-Unnumbered statement posed as a caption: The defendant denies these allegations.**

48. The defendant denies the allegations contained in paragraph 48.

49. The defendant denies the allegations contained in paragraph 49.

50. The defendant denies the allegations contained in paragraph 50.

51. The defendant denies the allegations contained in paragraph 51.

52. The defendant denies the allegations contained in paragraph 52.

53. The defendant denies the allegations contained in paragraph 53.

54. The defendant is without knowledge or sufficient information to form a belief as to the truth of the allegations contained in this paragraph, and therefore denies the same and calls upon the plaintiff to prove the same if material.

55. The defendant denies the allegations contained in paragraph 55.

56. The defendant denies the allegations contained in paragraph 56.

57. The defendant denies the allegations contained in paragraph 57.

58. The defendant denies the allegations contained in paragraph 58.

59. The defendant denies the allegations contained in paragraph 59.

60. The defendant denies the allegations contained in paragraph 60.

61. The defendant denies the allegations contained in paragraph 61.

62. The defendant denies the allegations contained in paragraph 62.

63. The defendant is without knowledge or sufficient information to form a belief as to the truth of the allegations contained in this paragraph, and therefore denies the same and calls upon the plaintiff to prove the same if material.

64. The defendant denies the allegations contained in paragraph 64.

65. The defendant denies the allegations contained in paragraph 65.

66. The defendant is without knowledge or sufficient information to form a belief as to the truth of the allegations contained in this paragraph, and therefore denies the same and calls upon the plaintiff to prove the same if material.

67. The defendant is without knowledge or sufficient information to form a belief as to the truth of the allegations contained in this paragraph, and therefore denies the same and calls upon the plaintiff to prove the same if material.

68. The defendant is without knowledge or sufficient information to form a belief as to the truth of the allegations contained in this paragraph, and therefore denies the same and calls upon the plaintiff to prove the same if material.

69. The defendant denies the allegations contained in paragraph 69.

70. The defendant denies the allegations contained in paragraph 70.

71. The defendant denies the allegations contained in paragraph 71.

### Count I- Equitable (Injunctive and/or Declaratory) Relief
### (Against all Defendants)

72. The defendant, Farrah Funeral Home, repeats and revears each and every response set forth above.

73. The defendant denies the allegations contained in paragraph 73.

74. The defendant is without knowledge or sufficient information to form a belief as to the truth of the allegations contained in this paragraph, and therefore denies the same and calls upon the plaintiff to prove the same if material.

75. The defendant denies the allegations contained in paragraph 75.

76. The defendant denies the allegations contained in paragraph 76.

77. The defendant denies the allegations contained in paragraph 77.

78. The defendant denies the allegations contained in paragraph 78.

79. The defendant denies the allegations contained in paragraph 79.

80. The statements in paragraph 80 constitute prayers for relief, which prayers the defendant, Farrah Funeral Home denies.

    a. The statements in paragraph 80a constitute prayers for relief, which prayers the defendant, Farrah Funeral Home denies.
    b. The statements in paragraph 80b constitute prayers for relief, which prayers the defendant, Farrah Funeral Home denies.
    c. The statements in paragraph 80c constitute prayers for relief, which prayers the defendant, Farrah Funeral Home denies.
    d. The statements in paragraph 80d constitute prayers for relief, which prayers the defendant, Farrah Funeral Home denies.
    e. The statements in paragraph 80e constitute prayers for relief, which prayers the defendant, Farrah Funeral Home denies.
    f. The statements in paragraph 80f constitute prayers for relief, which prayers the defendant, Farrah Funeral Home denies.

### Count II- Breach of Contract
### (Against All Funeral Home Defendants)

81. The defendant, Farrah Funeral Home, repeats and revears each and every response set forth above.

82. The defendant denies the allegations contained in paragraph 82.

83. The defendant is without knowledge or sufficient information to form a belief as to the truth of the allegations contained in this paragraph, and therefore denies the same and calls upon the plaintiff to prove the same if material.

84. The defendant denies the allegations contained in paragraph 84.

85. The defendant is without knowledge or sufficient information to form a belief as to the truth of the allegations contained in this paragraph, and therefore denies the same and calls upon the plaintiff to prove the same if material.

86. The defendant denies the allegations contained in paragraph 86.

<b><u>Count III – Breach of Fiduciary Duty/Special Duty</u></b><br><b><u>(Against all Defendants)</u></b>

87. The defendant, Farrah Funeral Home, repeats and revears each and every response set forth above.
88. The defendant denies the allegations contained in paragraph 88.

89. The defendant denies the allegations contained in paragraph 89.

90. The defendant denies the allegations contained in paragraph 90.

91. The defendant denies the allegations contained in paragraph 91.

92. The defendant denies the allegations contained in paragraph 92.

93. The defendant denies the allegations contained in paragraph 93.

94. The defendant denies the allegations contained in paragraph 94.

<b><u>Count IV – Fraudulent Conduct</u></b><br><b><u>(As to Bayview Crematory Defendants)</u></b>

95. The defendant, Farrah Funeral Home, repeats and revears each and every response set forth above.

96. The allegations contained in Count IV pertain solely to defendants for whom no answer is made herein.

97. The allegations contained in Count IV pertain solely to defendants for whom no answer is made herein.

98. The allegations contained in Count IV pertain solely to defendants for whom no answer is made herein.

99. The allegations contained in Count IV pertain solely to defendants for whom no answer is made herein.

100. The allegations contained in Count IV pertain solely to defendants for whom no answer is made herein.

### Count V – Negligence
### (Against all Defendants)

101. The defendant, Farrah Funeral Home, repeats and revears each and every response set forth above.

102. The defendant denies the allegations contained in paragraph 102.

103. The defendant denies the allegations contained in paragraph 103.

104. The defendant denies the allegations contained in paragraph 104.

### Count VI- Willful Interference with Remains and Intentional Mishandling of a Corpse
### (Against all Defendants)

105. The defendant, Farrah Funeral Home, repeats and revears each and every response set forth above.

106. The defendant denies the allegations contained in paragraph 106.

107. The defendant is without knowledge or sufficient information to form a belief as to the truth of the allegations contained in this paragraph, and therefore denies the same and calls upon the plaintiff to prove the same if material.

108. The defendant denies the allegations contained in paragraph 108.

109. The defendant denies the allegations contained in paragraph 109.

110. The defendant denies the allegations contained in paragraph 110.

111. The defendant denies the allegations contained in paragraph 111.

112. The defendant denies the allegations contained in paragraph 112.

## Count VII – Negligent Interference with Remains and Mishandling of a Corpse
### (Against all Defendants)

113. The defendant, Farrah Funeral Home, repeats and revears each and every response set forth above.

114. The defendant denies the allegations contained in paragraph 114.

115. The defendant is without knowledge or sufficient information to form a belief as to the truth of the allegations contained in this paragraph, and therefore denies the same and calls upon the plaintiff to prove the same if material.

116. The defendant is without knowledge or sufficient information to form a belief as to the truth of the allegations contained in this paragraph, and therefore denies the same and calls upon the plaintiff to prove the same if material.

117. The defendant denies the allegations contained in paragraph 117.

118. The defendant denies the allegations contained in paragraph 118.

119. The defendant denies the allegations contained in paragraph 119.

## Count VIII – Intentional Infliction of Emotional Distress
### (Against all Defendants)

120. The defendant, Farrah Funeral Home, repeats and revears each and every response set forth above.

121. The defendant denies the allegations contained in paragraph 121.

122. The defendant denies the allegations contained in paragraph 122.

123. The defendant denies the allegations contained in paragraph 123.

## Count IX- Negligent Infliction of Emotional Distress
### (Against all Defendants)

124. The defendant, Farrah Funeral Home, repeats and revears each and every response set forth above.

125. The defendant denies the allegations contained in paragraph 125.

126. The defendant denies the allegations contained in paragraph 126.

127. The defendant denies the allegations contained in paragraph 127.

### Count X – Civil Conspiracy
### (Against all Defendants)

128. The defendant, Farrah Funeral Home, repeats and revears each and every response set forth above.

129. The defendant denies the allegations contained in paragraph 129.

130. The defendant denies the allegations contained in paragraph 130.

131. The defendant denies the allegations contained in paragraph 131.


### Further Answers

FIRST DEFENSE
And further answering, the defendant says that the complaint fails to state a claim against this defendant upon which relief may be granted.

SECOND DEFENSE
And further answering, the defendant says that if the plaintiff proves that the plaintiff received the injuries and damages or either of them as alleged by the plaintiff, the same were in no way caused by this defendant, or by any person for whose negligence this defendant is legally responsible or answerable.

THIRD DEFENSE
And further answering, the defendant says that the plaintiff's claim is barred by G.L. c. 260, Limitation of Actions.

FOURTH DEFENSE
And further answering, the defendant says his action is barred by the doctrine of a prior pending action where claims of the same right allegedly infringed by the same wrong, and which would involve the same evidence, have been asserted in Essex Superior Court, Commonwealth of Massachusetts, Civil Action Number 05-789C, <u>Anzalone et al v. Bayview Crematory, LLC et al.</u> filed on May 11, 2005.

FIFTH DEFENSE
And further answering, the defendant says the action cannot be maintained as a class action on the grounds that it fails to state a claim entitling the plaintiff to relief because

the members of the class are not so numerous as to make it impractical to bring them before the court.

SIXTH DEFENSE

And further answering, the defendant says the action cannot be maintained as a class action on the grounds that it fails to state a claim entitling the plaintiff to relief because the claims of the plaintiff are not typical of a class.

SEVENTH DEFENSE

And further answering, the defendant says the action cannot be maintained as a class action on the grounds that it fails to state a claim entitling the plaintiff to relief because the damages sought are unique as to each purported member.

EIGHTH DEFENSE

And further answering, the defendant says the action cannot be maintained as a class action on the grounds that it fails to state a claim entitling the plaintiff to relief because there are no questions of law or fact common to the alleged wrongdoing of this defendant as regards its clients, or the conduct of other defendants.

## **Jury Claim**

The defendant, Farrah Funeral Home demands a jury trial on all issues.

> DEFENDANT,
> By its attorney,
>
> */s/ Bradley A. Mac Donald*
> Bradley A. Mac Donald, Esq.
> B.B.O. No. 310380
> CUMMINGS, KING & MacDONALD
> One Gateway Center, Suite 351
> Newton, MA  02458
> Tel (617) 630-5100
> Fax (617) 630-0816

CERTIFICATE OF SERVICE:   I hereby certify that on this date, June 29, 2005, I served a copy of the foregoing upon counsel of record, postage paid:

Joseph M. Desmond, Esq.
Morrison, Mahoney & Miller, LLP
250 Summer Street
Boston, MA 02210

George E. Clancy, Esq.
Fuller, Rosenberg, Palmer & Beliveau
340 Main Street, Ste. 817
Worcester, MA 01608


/s/ Bradley A. Mac Donald
Bradley A. Mac Donald, Esq.