UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
*******************************************
Lorraine Hunt, on behalf of herself and all others    *
Similarly situated,                                    *
                                                       *
        Plaintiff,                                     *
                                                       *       Docket No.: 05-11140 RCL
v.                                                     *
                                                       *
Bayview Crematory, LLC, Derek A. Wallace,              *
Linda Stokes, American Cremation Society, Inc.         *
American Society for Cremation, American               *
Society for Funeral Services, Inc., Commonwealth       *
Cremation & Shipping Service, Inc.,                    *
Commonwealth Funeral Service, Inc., Cremation          *
Society, Inc., Dracut Funeral Home Incorporated        *
Farrah Funeral Home, Hamel Wickens & Troupe            *
Funeral Home, Inc., Hart-Wallace Funeral Home          *
Keefe Funeral Home, Inc., Scatamacchia Funeral         *
Home, Simplicity Burial & Cremation, Inc. f/k/a        *
Oceanside Family Funeral Home, William F.              *
Spencer Funeral Services and Does 1-50, Inclusive      *
                                                       *
        Defendants.                                    *
*******************************************
```

## NOTICE OF APPEARANCE

To The Clerk of the above-named Court.

In the above action please enter our appearance as counsel for:

Bayview Crematory, LLC

Getman, Stacey, Schulthess & Steere, P.A.


By:_ _/s/_____
    Dona Feeney, Esquire, #600749
    Three Executive Park Drive – Suite 9
    Bedford, NH 03110
    603-634-4300

Date  July 1, 2005

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing has this day been served via the ECF System to Theodore M. Hess-Mahan, Esquire, Thomas G. Shapiro, Esquire, Robert M. Rothman, Esquire, Bradley A. MacDonald, Esquire, George E. Clancy, Esquire and Joseph Desmond Esquire and by regular mail to Samuel H. Rudman, Esquire, Lerach Coughlin, 200 Broadhollow Road, Suite 406, Melville, NY 11747.

                                                                                               _/s/_____
                                                                                               Dona Feeney

F:\DFeeney\6364\05726\Hunt\Appear Dona.rtf