UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
*******************************************
Lorraine Hunt, on behalf of herself and all others   *
Similarly situated,                                   *
                                                      *
        Plaintiff,                                    *
                                                      *          Docket No.: 05-11140 RCL
v.                                                    *
                                                      *
Bayview Crematory, LLC, Derek A. Wallace,             *
Linda Stokes, American Cremation Society, Inc.        *
American Society for Cremation, American              *
Society for Funeral Services, Inc., Commonwealth      *
Cremation & Shipping Service, Inc.,                   *
Commonwealth Funeral Service, Inc., Cremation         *
Society, Inc., Dracut Funeral Home Incorporated       *
Farrah Funeral Home, Hamel Wickens & Troupe           *
Funeral Home, Inc., Hart-Wallace Funeral Home         *
Keefe Funeral Home, Inc., Scatamacchia Funeral        *
Home, Simplicity Burial & Cremation, Inc. f/k/a       *
Oceanside Family Funeral Home, William F.             *
Spencer Funeral Services and Does 1-50, Inclusive     *
                                                      *
        Defendants.                                   *
*******************************************
```

## CORPORATE DISCLOSURE STATEMENT PURSUANT TO LOCAL RULE 7.3

NOW COMES the Defendant, Bayview Crematory, LLC, by and through counsel, and submits

the following disclosure pursuant to L.R. 7.3.

Bayview Crematory, LLC is a closely held New Hampshire corporation which has no parent

companies or merger agreements with publicly held corporations.  There is no publicly held company

that holds ten percent (10%) or more of the stock of Bayview Crematory, LLC.

1

Respectfully submitted,
BAYVIEW CREMATORY, LLC
By its Attorney,
GETMAN, STACEY,
SCHULTHESS & STEERE, P.A.


Date:  July 1, 2005                    By:_____/s/_____
                                            Dona Feeney, Esquire, #600749
                                            Andrew R. Schulman, Esquire, #
                                            Three Executive Park Drive – Suite 9
                                            Bedford, NH 03110
                                            (603) 634-4300

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has this day been served via the ECF System to Theodore M. Hess-Mahan, Esquire, Thomas G. Shapiro, Esquire, Robert M. Rothman, Esquire, Bradley A. MacDonald, Esquire, George E. Clancy, Esquire and Joseph Desmond Esquire and by regular mail to Samuel H. Rudman, Esquire, Lerach Coughlin, 200 Broadhollow Road, Suite 406, Melville, NY  11747.


                                            _/s/_____
                                            Dona Feeney


F:\DFeeney\6364\05726\Hunt\Fed Corp Discl Stmt 7-1-05.rtf