APPEARANCE

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
                                              \*
LORRAINE HUNT, on behalf of                   \*
Herself and all others similarly situated,    \*
          Plaintiff                           \*   Civil Action No. 1:05-cv-11140-RCL
                                              \*   Class Action
     v.                                       \*
                                              \*   **JURY TRIAL DEMANDED**
BAYVIEW CREMATORY, LLC,                       \*
DEREK A. WALLACE, LINDA                       \*
STOKES, AMERICAN CREMATION                    \*
SOCIETY, INC., AMERICAN                       \*
SOCIETY FOR CREMATION,                        \*
AMERICAN                                      \*
SOCIETY FOR FUNERAL SERVICES,                 \*
INC., COMMONWEALTH                            \*
CREMATION & SHIPPING                          \*
SERVICE, INC., COMMONWEALTH                   \*
FUNERAL SERVICE, INC.,                        \*
CREMATION SOCIETY, INC.                       \*
DRACUT FUNERAL HOME                           \*
INCORPORATED, FARRAH                          \*
FUNERAL HOME, HAMEL                           \*
WICKENS & TROUPE FUNERAL                      \*
HOME, INC., HART-WALLACE                      \*
FUNERAL HOME, KEEFE FUNERAL                   \*
HOME, INC., SCATAMACCHIA                      \*
FUNERAL HOME, SIMPLICITY                      \*
BURIAL & CREMATION, INC, F/K/A                \*
OCEANSIDE FAMILY FUNERAL                      \*
HOME, WILLIAM F. SPENCER                      \*
FUNERAL SERVICES and DOES                     \*
1-50, INCLUSIVE                               \*
          Defendants                          \*
                                              \*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

MR. CLERK:

Enter my appearance as counsel for defendant, Derek A. Wallace, in the above-entitled case.

Dated at Manchester, New Hampshire on 1st day of July, 2005.

                                                Richard B. McNamara, Esq., #638348
                                                WIGGIN & NOURIE, P.A.
                                                P.O. Box 808
                                                Manchester, NH 03105-0808
                                                (603) 669-2211

## CERTIFICATE OF SERVICE

A copy has this day been forwarded to all counsel of record on the attached service list.

                                                Richard B. McNamara, #638348

00641500.DOC

United States District Court
District of Massachusetts (Boston)
CIVIL DOCKET FOR CASE #: 1:05-cv-11140-RCL

**1. For the Plaintiff**
Theodore M. Hess-Mahan
Thomas G. Shapiro
Shapiro Haber & Urmy LLP
53 State Street
Boston MA  02108
617-439-0134

**2. For Defendant Bayview Crematory, LLC**
Donna Feeney
Three Executive Park Dr., Suite 9
Bedford, NH  03110
603-634-4300

**3. For Defendant Derek A. Wallace**
Richard B. McNamara
Wiggin & Nourie, P.A.
PO Box 808
Manchester, NH  03105
603-669-2211

**4. For Defendant Linda Stokes**
2 Stonehurst Street, Apt. 2
Dorchester, MA  02122-1515

**5. For Defendant American Cremation Society, Inc.**
342 Washington Street
Haverhill, MA  01832

**6. For Defendant American Society for Cremation**

**7. For Defendant American Society for Funeral Services, Inc.**
342 Washington Street
Haverhill, MA  01832

**8. For Defendant Commonwealth Cremation & Shipping Service, Inc.**

**9. For Defendant Commonwealth Funeral Service**

**10. For Defendant Cremation Society, Inc.**
Joseph M. Desmond
Morrison, Mahoney & Miller LLP
250 Summer Street
Boston, MA  02210
617-439-7500

**11. For Defendant Dracut Funeral Home Incorporated**
2159 Lakeview Avenue
Dracut, MA  01826

**12. For Defendant Farrah Funeral Home**
Bradley A. MacDonald
Cummings, King & MacDonald
One Gateway Center, Suite 351
Newton, MA  02458
617-630-5100

**13. For Defendant Hamel, Wickens & Troupe Funeral Home, Inc.**
26 Adams Street
Quincy, MA  02169

**14. For Defendant Hart-Wallace Funeral Home**
107 S. Broadway
Lawrence, MA  01843

**15. For Defendant Keefe Funeral Home, Inc.**
George E. Clancy
Fuller, Rosenberg, Palmer & Beliveau
340 Main Street, Suite 817
Worcester, MA  01608

**16. For Defendant Scatamacchia Funeral Home**
25 Railroad Square
Haverhill, MA  01832

**17. For Defendant Simplicity Burial & Cremation, Inc., f/k/a Oceanside Family Funeral Home**
34 Lafayette Road
Salisbury, MA  01952

**18. William F. Spencer Funeral Services**
575 E. Broadway
South Boston, MA  02127

00641525.DOC