UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| LORRAINE HUNT, on behalf of Herself and all others similarly situated,   Plaintiff<br><br>v.<br><br>BAYVIEW CREMATORY, LLC, DEREK A. WALLACE, LINDA STOKES, AMERICAN CREMATION SOCIETY, INC., AMERICAN BAYVIEW CREMATORY, LLC, DEREK A. WALLACE, LINDA STOKES, AMERICAN CREMATION SOCIETY, INC., AMERICAN SOCIETY FOR CREMATION, AMERICAN SOCIETY FOR FUNERAL SERVICES, INC., COMMONWEALTH CREMATION & SHIPPING SERVICE, INC., COMMONWEALTH FUNERAL SERVICE, INC., CREMATION SOCIETY, INC. DRACUT FUNERAL HOME INCORPORATED, FARRAH FUNERAL HOME, HAMEL WICKENS & TROUPE FUNERAL HOME, INC., HART-WALLACE FUNERAL HOME, KEEFE FUNERAL HOME, INC., SCATAMACCHIA FUNERAL HOME, SIMPLICITY BURIAL & CREMATION, INC, F/K/A OCEANSIDE FAMILY FUNERAL HOME, WILLIAM F. SPENCER FUNERAL SERVICES and DOES 1-50, INCLUSIVE   Defendants | Civil Action No.  1:05-cv-11140-RCL<br>Class Action<br><br>**JURY TRIAL DEMANDED** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

1

## DEFENDANT DEREK A. WALLACE'S ASSENTED-TO MOTION TO EXTEND TIME TO ANSWER COMPLAINT

NOW COMES Derek A. Wallace, by and through his counsel Wiggin & Nourie, P.A., and moves to extend the time to submit an answer to the complaint stating as follows:

1. On June 6, 2005, Derek A. Wallace was served with the complaint in this action.

2. Counsel for Mr. Wallace was recently retained by his insurer and is filing an appearance simultaneously with this motion.

3. Counsel for Mr. Wallace contacted Attorney Shapiro, counsel for the plaintiffs, and was granted an extension until August 30, 2005 to file an answer in this matter.

4. Derek A. Wallace has not submitted a memorandum of law pursuant to L.R. 7.1(1) as the relief requested and basis for such is set forth comprehensively within the motion.

WHEREFORE, Derek A. Wallace respectfully prays:

A. That this Honorable Court grant its motion to extend the time to file an answer; and

B. That this Court grant whatever other and further relief as may be just.

                                                                Respectfully submitted,
                                                                DEREK A. WALLACE

                                                                By his attorneys,

                                                                WIGGIN & NOURIE, P.A.

DATED: 7/1/05                       By: _____
                                                               Richard B. McNamara,
                                                               BBO#638348
                                                               P. O. Box 808
                                                               Manchester, NH 03105-0808
                                                               603/669-2211

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Assented-to-Motion has been forwarded this day to all parties on the attached Service List.

                                                                _____
                                                                 Richard B. McNamara

00641389.DOC

United States District Court
District of Massachusetts (Boston)
CIVIL DOCKET FOR CASE #: 1:05-cv-11140-RCL

**1. For the Plaintiff**
Theodore M. Hess-Mahan
Thomas G. Shapiro
Shapiro Haber & Urmy LLP
53 State Street
Boston MA  02108
617-439-0134

**2. For Defendant Bayview Crematory, LLC**
Donna Feeney
Three Executive Park Dr., Suite 9
Bedford, NH  03110
603-634-4300

**3. For Defendant Derek A. Wallace**
Richard B. McNamara
Wiggin & Nourie, P.A.
PO Box 808
Manchester, NH  03105
603-669-2211

**4. For Defendant Linda Stokes**
2 Stonehurst Street, Apt. 2
Dorchester, MA 02122-1515

**5. For Defendant American Cremation Society, Inc.**
342 Washington Street
Haverhill, MA 01832

**6. For Defendant American Society for Cremation**

**7. For Defendant American Society for Funeral Services, Inc.**
342 Washington Street
Haverhill, MA  01832

**8. For Defendant Commonwealth Cremation & Shipping Service, Inc.**

**9. For Defendant Commonwealth Funeral Service**

**10. For Defendant Cremation Society, Inc.**
Joseph M. Desmond
Morrison, Mahoney & Miller LLP
250 Summer Street
Boston, MA  02210
617-439-7500

**11. For Defendant Dracut Funeral Home Incorporated**
2159 Lakeview Avenue
Dracut, MA  01826

**12. For Defendant Farrah Funeral Home**
Bradley A. MacDonald
Cummings, King & MacDonald
One Gateway Center, Suite 351
Newton, MA  02458
617-630-5100

**13. For Defendant Hamel, Wickens & Troupe Funeral Home, Inc.**
26 Adams Street
Quincy, MA  02169

14. **For Defendant Hart-Wallace Funeral Home**
107 S. Broadway
Lawrence, MA 01843

15. **For Defendant Keefe Funeral Home, Inc.**
George E. Clancy
Fuller, Rosenberg, Palmer & Beliveau
340 Main Street, Suite 817
Worcester, MA 01608

16. **For Defendant Scatamacchia Funeral Home**
25 Railroad Square
Haverhill, MA 01832

17. **For Defendant Simplicity Burial & Cremation, Inc., f/k/a Oceanside Family Funeral Home**
34 Lafayette Road
Salisbury, MA 01952

18. **William F. Spencer Funeral Services**
575 E. Broadway
South Boston, MA 02127

00641525.DOC