UNITED STATES DISTRICT COURT
FOR THE COMMONWEALTH OF MASSACHUSETTS

C.A. NO. 05-1114RCL

LORRAINE HUNT, on behalf of herself and all others similarly situated,

    Plaintiff,

v.

BAYVIEW CREMATORY, LLC, DEREK A. WALLACE, LINDA STOKES, AMERICAN CREMATION SOCIETY, INC., AMERICAN SOCIETY FOR CREMATION, AMERICAN SOCIETY FOR FUNERAL SERVICES, INC., COMMONWEALTH CREMATION & SHIPPING SERVICE, INC., COMMONWEALTH FUNERAL SERVICE, INC., CREMATION SOCIETY, INC., DRACUT FUNERAL HOME INCORPORATED, FARRAH FUNERAL HOME, HAMEL WICKENS & TROUPE FUNERAL HOME, INC., HART-WALLACE FUNERAL HOME, KEEFE FUNERAL HOME, INC., SCATAMACCHIA FUNERAL HOME, SIMPLICITY BURIAL & CREMATION, INC. f/k/a OCEANSIDE FAMILY FUNERAL HOME, WILLIAM F. SPENCER FUNERAL SERVICES, AND DOES 1-50, INCLUSIVE,

    Defendants.

## NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT:

    Please enter my appearance as counsel for the Defendant, Hamel Wickens & Troupe Funeral Home, Inc., regarding the above-referenced matter.

DEFENDANT,
HAMEL WICKENS & TROUPE
FUNERAL HOME,

By its attorneys,

_____
Brian K. Walsh
Mintz, Levin, Cohn, Ferris,
 Glovsky and Popeo, P.C.
One Financial Center
Boston, Massachusetts  02111
(617) 542-6000

Dated: __7-15-__, 2005

1532034.1.DOC

## CERTIFICATE OF SERVICE

I, Brian K. Walsh, counsel for the above-named Defendant, hereby certify that a true copy of the above document, was served, this day, via mail, postage prepaid, on:

**Counsel for Plaintiff:**

Theodore M. Hess-Mahan, Esq.
Thomas G. Shapiro, Esq.
Shapiro, Haber & Urmy, LLP
53 State Street
Boston, MA 02108

**Counsel for Bayview Crematory, LLC:**

Dona Feeney, Esq.
Getman, Stacey, Tamposi, Schulthess & Steere
163 South River Road
Bedford, NH 03110

**Counsel for Derek A. Wallace:**

Richard B. McNamara, Esq.
Wiggin & Nourie, P.C.
670 North Commercial Street
P.O. Box 808
Manchester, NH 03105-0808

**Counsel for Cremation Society, Inc.:**

Joseph M. Desmond, Esq.
Morrison, Mahoney &Miller, LLP
250 Summer Street
Boston, MA 02210

**Counsel for Farrah Funeral Home:**

Bradley A. MacDonald, Esq.
Cummings, King & MacDonald
One Gateway Center, Suite 351
Newton, MA 02458

**Counsel for Keefe Funeral Home:**

George E. Clancy, Esq.
Fuller, Rosenberg, Palmer & Beliveau
340 Main Street, Suite 817
Worcester, MA 01608

Dated: __7-15-05__, 2005

_____
Brian K. Walsh

1532034.1.DOC