UNITED STATES DISTRICT COURT
FOR THE COMMONWEALTH OF MASSACHUSETTS

C.A. NO. 05-1114RCL

| |
|---|
| LORRAINE HUNT, on behalf of herself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> BAYVIEW CREMATORY, LLC, DEREK A. WALLACE, LINDA STOKES, AMERICAN CREMATION SOCIETY, INC., AMERICAN SOCIETY FOR CREMATION, AMERICAN SOCIETY FOR FUNERAL SERVICES, INC., COMMONWEALTH CREMATION & SHIPPING SERVICE, INC., COMMONWEALTH FUNERAL SERVICE, INC., CREMATION SOCIETY, INC., DRACUT FUNERAL HOME INCORPORATED, FARRAH FUNERAL HOME, HAMEL WICKENS & TROUPE FUNERAL HOME, INC., HART-WALLACE FUNERAL HOME, KEEFE FUNERAL HOME, INC., SCATAMACCHIA FUNERAL HOME, SIMPLICITY BURIAL & CREMATION, INC. f/k/a OCEANSIDE FAMILY FUNERAL HOME, WILLIAM F. SPENCER FUNERAL SERVICES, AND DOES 1-50, INCLUSIVE, <br><br> Defendants. |

## ANSWER OF DEFENDANT, HAMEL WICKENS & TROUPE FUNERAL HOME, INC.

The Defendant, Hamel Wickens & Troupe Funeral Home, Inc., hereby responds to the individually numbered paragraphs of the Plaintiff's Complaint, as follows:

1. Paragraph 1 of the Complaint makes summary allegations of the purported nature of Plaintiffs' claims in this action as to which no answer is required. To the extent that Paragraph 1 makes allegations of fact, they are denied.

2. The Defendant is without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations contained in Paragraph 2 of the Complaint.

3. The Defendant is without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations contained in Paragraph 3 of the Complaint.

4. The Defendant is without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations contained in Paragraph 4 of the Complaint.

5. The Defendant is without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations contained in Paragraph 5 of the Complaint.

6. The Defendant is without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations contained in Paragraph 6 of the Complaint.

7. The Defendant is without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations contained in Paragraph 7 of the Complaint.

8. Paragraph 8 is a general statement as to which no answer is required.

9. The Defendant is without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations contained in Paragraph 9 of the Complaint.

10. The Defendant is without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations contained in Paragraph 10 of the Complaint.

11. The Defendant is without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations contained in Paragraph 11 of the Complaint.

12. The Defendant is without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations contained in Paragraph 12 of the Complaint.

13. The Defendant is without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations contained in Paragraph 13 of the Complaint.

14. The Defendant is without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations contained in Paragraph 14 of the Complaint.

15. The Defendant is without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations contained in Paragraph 15 of the Complaint.

16. The Defendant is without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations contained in Paragraph 16 of the Complaint.

17. Defendant admits that Hamel Wickens & Troupe Funeral Home, Inc. is a corporation organized and existing under the laws of the Commonwealth of Massachusetts.

18. The Defendant is without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations contained in Paragraph 18 of the Complaint.

19. The Defendant is without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations contained in Paragraph 19 of the Complaint.

20. The Defendant is without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations contained in Paragraph 20 of the Complaint.

21. The Defendant is without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations contained in Paragraph 21 of the Complaint.

22. The Defendant is without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations contained in Paragraph 22 of the Complaint.

23. The Defendant is without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations contained in Paragraph 23 of the Complaint.

24. The Defendant is without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations contained in Paragraph 24 of the Complaint.

25. The Defendant denies the allegations contained in Paragraph 25.

26. The Defendant denies the allegations contained in Paragraph 26.

27. The Defendant is without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations contained in Paragraph 27 of the Complaint.

28. The Defendant is without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations contained in Paragraph 28 of the Complaint.

29. The Defendant is without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations contained in Paragraph 29 of the Complaint.

30. The Defendant denies the allegations contained in Paragraph 30.

31. The Defendant denies the allegations contained in Paragraph 31.

32. The Defendant denies the allegations contained in Paragraph 32.

33. The Defendant is without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations contained in Paragraph 33 of the Complaint.

34. The Defendant denies the allegations contained in Paragraph 34.

35. The Defendant denies the allegations contained in Paragraph 35.

36. The Defendant is without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations contained in Paragraph 36 of the Complaint.

37. The Defendant denies the allegations contained in Paragraph 37.

38. The Defendant is without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations contained in Paragraph 38 of the Complaint.

39. Defendant admits that decorum and respect is required when handling human remains, but denies the remaining allegations in this paragraph.

40. The Defendant is without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations contained in Paragraph 40 of the Complaint.

41. The Defendant is without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations contained in Paragraph 41 of the Complaint.

42. The Defendant is without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations contained in Paragraph 42 of the Complaint.

43. The Defendant is without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations contained in Paragraph 43 of the Complaint.

44. The Defendant is without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations contained in Paragraph 44 of the Complaint.

45. The Defendant is without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations contained in Paragraph 45 of the Complaint.

46. The Defendant is without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations contained in Paragraph 46 of the Complaint.

47. The Defendant is without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations contained in Paragraph 47 of the Complaint.

48. The Defendant is without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations contained in Paragraph 48 of the Complaint.

49. The Defendant is without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations contained in Paragraph 49 of the Complaint.

50. The Defendant is without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations contained in Paragraph 50 of the Complaint.

51. The Defendant is without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations contained in Paragraph 51 of the Complaint.

52. The Defendant is without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations contained in Paragraph 52 of the Complaint.

53. The Defendant denies the allegations contained in Paragraph 53.

54. The Defendant is without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations contained in Paragraph 54 of the Complaint.

55. The Defendant is without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations contained in Paragraph 55 of the Complaint.

56. The Defendant is without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations contained in Paragraph 56 of the Complaint.

57. The Defendant is without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations contained in Paragraph 57 of the Complaint.

58. The Defendant is without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations contained in Paragraph 58 of the Complaint.

59. The Defendant is without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations contained in Paragraph 59 of the Complaint.

60. The Defendant is without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations contained in Paragraph 60 of the Complaint.

61. The Defendant denies the allegations contained in Paragraph 61.

62. The Defendant denies the allegations contained in Paragraph 62.

63. The Defendant is without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations contained in Paragraph 63 of the Complaint.

64. The Defendant denies the allegations contained in Paragraph 64.

65. The Defendant denies the allegations contained in Paragraph 65.

66. The Defendant is without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations contained in Paragraph 66 of the Complaint.

67. The Defendant is without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations contained in Paragraph 67 of the Complaint.

68. The Defendant is without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations contained in Paragraph 68 of the Complaint.

69. The Defendant denies the allegations contained in Paragraph 69.

70. The Defendant denies the allegations contained in Paragraph 70.

71. The Defendant denies the allegations contained in Paragraph 71.

72. The Defendant restates and incorporates herein by reference its answers to Paragraph Nos. 1 through 71.

73. The Defendant is without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations contained in Paragraph 73 of the Complaint.

74. The Defendant is without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations contained in Paragraph 74 of the Complaint.

75. The Defendant denies the allegations contained in Paragraph 75.

76. The Defendant denies the allegations contained in Paragraph 76.

77. The Defendant denies the allegations contained in Paragraph 77.

78. The Defendant denies the allegations contained in Paragraph 78.

79. The Defendant denies the allegations contained in Paragraph 79.

80. The Defendant denies that the Plaintiff is entitled to the equitable relief sought in Paragraph 80 of Plaintiff's Complaint.

81.   The Defendant restates and incorporates herein by reference its answers to Paragraph Nos. 1 through 80.

82.   The Defendant is without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations contained in Paragraph 82 of the Complaint.

83.   The Defendant is without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations contained in Paragraph 83 of the Complaint.

84.   The Defendant denies the allegations contained in Paragraph 84.

85.   The Defendant denies the allegations contained in Paragraph 85.

86.   The Defendant denies the allegations contained in Paragraph 86.

87.   The Defendant restates and incorporates herein by reference its answers to Paragraph Nos. 1 through 86.

88.   The Defendant denies the allegations contained in Paragraph 88.

89.   The Defendant denies the allegations contained in Paragraph 89.

90.   The Defendant denies the allegations contained in Paragraph 90.

91.   The Defendant denies the allegations contained in Paragraph 91.

92.   The Defendant denies the allegations contained in Paragraph 92.

93.   The Defendant denies the allegations contained in Paragraph 93.

94.   The Defendant denies the allegations contained in Paragraph 94.

95.   The Defendant restates and incorporates herein by reference its answers to Paragraph Nos. 1 through 94.

96.   No response to the allegations contained in this paragraph is required as the allegations are not directed to Defendant answering herein. To the extent that a response is required, Defendant denies the allegations in this paragraph.

97. No response to the allegations contained in this paragraph is required as the allegations are not directed to Defendant answering herein. To the extent that a response is required, Defendant denies the allegations in this paragraph.

98. No response to the allegations contained in this paragraph is required as the allegations are not directed to Defendant answering herein. To the extent that a response is required, Defendant denies the allegations in this paragraph.

99. No response to the allegations contained in this paragraph is required as the allegations are not directed to Defendant answering herein. To the extent that a response is required, Defendant denies the allegations in this paragraph.

100. No response to the allegations contained in this paragraph is required as the allegations are not directed to Defendant answering herein. To the extent that a response is required, Defendant denies the allegations in this paragraph.

101. The Defendant restates and incorporates herein by reference its answers to Paragraph Nos. 1 through 100.

102. The Defendant is without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations contained in Paragraph 102 of the Complaint.

103. The Defendant denies the allegations contained in Paragraph 103.

104. The Defendant denies the allegations contained in Paragraph 104.

105. The Defendant restates and incorporates herein by reference its answers to Paragraph Nos. 1 through 104.

106. The Defendant is without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations contained in Paragraph 106 of the Complaint.

107. The Defendant is without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations contained in Paragraph 107 of the Complaint.

108. The Defendant is without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations contained in Paragraph 108 of the Complaint.

109. The Defendant denies the allegations contained in Paragraph 109.

110. The Defendant denies the allegations contained in Paragraph 110.

111. The Defendant denies the allegations contained in Paragraph 111.

112. The Defendant denies the allegations contained in Paragraph 112.

113. The Defendant restates and incorporates herein by reference its answers to Paragraph Nos. 1 through 112.

114. This paragraph contains a legal conclusion to which no response is required. To the extent a response is required, the Defendant denies the allegation.

115. The Defendant is without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations contained in Paragraph 115 of the Complaint.

116. The Defendant is without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations contained in Paragraph 116 of the Complaint.

117. The Defendant denies the allegations contained in Paragraph 117.

118. The Defendant denies the allegations contained in Paragraph 118.

119. The Defendant denies the allegations contained in Paragraph 119.

120. The Defendant restates and incorporates herein by reference its answers to Paragraph Nos. 1 through 119.

121. The Defendant denies the allegations contained in Paragraph 121.

122. The Defendant denies the allegations contained in Paragraph 122.

123. The Defendant denies the allegations contained in Paragraph 123.

124. The Defendant restates and incorporates herein by reference its answers to Paragraph Nos. 1 through 123.

125. The Defendant is without knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations contained in Paragraph 125 of the Complaint.

126. The Defendant denies the allegations contained in Paragraph 126.

127. The Defendant denies the allegations contained in Paragraph 127.

128. The Defendant restates and incorporates herein by reference its answers to Paragraph Nos. 1 through 127.

129. The Defendant denies the allegations contained in Paragraph 129.

130. The Defendant denies the allegations contained in Paragraph 130.

131. The Defendant denies the allegations contained in Paragraph 131.

The Defendant denies that the Plaintiff is entitled to the relief sought and further denies the Plaintiff has met the procedural requirements for class certification.

### AFFIRMATIVE DEFENSES

1. Defendant states that Plaintiff's Complaint should be dismissed pursuant to Rule 12(b)(6) for failure to state a claim upon which relief can be granted.

2. Defendant states that the Complaint misnames the Defendant.

3. Defendant states that service of process was insufficient.

4. Defendant states that the Complaint should be dismissed pursuant to Rule 12(b)(1) for lack of subject matter jurisdiction.

5. Defendant states that the Complaint should be dismissed pursuant to Rule 12(b)(3) for improper venue.

6. Defendant states that the Complaint should be dismissed pursuant to Rule 12(b)(4) for insufficiency of process.

7. Defendant states that the Complaint should be dismissed pursuant to Rule 12(b)(5) for the insufficiency of service of process.

8. Defendant states that the action is barred by the applicable statute of limitations.

9. Defendant states that the Plaintiff has failed to commence this action within the time afforded by the pertinent statutes of the Commonwealth of Massachusetts and therefore cannot maintain this action.

10. Defendant states that the Plaintiff cannot recover for the reason that she failed to give notice of the damages allegedly suffered by her to the Defendant as required by the statutes of the Commonwealth of Massachusetts.

11. The Court lacks personal jurisdiction over the Defendant.

12. Defendant states that if the Plaintiff suffered injuries or damage, as alleged, such injuries or damage were caused by someone for whose conduct the Defendant was not and is not legally responsible.

13. Defendant states that if the Plaintiff suffered injuries or damage, as alleged, such injuries or damage were caused by the superseding intervening conduct of a third party for whom the Defendant is not legally responsible.

### JURY DEMAND

THE DEFENDANT DEMANDS A TRIAL AS TO ALL ISSUES PROPERLY TRIABLE BY JURY.

DEFENDANT,
HAMEL WICKENS & TROUPE
FUNERAL HOME,

By its attorneys,

_____
Brian K. Walsh
Mintz, Levin, Cohn, Ferris,
 Glovsky and Popeo, P.C.
One Financial Center
Boston, Massachusetts 02111
(617) 542-6000

Dated: 7-15-, 2005

1531995.1.DOC

## CERTIFICATE OF SERVICE

I, Brian K. Walsh, counsel for the above-named Defendant, hereby certify that a true copy of the above document, was served, this day, via mail, postage prepaid, on:

**Counsel for Plaintiff:**

Theodore M. Hess-Mahan, Esq.
Thomas G. Shapiro, Esq.
Shapiro, Haber & Urmy, LLP
53 State Street
Boston, MA 02108

**Counsel for Bayview Crematory, LLC:**

Dona Feeney, Esq.
Getman, Stacey, Tamposi, Schulthess & Steere
163 South River Road
Bedford, NH 03110

**Counsel for Derek A. Wallace:**

Richard B. McNamara, Esq.
Wiggin & Nourie, P.C.
670 North Commercial Street
P.O. Box 808
Manchester, NH 03105-0808

**Counsel for Cremation Society, Inc.:**

Joseph M. Desmond, Esq.
Morrison, Mahoney &Miller, LLP
250 Summer Street
Boston, MA 02210

**Counsel for Farrah Funeral Home:**

Bradley A. MacDonald, Esq.
Cummings, King & MacDonald
One Gateway Center, Suite 351
Newton, MA 02458

**Counsel for Keefe Funeral Home:**

George E. Clancy, Esq.
Fuller, Rosenberg, Palmer & Beliveau
340 Main Street, Suite 817
Worcester, MA 01608

Dated: __7-15-__, 2005

_____
Brian K. Walsh