UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 05-11140 RCL

LORRAINE HUNT, on behalf of herself
  And all others similarly situated,
    Plaintiff
v.
BAYVIEW CREMATORY, LLC.,
DEREK A. WALLACE, LINDA STOKES,
AMERICAN CREMATION SOCIETY, INC.,
AMERICAN SOCIETY FOR CREMATION,
AMERICAN SOCIETY FOR FUNERAL
   SERVICES, INC.,
COMMONWEALTH CREMATION &
   SHIPPING SERVICE, INC.,
COMMONWEALTH FUNERAL
   SERVICE, INC.,
CREMATION SOCIETY, INC.,
DRACUT FUNERAL HOME INCORPORATED,
FARRAH FUNERAL HOME,
HAMEL, WICKENS & TROUPE FUNERAL
   HOME, INC.,
HARTY-WALLACE FUNERAL HOME,
KEEFE FUNERAL HOME, INC.,
SCATAMACCHIA FUNERAL HOME,
SIMPLICITY BURIAL & CREMATION, INC.
   f/k/a OCEANSIDE FAMILY
   FUNERAL HOME,
WILLIAM F. SPENCER FUNERAL SERVICES,

NOTICE OF APPEARANCE

To the Clerk of the Above Named Court:

Please enter our appearance on behalf of the Defendant William F. Spencer Funeral

-2-

Services effective immediately.

        WILLIAM F. SPENCER FUNERAL
           SERVICES
        By its Attorneys,
        CURLEY & CURLEY P.C.


    /s/ Robert A. Curley, Jr,. Esq.
    Robert A. Curley, Jr., Esq.
    BBO # 109108
    Kim M. Roussos, Esq.
    BBO # 637408
    27 School Street
    Boston MA 02108
    (617) 523-2990
    (617) 523-7602 (fax)


## CERTIFICATE OF SERVICE

I, Robert A. Curley, Jr., hereby certify that I served a true and correct copy of the foregoing pleading by mailing a copy postage prepaid to the following counsel of record:

    Thomas G. Shapiro, Esq.
    Theodore M. Hess-Mahan, Esq.
    Shapiro, Haber & Urmy, LLP
    53 State Street
    Boston MA 02109

    Samuel H. Rudman, Esq.
    Robert M. Rothman, Esq.
    Evan J. Kaufman, Esq.
  Lerach, Coughlin, Stoia, Geller, Rudman & Robbin, LLP
    200 Broadhollow Road, Suite 406
    Melville NY 11747


Dated: July 15, 2005        /s/ Robert A. Curley, Jr,. Esq.
                                      Robert A. Curley, Jr., Esq.
                                      BBO # 109108