UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.:  05-11140 RCL

| |
|---|
| LORRAINE HUNT, on behalf of herself<br>  And all others similarly situated,<br>      Plaintiff<br>v.<br>BAYVIEW CREMATORY, LLC.,<br>DEREK A. WALLACE, LINDA STOKES,<br>AMERICAN CREMATION SOCIETY, INC.,<br>AMERICAN SOCIETY FOR CREMATION,<br>AMERICAN SOCIETY FOR FUNERAL<br>   SERVICES, INC.,<br>COMMONWEALTH CREMATION &<br>   SHIPPING SERVICE, INC.,<br>COMMONWEALTH FUNERAL<br>   SERVICE, INC.,<br>CREMATION SOCIETY, INC.,<br>DRACUT FUNERAL HOME INCORPORATED,<br>FARRAH FUNERAL HOME,<br>HAMEL, WICKENS & TROUPE FUNERAL<br>   HOME, INC.,<br>HARTY-WALLACE FUNERAL HOME,<br>KEEFE FUNERAL HOME, INC.,<br>SCATAMACCHIA FUNERAL HOME,<br>SIMPLICITY BURIAL & CREMATION, INC.<br>    f/k/a OCEANSIDE FAMILY<br>    FUNERAL HOME,<br>WILLIAM F. SPENCER FUNERAL SERVICES,<br>And DOES 1-50 INCLUSIVE,<br>      Defendants |

STIPULATION FOR EXTENSION OF TIME

Now come counsel for the Plaintiff and the Defendant William F. Spencer Funeral Services and stipulate that the time within which said Defendant may file a

-2-

pleading responsive to the Complaint may be extended up to and including August 12, 2005.

        LORRAINE HUNT,
By her Attorneys,
Shapiro, Haber & Urmy, LLP


  /s/   Theodore M. Hess-Mahan, Esq.  kmr
Theodore M. Hess-Mahan, Esq.
53 State Street
Boston   MA   02109
(617) 439-3939


WILLIAM F. SPENCER FUNERAL
   SERVICES
By its Attorneys,
CURLEY & CURLEY P.C.


   /s/ Robert A. Curley, Jr,. Esq.
Robert A. Curley, Jr., Esq.
BBO # 109108
Kim  M. Roussos, Esq.
BBO # 637408
27 School Street
Boston  MA   02108
(617)  523-2990
(617)  523-7602 (fax)


CERTIFICATE OF SERVICE

I, Robert A. Curley, Jr., hereby certify that I served a true and correct copy of the foregoing pleading by mailing a copy postage prepaid to the following counsel of record:

-3-

Thomas G. Shapiro, Esq.
Theodore M. Hess-Mahan, Esq.
Shapiro, Haber & Urmy, LLP
53 State Street
Boston   MA   02109

Samuel H. Rudman, Esq.
Robert M. Rothman, Esq.
Evan J. Kaufman, Esq.
Lerach, Coughlin, Stoia, Geller, Rudman & Robbin, LLP
200 Broadhollow Road, Suite 406
Melville   NY   11747


Dated:   July 15, 2005                                /s/ Robert A. Curley, Jr,. Esq.
                                                          Robert A. Curley, Jr., Esq.
                                                          BBO # 109108
                                                          Kim  M. Roussos, Esq.
                                                          CURLEY & CURLEY P.C.
                                                          27 School Street
                                                          Boston  MA   02108
                                                          (617)  523-2990
                                                          (617)  523-7602 (fax)
                                                          BBO # 637408