UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

NO. 05-11140-RCL

_____
)
**LORRAINE HUNT on behalf of herself** )
**And all others similarly situated,**   )
    **Plaintiff**                                 )
                                                     )
v.                                                )
                                                     )
**BAYVIEW CREMATORY, LLC, DEREK** )
**A. WALLACE, LINDA STOKES,**        )
**AMERICAN CREMATION SOCIETY,**  )  **ANSWER OF DEFENDANT, LINDA**
**INC., AMERICAN SOCIETY FOR**        )  **STOKES, TO PLAINTIFF'S**
**CREMATION, AMERICAN SOCIETY**    )  **COMPLAINT**
**FOR FUNERAL SERVICES, INC.,**       )
**COMMONWEALTH CREMATION &**    )
**SHIPPING SERVICE, INC.,**                )
**COMMONWEALTH FUNDERAL**         )
**SERVICE, INC., CREMATION**           )
**SOCIETY, INC., DRACUT FUNERAL** )
**HOME INCORPORATED, FARRAH**    )
**FUNERAL HOME, HAMEL WICKENS** )
**& TROUPE FUNERAL HOME, INC.,**  )
**HART-WALLACE FUNERAL HOME,**  )
**KEEFE FUNERAL HOME, INC.,**         )
**SCATAMACCHIA FUNERAL HOME,** )
**SIMPLICITY BURIAL & CREMATION,** )
**INC., f/k/a OCEANSIDE FAMILY**      )
**FUNERAL HOME, WILLIAM F.**           )
**SPENCER FUNERAL SERVICES and** )
**DOES 1-50, INCLUSIVE,**                   )
    **Defendants**                             )
_____)

    1.    The defendant denies the allegations contained in paragraph 1 of the plaintiff's complaint.

    2.    The defendant denies the allegations contained in paragraph 2 of the plaintiff's complaint.

    3.    The defendant denies the allegations contained in paragraph 3 of the plaintiff's complaint.

## **PARTIES**

4. The defendant is without knowledge as to the truth or falsity of the allegations contained in paragraph 4 of the plaintiff's complaint and, therefore, under the Rules of Civil Procedure, this paragraph is denied.

5. The defendant admits that Bayview Crematory, LLC is a New Hampshire limited liability company with its principal place of business at 204 New Zealand Road, Seabrook, New Hampshire but is without knowledge concerning the remaining allegations contained in paragraph 5 of the plaintiff's complaint and, therefore, denies such allegations.

6. The defendant denies the allegations contained in paragraph 6 of the plaintiff's complaint.

7. The defendant admits that she is Derek Wallace's mother but denies the remaining allegations contained in paragraph 7 of the plaintiff's complaint.

8. The defendant is without knowledge as to the truth or falsity of the allegations contained in paragraph 8 of the plaintiff's complaint and, therefore, under the Rules of Civil Procedure, this paragraph is denied.

9. The defendant is without knowledge as to the truth or falsity of the allegations contained in paragraph 9 of the plaintiff's complaint and, therefore, under the Rules of Civil Procedure, this paragraph is denied.

10. The defendant is without knowledge as to the truth or falsity of the allegations contained in paragraph 10 of the plaintiff's complaint and, therefore, under the Rules of Civil Procedure, this paragraph is denied.

11.    The defendant is without knowledge as to the truth or falsity of the allegations contained in paragraph 11 of the plaintiff's complaint and, therefore, under the Rules of Civil Procedure, this paragraph is denied.

12.    The defendant is without knowledge as to the truth or falsity of the allegations contained in paragraph 12 of the plaintiff's complaint and, therefore, under the Rules of Civil Procedure, this paragraph is denied.

13.    The defendant is without knowledge as to the truth or falsity of the allegations contained in paragraph 13 of the plaintiff's complaint and, therefore, under the Rules of Civil Procedure, this paragraph is denied.

14.    The defendant is without knowledge as to the truth or falsity of the allegations contained in paragraph 14 of the plaintiff's complaint and, therefore, under the Rules of Civil Procedure, this paragraph is denied.

15.    The defendant is without knowledge as to the truth or falsity of the allegations contained in paragraph 15 of the plaintiff's complaint and, therefore, under the Rules of Civil Procedure, this paragraph is denied.

16.    The defendant is without knowledge as to the truth or falsity of the allegations contained in paragraph 16 of the plaintiff's complaint and, therefore, under the Rules of Civil Procedure, this paragraph is denied.

17.    The defendant is without knowledge as to the truth or falsity of the allegations contained in paragraph 17 of the plaintiff's complaint and, therefore, under the Rules of Civil Procedure, this paragraph is denied.

18.    The defendant admits that Hart-Wallace Funeral Home has a principal place of business in Lawrence, Massachusetts but is without knowledge concerning the remaining allegations contained in paragraph 18 of the plaintiff's complaint and, therefore, under the Rules of Civil Procedure, this paragraph is denied.

19. The defendant is without knowledge as to the truth or falsity of the allegations contained in paragraph 19 of the plaintiff's complaint and, therefore, under the Rules of Civil Procedure, this paragraph is denied.

20. The defendant is without knowledge as to the truth or falsity of the allegations contained in paragraph 20 of the plaintiff's complaint and, therefore, under the Rules of Civil Procedure, this paragraph is denied.

21. The defendant admits that Simplicity Burial & Cremation, Inc. has a principal place of business at 287 High St., Newburyport, Massachusetts, but is without knowledge as to the remaining allegations contained in paragraph 21 of the plaintiff's complaint and, therefore, denies said allegations.

22. The defendant is without knowledge as to the truth or falsity of the allegations contained in paragraph 22 of the plaintiff's complaint and, therefore, under the Rules of Civil Procedure, this paragraph is denied.

23. The defendant is without knowledge as to the truth or falsity of the allegations contained in paragraph 23 of the plaintiff's complaint and, therefore, under the Rules of Civil Procedure, this paragraph is denied.

24. The defendant is without knowledge as to the truth or falsity of the allegations contained in paragraph 24 of the plaintiff's complaint and, therefore, under the Rules of Civil Procedure, this paragraph is denied.

## JURISDICTION AND VENUE

25. The defendant denies the allegations contained in paragraph 25 of the plaintiff's complaint.

26. The defendant denies the allegations contained in paragraph 26 of the plaintiff's complaint.

27. The defendant denies the allegations contained in paragraph 27 of the plaintiff's complaint.

28. The defendant is without knowledge as to the truth or falsity of the allegations contained in paragraph 28 of the plaintiff's complaint and, therefore, under the Rules of Civil Procedure, this paragraph is denied.

## CLASS ACTION ALLEGATIONS

29. The defendant is without knowledge as to the truth or falsity of the allegations contained in paragraph 29 of the plaintiff's complaint and, therefore, under the Rules of Civil Procedure, this paragraph is denied.

30. The defendant denies the allegations contained in paragraph 30 of the plaintiff's complaint.

31. The defendant denies the allegations contained in paragraph 31 of the plaintiff's complaint.

32. The defendant denies the allegations contained in paragraph 32 of the plaintiff's complaint.

33. The defendant denies the allegations contained in paragraph 33 of the plaintiff's complaint.

34. The defendant denies the allegations contained in paragraph 34 of the plaintiff's complaint.

35. The defendant denies the allegations contained in paragraph 35 of the plaintiff's complaint.

## COMMON FACTUAL ALLEGATIONS
### Bayview Crematory Mishandled and Commingled Corpses

36.     The defendant denies the allegations contained in paragraph 36 of the plaintiff's complaint as currently phrased.

37.     The defendant denies the allegations contained in paragraph 37 of the plaintiff's complaint as currently phrased.

38.     The defendant denies the allegations contained in paragraph 38 of the plaintiff's complaint as currently phrased.

39.     The defendant admits that decorum and respect should be accorded in handling human remains, but denies the remaining allegations contained in paragraph 39 of the plaintiff's complaint as currently phrased.

40.     The defendant denies the allegations contained in paragraph 40 of the plaintiff's complaint as currently phrased.

41.     The defendant denies the allegations contained in paragraph 41 of the plaintiff's complaint as currently phrased.

42.     The defendant denies the allegations contained in paragraph 42 of the plaintiff's complaint as currently phrased.

43.     The defendant denies the allegations contained in paragraph 43 of the plaintiff's complaint as currently phrased.

44.     The defendant denies the allegations contained in paragraph 44 of the plaintiff's complaint as currently phrased.

45.     The defendant denies the allegations contained in paragraph 45 of the plaintiff's complaint as currently phrased.

46.     The defendant denies the allegations contained in paragraph 46 of the plaintiff's complaint as currently phrased.

47.     The defendant denies the allegations contained in paragraph 47 of the plaintiff's complaint as currently phrased.

48.     The defendant denies the allegations contained in paragraph 48 of the plaintiff's complaint as currently phrased.

49.     The defendant denies the allegations contained in paragraph 49 of the plaintiff's complaint as currently phrased.

50.     The defendant denies the allegations contained in paragraph 50 of the plaintiff's complaint as currently phrased.

51.     The defendant denies the allegations contained in paragraph 51 of the plaintiff's complaint as currently phrased.

52.     The defendant denies the allegations contained in paragraph 52 of the plaintiff's complaint as currently phrased.

53.     The defendant denies the allegations contained in paragraph 53 of the plaintiff's complaint.

54.     The defendant denies the allegations contained in paragraph 54 of the plaintiff's complaint as currently phrased.

55.     The defendant denies the allegations contained in paragraph 55 of the plaintiff's complaint as currently phrased.

56.     The defendant is without knowledge as to the truth or falsity of the allegations contained in paragraph 56 of the plaintiff's complaint and, therefore, under the Rules of Civil Procedure, this paragraph is denied.

57.     The defendant is without knowledge as to the truth or falsity of the allegations contained in paragraph 57 of the plaintiff's complaint and, therefore, under the Rules of Civil Procedure, this paragraph is denied.

58. The defendant is without knowledge as to the truth or falsity of the allegations contained in paragraph 58 of the plaintiff's complaint and, therefore, under the Rules of Civil Procedure, this paragraph is denied.

59. The defendant denies the allegations contained in paragraph 59 of the plaintiff's complaint as currently phrased.

60. The defendant is without knowledge as to the truth or falsity of the allegations contained in paragraph 60 of the plaintiff's complaint and, therefore, under the Rules of Civil Procedure, this paragraph is denied.

61. The defendant denies the allegations contained in paragraph 61 of the plaintiff's complaint as currently phrased.

62. The defendant denies the allegations contained in paragraph 62 of the plaintiff's complaint as currently phrased.

63. The defendant denies the allegations contained in paragraph 63 of the plaintiff's complaint.

64. The defendant is without knowledge as to the truth or falsity of the allegations contained in paragraph 64 of the plaintiff's complaint and, therefore, under the Rules of Civil Procedure, this paragraph is denied.

65. The defendant denies the allegations contained in paragraph 65 of the plaintiff's complaint as currently phrased.

66. The defendant denies the allegations contained in paragraph 66 of the plaintiff's complaint.

67. The defendant is without knowledge as to the truth or falsity of the allegations contained in paragraph 67 of the plaintiff's complaint and, therefore, under the Rules of Civil Procedure, this paragraph is denied.

68. The defendant denies the allegations contained in paragraph 68 of the plaintiff's complaint.

69. The defendant denies the allegations contained in paragraph 69 of the plaintiff's complaint.

70. The defendant denies the allegations contained in paragraph 70 of the plaintiff's complaint.

71. The defendant denies the allegations contained in paragraph 71 of the plaintiff's complaint.

**COUNT I**
**EQUITABLE (INJUNCTIVE AND/OR DECLARATORY) RELIEF**
**(AGAINST ALL DEFENDANTS)**

72. The defendant restates, reasserts, and incorporates by reference her responses to all prior allegations contained in the plaintiff's complaint as if specifically set forth herein.

73. The defendant denies the allegations contained in paragraph 73 of the plaintiff's complaint.

74. The defendant denies the allegations contained in paragraph 74 of the plaintiff's complaint.

75. The defendant denies the allegations contained in paragraph 75 of the plaintiff's complaint.

76. The defendant denies the allegations contained in paragraph 76 of the plaintiff's complaint.

77. The defendant denies the allegations contained in paragraph 77 of the plaintiff's complaint.

78. The defendant denies the allegations contained in paragraph 78 of the plaintiff's complaint as currently phrased.

79. The defendant denies the allegations contained in paragraph 79 of the plaintiff's complaint.

80. The defendant denies the allegations contained in paragraph 80 of the plaintiff's complaint.

### COUNT II
### BREACH OF CONTRACT
### (AGAINST THE FUNERAL HOME DEFENDANTS)

81. The defendant restates, reasserts, and incorporates by reference her responses to all prior allegations contained in the plaintiff's complaint as if specifically set forth herein.

82-86. The allegations contained in paragraphs 82 through 86 are not directed at the defendant, Linda Stokes. To the extent any of the allegations contained in said paragraphs may be construed as asserting allegations against the defendant, Linda Stokes, the defendant denies.

### COUNT III
### BREACH OF FIDUCIARY DUTY/SPECIAL DUTY
### (AGAINST ALL DEFENDANTS)

87. The defendant restates, reasserts, and incorporates by reference her responses to all prior allegations contained in the plaintiff's complaint as if specifically set forth herein.

88. The defendant denies the allegations contained in paragraph 88 of the plaintiff's complaint as currently phrased.

89.     The defendant denies the allegations contained in paragraph 89 of the plaintiff's complaint as currently phrased.

90.     The defendant denies the allegations contained in paragraph 90 of the plaintiff's complaint as currently phrased.

91.     The defendant denies the allegations contained in paragraph 91 of the plaintiff's complaint.

92.     The defendant denies the allegations contained in paragraph 92 of the plaintiff's complaint.

93.     The defendant denies the allegations contained in paragraph 93 of the plaintiff's complaint.

94.     The defendant denies the allegations contained in paragraph 94 of the plaintiff's complaint.

### COUNT IV
### FRAUDULENT CONDUCT
### (AS TO BAYVIEW CREMATORY DEFENDANTS)

95.     The defendant restates, reasserts, and incorporates by reference her responses to all prior allegations contained in the plaintiff's complaint as if specifically set forth herein.

96.     The defendant denies the allegations contained in paragraph 96 of the plaintiff's complaint.

97.     The defendant denies the allegations contained in paragraph 97 of the plaintiff's complaint.

98.     The defendant denies the allegations contained in paragraph 98 of the plaintiff's complaint.

99. The defendant denies the allegations contained in paragraph 99 of the plaintiff's complaint.

100. The defendant denies the allegations contained in paragraph 100 of the plaintiff's complaint.

### COUNT V
### NEGLIGENCE
### (AGAINST ALL DEFENDANTS)

101. The defendant restates, reasserts, and incorporates by reference her responses to all prior allegations contained in the plaintiff's complaint as if specifically set forth herein.

102. The defendant denies the allegations contained in paragraph 102 of the plaintiff's complaint.

103. The defendant denies the allegations contained in paragraph 103 of the plaintiff's complaint.

104. The defendant denies the allegations contained in paragraph 104 of the plaintiff's complaint.

### COUNT VI
### WILLFUL INTERFERENCE WITH REMAINS AND
### INTENTIONAL MISHANDLING OF A CORPSE
### (AGAINST ALL DEFENDANTS)

105. The defendant restates, reasserts, and incorporates by reference her responses to all prior allegations contained in the plaintiff's complaint as if specifically set forth herein.

106. The defendant denies the allegations contained in paragraph 106 of the plaintiff's complaint.

107.   The defendant denies the allegations contained in paragraph 107 of the plaintiff's complaint.

108.   The defendant denies the allegations contained in paragraph 108 of the plaintiff's complaint.

109.   The defendant denies the allegations contained in paragraph 109 of the plaintiff's complaint.

110.   The defendant denies the allegations contained in paragraph 110 of the plaintiff's complaint.

111.   The defendant denies the allegations contained in paragraph 111 of the plaintiff's complaint.

112.   The defendant denies the allegations contained in paragraph 112 of the plaintiff's complaint.

**COUNT VII**
**NEGLIGENT INTERFERENCE WITH REMAINS AND**
**MISHANDLING OF A CORPSE**
**(AGAINST ALL DEFENDANTS)**

113.   The defendant restates, reasserts, and incorporates by reference her responses to all prior allegations contained in the plaintiff's complaint as if specifically set forth herein.

114.   The defendant denies the allegations contained in paragraph 114 of the plaintiff's complaint.

115.   The defendant denies the allegations contained in paragraph 115 of the plaintiff's complaint.

116.   The defendant denies the allegations contained in paragraph 116 of the plaintiff's complaint.

117. The defendant denies the allegations contained in paragraph 117 of the plaintiff's complaint.

118. The defendant denies the allegations contained in paragraph 118 of the plaintiff's complaint.

119. The defendant denies the allegations contained in paragraph 119 of the plaintiff's complaint.

### COUNT VIII
### INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS
### (AGAINST ALL DEFENDANTS)

120. The defendant restates, reasserts, and incorporates by reference her responses to all prior allegations contained in the plaintiff's complaint as if specifically set forth herein.

121. The defendant denies the allegations contained in paragraph 121 of the plaintiff's complaint.

122. The defendant denies the allegations contained in paragraph 122 of the plaintiff's complaint.

123. The defendant denies the allegations contained in paragraph 123 of the plaintiff's complaint.

### COUNT IX
### NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS
### (AGAINST ALL DEFENDANTS)

124. The defendant restates, reasserts, and incorporates by reference her responses to all prior allegations contained in the plaintiff's complaint as if specifically set forth herein.

125. The defendant denies the allegations contained in paragraph 125 of the plaintiff's complaint.

126. The defendant denies the allegations contained in paragraph 126 of the plaintiff's complaint.

127. The defendant denies the allegations contained in paragraph 127 of the plaintiff's complaint.

### COUNT X
### CIVIL CONSPIRACY
### (AGAINST ALL DEFENDANTS)

128. The defendant restates, reasserts, and incorporates by reference her responses to all prior allegations contained in the plaintiff's complaint as if specifically set forth herein.

129. The defendant denies the allegations contained in paragraph 129 of the plaintiff's complaint.

130. The defendant denies the allegations contained in paragraph 130 of the plaintiff's complaint.

131. The defendant denies the allegations contained in paragraph 131 of the plaintiff's complaint.

### AFFIRMATIVE DEFENSE

### FIRST AFFIRMATIVE DEFENSE

The complaint fails to state a claim upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

The cause of action mentioned in the complaint did not accrue within the time period limited by statute for commencement of this action.

### THIRD AFFIRMATIVE DEFENSE

The defendant denies that any servant or agent of the defendant was involved in any incident at the time and place alleged.

### FOURTH AFFIRMATIVE DEFENSE

The person who caused the alleged damages to the plaintiffs was not a person for whose conduct the defendant was responsible.

### FIFTH AFFIRMATIVE DEFENSE

The plaintiffs do not meet the necessary requirements to constitute a class.

### SIXTH AFFIRMATIVE DEFENSE

The plaintiffs have failed to mitigate their damages, if any, in a reasonable manner.

### SEVENTH AFFIRMATIVE DEFENSE

The defendant denies that any action or inaction on her behalf proximately caused injury to the plaintiffs.

### EIGHTH AFFIRMATIVE DEFENSE

This court lacks jurisdiction over the defendant.

### NINTH AFFIRMATIVE DEFENSE

The plaintiffs are barred, in whole or in part, by the doctrines of laches, waiver, and/or estoppel.

### TENTH AFFIRMATIVE DEFENSE

The defendant asserts that to the extent that evidence has been spoliated, the defendant has been adversely affected.

### ELEVENTH AFFIRMATIVE DEFENSE

The defendant's negligence, if any, did not proximately cause any damage to the plaintiffs.

## TWELFTH AFFIRMATIVE DEFENSE

The plaintiffs' damages do not meet the jurisdictional requirement of this Court.

## THIRTEENTH AFFIRMATIVE DEFENSE

This action is barred by the doctrine of a prior pending action where claims of the same right allegedly infringed by the same wrong and which would involve the same evidence have been asserted in Essex Superior Court in Massachusetts, Civil Action No. 05789C, Anzalone, et al. v. Bayview Crematory, LLC, et al., filed May 11, 2005 and Ellis, et al. v. Bayview Crematory, LLC, et al., Rockingham County Superior Court, New Hampshire, Civil Action No. 05-C-350.

## FOURTEENTH AFFIRMATIVE DEFENSE

This action cannot be maintained as a class action on the grounds that it fails to state a claim entitling the plaintiff to relief because the members of the class are not so numerous as to make it impractical to bring them before the court..

## FIFTEENTH AFFIRMATIVE DEFENSE

This action cannot be maintained as a class action on the grounds that it fails to state a claim entitling the plaintiff to relief because the claims of the plaintiff are not typical of a class action.

## SIXTEENTH AFFIRMATIVE DEFENSE

This action cannot be maintained as a class action on the grounds that it fails to state a claim entitling the plaintiff to relief because the damages sought are unique as to each purported member.

## SEVENTEENTH AFFIRMATIVE DEFENSE

This action cannot be maintained as a class action on the grounds that it fails to state a claim entitling the plaintiff to relief because there are no questions of law or

fact common to the alleged wrongdoing of this defendant as regard to the clients or the conduct of other defendants.

### EIGHTEENTH AFFIRMATIVE DEFENSE

The plaintiff cannot prove objective evidence of physical harm and, therefore, her claim for negligent infliction of emotional distress must be dismissed.

### NINETEENTH AFFIRMATIVE DEFENSE

The plaintiff suffered no damages as a result of any alleged actions on the part of the defendant and, therefore, the plaintiff cannot recover.

### TWENTIETH AFFIRMATIVE DEFENSE

It was not reasonably foreseeable that the plaintiff would suffer damages as the result of the defendant's actions as alleged by the plaintiff and, therefore, the plaintiff cannot recover.

### TWENTY-FIRST AFFIRMATIVE DEFENSE

The plaintiff's damages do not exceed $75,000.00 and, therefore, the plaintiff's complaint should be dismissed.

### JURY DEMAND

The defendant, Linda Stokes, demands a trial by jury on all issues so triable.

Respectfully submitted,

**CLARK, HUNT & EMBRY**

/s/ William F. Ahern, Jr.
_____
William F. Ahern, Jr.
55 Cambridge Parkway
Cambridge, MA  02142
B.B.O. No. 013365
(617) 494-1920