UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| LORRAINE HUNT on behalf of herself and all others similarly situated,<br>　　　　　Plaintiff<br>VS.<br>BAYVIEW CREMATORY, LLC, DEREK A. WALLACE, LINDA STOKE, AMERICAN CREMATION SOCIETY, INC., AMERICAN SOCIETY FOR FUNERL SERVICES, INC., COMMONWEALTH CREMATION & SHIPPING SERVICE, INC., COMMONWEALTH FUNERAL SERVICE, INC., CREMATION SOCIETY, INC., DRACUT FUNERAL HOME INCORPORATED, FARRAH FUNERAL HOME, HAMEL WICKENS & TROUPE FUNERAL HOME, INC., HART-WALLACE FUNERAL HOME, KEEFE FUNERAL HOME, INC., SCATAMACCHIA FUNERAL HOME, SIMPLICITY BURIAL & CREMATION, INC., f/k/a OCEANSIDE FAMILY FUNERAL HOME, WILLIAM F. SPENCER FUNERAL SERVICES and DOES 1-50, INCLUSIVE,<br>　　　　　Defendants | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | CIVIL ACTION<br>NO. 05-11140 RCL |

**AFFIDAVIT OF JOHN J. DICHELLO FOR ADMISSION *PRO HAC VICE***

County of Philadelphia
State of Pennsylvania

　　Comes affiant, John J. DiChello, and after having first been sworn states:

1.　My name is John J. DiChello, and I am a resident of Philadelphia, Pennsylvania.

2.　I am an associate in the law firm of Blank & Rome, LLP, One Logan Square, 18th & Cherry Streets, Philadelphia, Pennsylvania, 19103.

3.　I received my J.D. degree from the Dickinson School of Law of the Pennsylvania State University in 2003.

4.  I am admitted to practice before the State Courts of Pennsylvania and New Jersey, the United States District Court for the Eastern District of Pennsylvania and the United States District Court for the District of New Jersey.

5.  I am in good standing with the State Bar of Pennsylvania and the State Bar of New Jersey, and I am not under suspension or disbarment of any bar in which I am a member. There are no disciplinary actions currently pending against me.

6.  If allowed to be admitted to practice *pro hac vice* in this case, I affirm that I will abide by all State and Local Rules applicable to this litigation. I have become familiar with and have access to the local Rules of this Court.

_____
JOHN J. DICHELLO
Pennsylvania Bar No. 91767

Subscribed and sworn to before me by John J. DiChello, personally, this 20th, day of July, 2005.

_____
Notary Public
My commission expires: 12-18-08

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
CHERYL E. ROGERS, Notary Public
City of Philadelphia, Phila. County
My Commission Expires December 18, 2008