UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| LORRAINE HUNT on behalf of herself and all others similarly situated,<br>    Plaintiff<br>VS.<br>BAYVIEW CREMATORY, LLC, DEREK A. WALLACE, LINDA STOKE, AMERICAN CREMATION SOCIETY, INC., AMERICAN SOCIETY FOR FUNERL SERVICES, INC., COMMONWEALTH CREMATION & SHIPPING SERVICE, INC., COMMONWEALTH FUNERAL SERVICE, INC., CREMATION SOCIETY, INC., DRACUT FUNERAL HOME INCORPORATED, FARRAH FUNERAL HOME, HAMEL WICKENS & TROUPE FUNERAL HOME, INC., HART-WALLACE FUNERAL HOME, KEEFE FUNERAL HOME, INC., SCATAMACCHIA FUNERAL HOME, SIMPLICITY BURIAL & CREMATION, INC., f/k/a OCEANSIDE FAMILY FUNERAL HOME, WILLIAM F. SPENCER FUNERAL SERVICES and DOES 1-50, INCLUSIVE,<br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION<br>NO. 05-11140 RCL |

**MOTION FOR ADMISSION PRO HAC VICE**

  Michael E. Okolita, a member of the Massachusetts bar and the U.S. District Court for the District of Massachusetts, hereby moves the Court pursuant to Local Rule 83.5.3(b), for the Admission *Pro Hac Vice* of Attorney Grant S. Palmer of the law firm of Blank & Rome, LLP, One Logan Square, 18th & Cherry Streets, Philadelphia, Pennsylvania, 19103, and in support thereof, being duly sworn, deposes and says:

1. Movant attaches the Affidavit of Grant S. Palmer identifying every Court of which he is a member of the Bar and certifying that he is not under suspension or disbarment by any Court.

2. Movant has agreed to serve as local counsel and associate counsel herein.

3. In his Affidavit, Grant S. Palmer agrees to comply with the Rules of Professional Conduct as set forth in the Massachusetts Federal Rules of Civil Procedure and agrees to become subject to discipline by the Federal and State Courts of the District of Massachusetts.

WHEREFORE, it is respectfully requested that the Court grant an Order allowing the Admission of Grant S. Palmer, Esquire, to the United States District Court for the District of Massachusetts to practice with respect to the above entitled action.

Respectfully submitted this 28th day of July, 2005

Michael E. Okolita, Esquire
Donald E. Feener & Associates
120 Front Street, Suite 310
Worcester, MA 01608-1424
(508) 798-0717
BBO: 378255