UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| LORRAINE HUNT on behalf of herself and all others similarly situated,<br>     Plaintiff<br>VS.<br>BAYVIEW CREMATORY, LLC, DEREK A. WALLACE, LINDA STOKE, AMERICAN CREMATION SOCIETY, INC., AMERICAN SOCIETY FOR FUNERL SERVICES, INC., COMMONWEALTH CREMATION & SHIPPING SERVICE, INC., COMMONWEALTH FUNERAL SERVICE, INC., CREMATION SOCIETY, INC., DRACUT FUNERAL HOME INCORPORATED, FARRAH FUNERAL HOME, HAMEL WICKENS & TROUPE FUNERAL HOME, INC., HART-WALLACE FUNERAL HOME, KEEFE FUNERAL HOME, INC., SCATAMACCHIA FUNERAL HOME, SIMPLICITY BURIAL & CREMATION, INC., f/k/a OCEANSIDE FAMILY FUNERAL HOME, WILLIAM F. SPENCER FUNERAL SERVICES and DOES 1-50, INCLUSIVE,<br>     Defendants | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | CIVIL ACTION<br>NO. 05-11140 RCL |

**AFFIDAVIT OF GRANT S. PALMER FOR ADMISSION *PRO HAC VICE***

County of Philadelphia
State of Pennsylvania

  Comes affiant, Grant S. Palmer, and after having first been sworn states:

1. My name is Grant S. Palmer, and I am a resident of Philadelphia, Pennsylvania.

2. I am a partner in the law firm of Blank & Rome, LLP, One Logan Square, 18th & Cherry Streets, Philadelphia, Pennsylvania, 19103.

3. I received my J.D. degree from the University of Pennsylvania Law School in 1989.

4. I am admitted to practice before the State Court of Pennsylvania, the United States District Court for the Eastern District of Pennsylvania and the Supreme Court of the United States, the United States Court of Appeals for the Third Circuit.

5. I am in good standing with the State Bar of Pennsylvania, and I am not under suspension or disbarment of any bar in which I am a member. There are no disciplinary actions currently pending against me.

6. If allowed to be admitted to practice *pro hac vice* in this case, I affirm that I will abide by all State and Local Rules applicable to this litigation. I have become familiar with and have access to the local Rules of this Court.

_____
GRANT S. PALMER
Pennsylvania Bar No. 57686

Subscribed and sworn to before me by Grant S. Palmer, personally, this __21st__, day of __July__, 2005.

_____
Notary Public
My commission expires: __10-31-06__

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
DOROTHY L. WYDRA, Notary Public
City of Philadelphia, Phila. County
My Commission Expires October 31, 2006