UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| LORRAINE HUNT on behalf of herself<br>and all others similarly situated,<br>　　　　　　　Plaintiff<br>VS.<br>BAYVIEW CREMATORY, LLC, DEREK A.<br>WALLACE, LINDA STOKE, AMERICAN<br>CREMATION SOCIETY, INC., AMERICAN<br>SOCIETY FOR FUNERL SERVICES, INC.,<br>COMMONWEALTH CREMATION &<br>SHIPPING SERVICE, INC.,<br>COMMONWEALTH FUNERAL SERVICE,<br>INC., CREMATION SOCIETY, INC.,<br>DRACUT FUNERAL HOME<br>INCORPORATED, FARRAH FUNERAL<br>HOME, HAMEL WICKENS & TROUPE<br>FUNERAL HOME, INC., HART-WALLACE<br>FUNERAL HOME, KEEFE FUNERAL<br>HOME, INC., SCATAMACCHIA FUNERAL<br>HOME, SIMPLICITY BURIAL &<br>CREMATION, INC., f/k/a OCEANSIDE<br>FAMILY FUNERAL HOME, WILLIAM F.<br>SPENCER FUNERAL SERVICES and<br>DOES 1-50, INCLUSIVE,<br>　　　　　　　Defendants | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | CIVIL ACTION<br>NO. 05-11140 RCL |

### AFFIDAVIT OF MICHAEL E. OKOLITA

Michael E. Okolita, Esquire, being duly sworn, deposes and says as follows:

1. I am an attorney duly licensed to practice law in the Commonwealth of Massachusetts, and an attorney for the defendants, Dracut Funeral Home Incorporated and Scatamacchia Funeral Home, in the above entitled action.

2. I am fully familiar with the facts and circumstances as hereinafter set forth, and make this Affidavit in support of said Defendants' Motion to have Grant S. Palmer, Esquire, admitted of counsel, *Pro Hac Vice*, with respect to the above entitled action.

3. The affiant has been acting as local counsel with respect to this matter and respectfully requests that the court allow Grant S. Palmer, Esquire, to be admitted *Pro Hac Vice* for purposes of serving as counsel for the defendants, Dracut Funeral Home Incorporated and Scatamacchia Funeral Home.

4. The affiant submits that Attorney Palmer has experience with respect to the issues being presented in the present lawsuit and is a member in good standing of the Bar of the Commonwealth of Pennsylvania. Pennsylvania is a state which allows similar admission privileges to attorneys in good standing in Massachusetts.

5. The affiant submits to the Court that Mr. Palmer would do justice to both his clients and the Bar. The Court is respectfully referred to the attached Affidavit regarding Mr. Palmer's qualifications.

6. The affiant respectfully requests that Grant S. Palmer, Esquire, be admitted *Pro Hac Vice* in the above entitled action to serve as counsel for the defendants, Dracut Funeral Home Incorporated and Scatamacchia Funeral Home.

WHEREFORE, Michael E. Okolita, Esquire, respectfully requests that the Court grant an Order allowing the admission, *Pro Hac Vice*, of Grant S. Palmer, Esquire, to the United States District Court for the District of Massachusetts and to practice with respect to the above captioned action, together with such other and further relief as the Court may deem just and proper.

_____
Michael E. Okolita, Esquire
Donald E. Feener & Associates
120 Front Street, Suite 310
Worcester, MA 01608-1424
(508) 798-0717
BBO: 378255
**Attorney for the Defendants, Dracut Funeral Home Incorporated and Scatamacchia Funeral Home**

Sworn to before me on this
28th day of July, 2005.

_____
Louise M. Carter, Notary Public
My commission expires: 12/1/06



LOUISE M. CARTER
Notary Public
Commonwealth of Massachusetts
My Commission Expires Dec 1, 2006