UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LORRAINE HUNT on behalf of herself and all others similarly situated,<br>            Plaintiff<br>VS.<br>BAYVIEW CREMATORY, LLC, DEREK A. WALLACE, LINDA STOKE, AMERICAN CREMATION SOCIETY, INC., AMERICAN SOCIETY FOR FUNERAL SERVICES, INC., COMMONWEALTH CREMATION & SHIPPING SERVICE, INC., COMMONWEALTH FUNERAL SERVICE, INC., CREMATION SOCIETY, INC., DRACUT FUNERAL HOME INCORPORATED, FARRAH FUNERAL HOME, HAMEL WICKENS & TROUPE FUNERAL HOME, INC., HART-WALLACE FUNERAL HOME, KEEFE FUNERAL HOME, INC., SCATAMACCHIA FUNERAL HOME, SIMPLICITY BURIAL & CREMATION, INC., f/k/a OCEANSIDE FAMILY FUNERAL HOME, WILLIAM F. SPENCER FUNERAL SERVICES and DOES 1-50, INCLUSIVE,<br>            Defendants | CIVIL ACTION<br>NO. 05-11140 RCL |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that upon the accompanying **Motion for Admission to Practice of Grant S. Palmer, Esquire**, the undersigned will move this Court for an Order pursuant to Local Rule 83.5.3(b) granting the *Pro Hac Vice* Admission of Grant S. Palmer, Esquire, to practice in the United States District Court for the District of Massachusetts, for the particular case of *Lorraine Hunt, on behalf of herself and all others similarly situated, vs. Bayview Crematory, LLC, et als,* Case No. 05-11140 RCL, **as counsel for the defendants therein, Dracut Funeral Home Incorporated and Scatamacchia Funeral Home.**

_____
Michael E. Okolita, Esquire – BBO: 378255
Donald E. Feener & Associates
120 Front Street, Suite 310
Worcester, MA 01608-1424
(508) 798-0717
Dated: July 28, 2005

FEE PAID:
RECEIPT # 65922
AMOUNT $ 50.00
DPTY CLK SK
7-28-05