UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| Lorraine Hunt, on behalf of herself and all others Similarly situated, | \* \* \* | |
| Plaintiff, | \* \* | Docket No.: 05-11140 RCL |
| v. | \* \* | |
| Bayview Crematory, LLC, Derek A. Wallace, Linda Stokes, American Cremation Society, Inc. American Society for Cremation, American Society for Funeral Services, Inc., Commonwealth Cremation & Shipping Service, Inc., Commonwealth Funeral Service, Inc., Cremation Society, Inc., Dracut Funeral Home Incorporated Farrah Funeral Home, Hamel Wickens & Troupe Funeral Home, Inc., Hart-Wallace Funeral Home Keefe Funeral Home, Inc., Scatamacchia Funeral Home, Simplicity Burial & Cremation, Inc. f/k/a Oceanside Family Funeral Home, William F. Spencer Funeral Services and Does 1-50, Inclusive | \* \* \* \* \* \* \* \* \* \* \* \* \* \* | |
| Defendants. | \* | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### DEFENDANT BAYVIEW CREMATORY, LLC'S ANSWER TO CROSS CLAIMS FILED BY DRACUT FUNERAL HOME INCORPORATED

The Defendant Bayview Crematory, LLC, by way of answer to cross claims filed by Dracut Funeral Home Incorporated and says:

132.   The allegations of paragraph 132 are denied.

WHEREFORE, the Defendant demands that the Complaint be dismissed in that judgment be entered thereon for the Defendant, together with costs.

### SEPARATE DEFENSES

This defendant repeats and reincorporates the separate defenses previously filed with its Answer to the Complaint as though more fully set forth at length herein.

### DEMAND FOR TRIAL BY JURY

The Defendant demands a trial by jury on all issues so triable.

Respectfully submitted,
BAYVIEW CREMATORY, LLC.
By its Attorney,

Date:   August 17, 2005                    _____/s/___Dona Feeney_____
Dona Feeney, Esquire
BBO# 600749
GETMAN, STACEY,
SCHULTHESS & STEERE, P.A.
Three Executive Park Drive – Suite 9
Bedford, NH 03110
(603) 634-4300

**CERTIFICATE OF SERVICE**

     I hereby certify that a copy of the foregoing has this day been electronically forwarded to the following counsel of record:

Theodore M. Hess-Mahan, Esquire; Thomas G. Shapiro, Esquire,
Shapiro Haber & Urmy LLP
53 State Street
Boston, MA  02109

George Clancy, Esquire,
Fuller Rosenberg, Palmer & Behveau, LLP
340 Main Street, Suite 817
Worcester, MA  01608

Bradley A. MacDonald, Esquire,
Cummings, King & MacDonald
One Gateway Center, Suite 351
Newton, MA  02458

Joseph M. Desmond, Esquire,
Morrison Mahoney & Miller, LLP
250 Summer Street
Boston, MA 02210

Richard B. McNamara, Esquire
Wiggin & Nourie, P.A.
670 North Commercial Street
PO Box 808
Manchester, NH  03105

Brian K. Walsh, Esq.; Roberta Fitzpatrick, Esq.
Mintz, Levin, Cohn, Ferris, Glovsky & Popeo, PC
One Financial Center
Boston, MA  02111

Michael E. Okolita, Esquire
Donald E. Feener & Associates
120 Front Street – Suite 310
Worcester, MA  01608

William F. Ahern, Jr., Esquire
Clark, Hunt & Embry
55 Cambridge Parkway
Cambridge, MA  02142

Robert A. Curley, Jr., Esquire
Curley & Curley, P.C.
27 School Street
Boston, MA  02108

John J. DiChello, Esquire; Grant S. Palmer, Esquire
Blank & Rome, LLP
One Logan Square
18th & Cherry Streets
Philadelphia, PA  19103

And by regular mail, postage prepaid to:
Samuel H. Rudman, Robert M. Rothman, Evan J. Kaufman
Lerach Coughlin Stoia Geller Rueman & Robbins, LLP
200 Broadhollow Road, Suite 406
Melville, NH  11747


August 17, 2005                                          ____/s/___ Dona Feeney_____
                                                         Dona Feeney

F:\DFeeney\6364\05726\Hunt\Answer to Cross Claim - Dracut.rtf