UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| LORRAINE HUNT, on behalf of Herself and all others similarly situated,<br>    Plaintiff<br><br>v.<br><br>BAYVIEW CREMATORY, LLC, DEREK A. WALLACE, LINDA STOKES, AMERICAN CREMATION SOCIETY, INC., AMERICAN BAYVIEW CREMATORY, LLC, DEREK A. WALLACE, LINDA STOKES, AMERICAN CREMATION SOCIETY, INC., AMERICAN SOCIETY FOR CREMATION, AMERICAN SOCIETY FOR FUNERAL SERVICES, INC., COMMONWEALTH CREMATION & SHIPPING SERVICE, INC., COMMONWEALTH FUNERAL SERVICE, INC., CREMATION SOCIETY, INC. DRACUT FUNERAL HOME INCORPORATED, FARRAH FUNERAL HOME, HAMEL WICKENS & TROUPE FUNERAL HOME, INC., HART-WALLACE FUNERAL HOME, KEEFE FUNERAL HOME, INC., SCATAMACCHIA FUNERAL HOME, SIMPLICITY BURIAL & CREMATION, INC, F/K/A OCEANSIDE FAMILY FUNERAL HOME, WILLIAM F. SPENCER FUNERAL SERVICES and DOES 1-50, INCLUSIVE<br>        Defendants | Civil Action No.  1:05-cv-11140-RCL<br>Class Action<br><br>**JURY TRIAL DEMANDED** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

1

## **MOTION FOR LEAVE TO WITHDRAW FROM REPRESENTATION**

NOW COMES Wiggin & Nourie, P.A., counsel for Derek A. Wallace and respectfully moves to withdraw from representing Mr. Wallace stating as follows:

1. Counsel for Mr. Wallace was retained by his insurer and, after consulting with the insurer and Attorney Richard Cavanaugh, counsel hereby seeks to withdraw as counsel so that Attorney Cavanaugh can enter an appearance and defend Mr. Wallace.

2. There are no motions pending before the Court affecting Derek A. Wallace.

3. No trial date or other adversary proceeding has been set. Attorney Cavanaugh is aware that Mr. Wallace's Answer to the Complaint is due on or before August 30, 2005.

4. Counsel has notified Mr. Wallace that Attorney Cavanaugh, who represents Mr. Wallace is other civil litigation, will be filing an appearance on his behalf.

WHEREFORE, Wiggin & Nourie, P.A. respectfully prays:

A. That this Honorable Court grant its motion to withdraw; and

B. That this Court grant whatever other and further relief as may be just.

Respectfully submitted,
DEREK A. WALLACE

By his attorneys,

WIGGIN & NOURIE, P.A.

/s/ Richard B. McNamara

DATED: August 19, 2005    By: _____
Richard B. McNamara,
BBO#638348
P. O. Box 808
Manchester, NH 03105-0808
603/669-2211

CERTIFICATE OF SERVICE

**I hereby certify that a copy of the foregoing Notice of Withdrawal has been electronically forwarded this day to:**

**For the Plaintiff**
Theodore M. Hess-Mahan
Thomas G. Shapiro
Shapiro Haber & Urmy LLP
53 State Street
Boston MA  02108
617-439-0134

**For Defendant Bayview Crematory, LLC**
Dona Feeney
Three Executive Park Dr., Suite 9
Bedford, NH  03110
603-634-4300

**For Defendant Farrah Funeral Home**
Bradley A. MacDonald
Cummings, King & MacDonald
One Gateway Center, Suite 351
Newton, MA  02458
617-630-5100

**For Defendant Hamel, Wickens & Troupe Funeral Home, Inc.**
Brian K. Walsh, Esq.
Mintz, Levin, Cohn, Ferris,Glovsky & Popeo, PC
One Financial Center
Boston, MA 02111
617-348-1872

and a copy has been forwarded this day by mail to:

**For Defendant Keefe Funeral Home, Inc.**
George E. Clancy
Fuller, Rosenberg, Palmer & Beliveau
340 Main Street, Suite 817
Worcester, MA  01608

**For Defendant Cremation Society, Inc.**
Joseph M. Desmond
Morrison, Mahoney & Miller LLP
250 Summer Street
Boston, MA  02210
617-439-7500

**For Defendant Dracut Funeral Home Incorporated**
Michael E. Okolita, Esquire
Donald E. Feener & Associates
120 Front Street, Suite 310
Worcester, MA  01608-1424
And
Grant S. Palmer
John J. DiChello
Blank Rome, LLP
One Logan Square
Philadelphia, PA 19103

**For Defendant Hamel, Wickens & Troupe Funeral Home, Inc.**
Roberta Fitzpatrick, Esquire
Mintz, Levin, Cohn, Ferris, Glovsky & Popeo, PC
One Financial Center
Boston, MA 02111
617-348-1872

/s/ Richard B. McNamara
_____
Richard B. McNamara

00652309.DOC