# WITHDRAWAL

## UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF MASSACHUSETTS

***********************************
|   |
|---|
| LORRAINE HUNT, on behalf of Herself and all others similarly situated, Plaintiff |
| v. |
| BAYVIEW CREMATORY, LLC, DEREK A. WALLACE, LINDA STOKES, AMERICAN CREMATION SOCIETY, INC., AMERICAN SOCIETY FOR CREMATION, AMERICAN SOCIETY FOR FUNERAL SERVICES, INC., COMMONWEALTH CREMATION & SHIPPING SERVICE, INC., COMMONWEALTH FUNERAL SERVICE, INC., CREMATION SOCIETY, INC. DRACUT FUNERAL HOME INCORPORATED, FARRAH FUNERAL HOME, HAMEL WICKENS & TROUPE FUNERAL HOME, INC., HART-WALLACE FUNERAL HOME, KEEFE FUNERAL HOME, INC., SCATAMACCHIA FUNERAL HOME, SIMPLICITY BURIAL & CREMATION, INC, F/K/A OCEANSIDE FAMILY FUNERAL HOME, WILLIAM F. SPENCER FUNERAL SERVICES and DOES 1-50, INCLUSIVE Defendants |

Civil Action No. 1:05-cv-11140-RCL
Class Action

**JURY TRIAL DEMANDED**

***********************************

MR. CLERK:

Enter my Withdrawal as counsel for defendant, Derek A. Wallace, in the above-entitled case.

Dated at Manchester, New Hampshire on 19th day of August 2005.

/s/ Richard B. McNamara
_____
Richard B. McNamara, Esq., #638348
WIGGIN & NOURIE, P.A.
P.O. Box 808
Manchester, NH  03105-0808
(603) 669-2211

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Withdrawal has been electronically forwarded this day to:

**For the Plaintiff**
Theodore M. Hess-Mahan
Thomas G. Shapiro
Shapiro Haber & Urmy LLP
53 State Street
Boston MA  02108
617-439-0134

**For Defendant Bayview Crematory, LLC**
Dona Feeney
Three Executive Park Dr., Suite 9
Bedford, NH  03110
603-634-4300

**For Defendant Farrah Funeral Home**
Bradley A. MacDonald
Cummings, King & MacDonald
One Gateway Center, Suite 351
Newton, MA  02458
617-630-5100

**For Defendant Hamel, Wickens & Troupe Funeral Home, Inc.**
Brian K. Walsh, Esq.
Mintz, Levin, Cohn, Ferris,Glovsky & Popeo, PC
One Financial Center
Boston, MA 02111
617-348-1872

and a copy has been forwarded this day by mail to:

**For Defendant Keefe Funeral Home, Inc.**
George E. Clancy
Fuller, Rosenberg, Palmer & Beliveau
340 Main Street, Suite 817
Worcester, MA  01608

**For Defendant Cremation Society, Inc.**
Joseph M. Desmond
Morrison, Mahoney & Miller LLP
250 Summer Street
Boston, MA  02210
617-439-7500

**For Defendant Dracut Funeral Home Incorporated**
Michael E. Okolita, Esquire
Donald E. Feener & Associates
120 Front Street, Suite 310
Worcester, MA  01608-1424
And
Grant S. Palmer
John J. DiChello
Blank Rome, LLP
One Logan Square
Philadelphia, PA 19103

**For Defendant Hamel, Wickens & Troupe Funeral Home, Inc.**
Roberta Fitzpatrick, Esquire
Mintz, Levin, Cohn, Ferris,Glovsky & Popeo, PC
One Financial Center
Boston, MA 02111
617-348-1872

/s/ Richard B. McNamara
_____
Richard B. McNamara, #638348

00646759.DOC