UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

*****************************************
Lorraine Hunt, on behalf of herself and all others      *
Similarly situated,                                      *
                                                         *
    Plaintiff,                       *
                                                         *    Docket No.: 05-11140 RCL
v.                                                       *
                                                         *
Bayview Crematory, LLC, Derek A. Wallace,                *
Linda Stokes, American Cremation Society, Inc.           *
American Society for Cremation, American                 *
Society for Funeral Services, Inc., Commonwealth         *
Cremation & Shipping Service, Inc.,                      *
Commonwealth Funeral Service, Inc., Cremation            *
Society, Inc., Dracut Funeral Home Incorporated          *
Farrah Funeral Home, Hamel Wickens & Troupe              *
Funeral Home, Inc., Hart-Wallace Funeral Home            *
Keefe Funeral Home, Inc., Scatamacchia Funeral           *
Home, Simplicity Burial & Cremation, Inc. f/k/a          *
Oceanside Family Funeral Home, William F.                *
Spencer Funeral Services and Does 1-50, Inclusive        *
                                                         *
    Defendants.                      *
*****************************************

## NOTICE OF APPEARANCE

To The Clerk of the above-named Court.

  In the above action please enter our appearance as counsel for:

                    Bayview Crematory, LLC

                    */s/ Andrew R. Schulman          ,*
                    Andrew R. Schulman, Esquire
                    Three Executive Park Drive – Suite 9
                    Bedford, NH 03110
                    603-634-4300
                    Mass. BBO #549769

August 19, 2005

## CERTIFICATE OF SERVICE

I, Andrew R. Schulman, hereby certify that this Appearance was served on August 19, 2005 on all counsel of record as follows:

By email via the court's ECF facilities on:

For the Plaintiff
Theodore M. Hess-Mahan; Thomas G. Shapiro
Shapiro Haber & Urmy LLP
53 State Street
Boston MA 02108
617-439-0134

For Defendant Farrah Funeral Home
Bradley A. MacDonald
Cummings, King & MacDonald
One Gateway Center, Suite 351
Newton, MA 02458
617-630-5100

For Defendant Hamel, Wickens & Troupe Funeral Home, Inc.
Brian K. Walsh, Esq.
Mintz, Levin, Cohn, Ferris,Glovsky & Popeo, PC
One Financial Center
Boston, MA 02111
617-348-1872

By First Class Mail, Postage Prepaid on:

For Defendant Keefe Funeral Home, Inc.
George E. Clancy
Fuller, Rosenberg, Palmer & Beliveau
340 Main Street, Suite 817
Worcester, MA 01608

For Defendant Cremation Society, Inc.
Joseph M. Desmond
Morrison, Mahoney & Miller LLP
250 Summer Street
Boston, MA 02210
617-439-7500

For Defendant Dracut Funeral Home Incorporated
Michael E. Okolita, Esquire
Donald E. Feener & Associates
120 Front Street, Suite 310
Worcester, MA 01608-1424
and
Grant S. Palmer; John J. DiChello
Blank Rome, LLP
One Logan Square
Philadelphia, PA 19103

For Defendant Hamel, Wickens & Troupe Funeral Home, Inc.
Roberta Fitzpatrick, Esquire
Mintz, Levin, Cohn, Ferris,Glovsky & Popeo, PC
One Financial Center
Boston, MA 02111
617-348-1872

*/s/ Andrew R. Schulman*          ,
Andrew R. Schulman, Esq.