UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. 1:05-CV-11140-RCL

LORRAINE HUNT, ON BEHALF OF HERSELF AND OTHERS SIMILARLY SITUATED,
Plaintiff

v.

BAYVIEW CREMATORY, LLC, et al
Defendants

## THE DEFENDANT WILLIAM F. SPENCER FUNERAL SERVICES' MOTION TO DISMISS THE PLAINTIFF'S COMPLAINT

Now comes the Defendant, William F. Spencer Funeral Services, and respectfully requests this Honorable Court to dismiss the within action for lack of jurisdiction, for pending of a state action arising out of the same issues and for failure to state a claim upon which relief can be granted and pursuant to Fed. R. Civ. P. 12(b).

As grounds therefor, the Defendant, William F. Spencer Funeral Services, states that the Plaintiff has failed to meet the requirements for class certification pursuant to Fed. R. Civ. P. 23, that the Class Action Fairness Act of 2005 mandates the court decline jurisdiction, that the suit lacks complete diversity jurisdiction if a class is not certified, that a state matter is already pending arising out of the same circumstances that the Plaintiff can prove no set of facts upon which relief can be granted on any claim where the Plaintiff has alleged no relationship with Spencer.

The Defendant, William F. Spencer Funeral Services, relies upon the attached Memorandum of Law, in support of the within motion.

Dated: August 19, 2005

WILLIAM F. SPENCER
FUNERAL SERVICES,
By Its Attorneys,
CURLEY & CURLEY, P.C.

*[signature]*

Robert A. Curley, Jr., Esq.
BBO #109180
Kim M. Roussos, Esq.
BBO #637408
27 School Street
Boston, MA 02108
(617) 523-2990

CERTIFICATE OF SERVICE

I, Kim M. Roussos, Esq., hereby certify that I served a true and correct copy of the foregoing pleading by mailing a copy postage prepaid to the following counsel of record:

Thomas G. Shapiro, Esq.
Theodore M. Hess-Mahan, Esq.
Shapiro, Haber & Urmy, LLP
53 State Street
Boston MA  02109

Samuel H. Rudman, Esq.
Robert M. Rothman, Esq.
Evan J. Kaufman, Esq.
Lerach, Coughlin, Stoia, Geller,
  Rudman & Robbin, LLP
200 Broadhollow Road, Suite 406
Melville   NY   11747

Bradley A. MacDonald, Esq.
Cummings, King & MacDonald
One Gateway Center
Newton  MA   02458

Joseph M. Desmond, Esq.
Morrison Mahoney LLP
250 Summer Street
Boston MA  02210

William F. Ahern, Esq.
Clark, Hunt & Embry
55 Cambridge Parkway
Cambridge  MA  02142

George F. Clancy, Esq.
Fuller, Rosenberg, Palmer & Beliveau
340 Main Street, Suite 817
Worcester  MA  01608

Dona Feeney, Esq.
Getman, Stacey, Tamposi, Schulthess, &
  Steere
163 South River Road
Bedford  NH  03110

Richard B. McNamara, Esq.
Wiggin & Nourie, PA
670 North Commercial Street
P.O. Box 808
Manchester NH   03105

Roberta Fitzpatrick, Esq.
Brian K. Walsh, Esq.
Mintz, Levin, Cohn, Ferris, Glovsky
  & Popeo, PC
One Financial Center
Boston  MA  02111

John J. DiChello, Esq.
S. Grant Palmer, Esq.

and upon the pro se Defendants:

American Cremation Society, Inc.
342 Washington Street
Haverhill   MA   01832

American Society for Funeral Services, Inc.
342 Washington Street
Haverhill   MA   01832

Dracut Funeral Home, Inc.
2159 Lakeview Anveue
Dracut   MA   01826

Hamel, Wickens & Troupe
  Funeral Home, Inc.
26 Adams Street
Quincy   MA   02169

Hart-Wallace Funeral Home
107 South Broadway
Lawrence   MA   01843

Scatamacchia Funeral Home
25 Railroad Square
Haverhill   MA   01832

Simplicity Burial & Cremation, Inc.
f/k/a Oceanside Family Funeral Home
34 Lafayette Road
Salisbury   MA   01952

Dated: 8/19/05

_____
Kim M. Roussos, Esq.
CURLEY & CURLEY P.C.
27 School Street
Boston   MA   02108
(617) 523-2990
BBO #

-4-