UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. NO. 05-11140 (RCL)

| | |
|---|---|
| LORRAINE HUNT, on behalf of herself and all others similarly situated, <br> Plaintiff <br><br> v. <br><br> SCATAMACCHIA FUNERAL HOME, *et al.* <br> Defendants | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**APPEARANCE**

Please enter my appearance as counsel for the above named Defendant, Scatamacchia Funeral Home.

Dated: *April 23, 2005*

Respectfully submitted,

_____
Stuart M. Holber, Esq.
Phillips, Gerstein, Holber & Channen, LLP
25 Kenoza Avenue
Haverhill, MA 01830
(978) 374-1131

CERTIFICATE OF SERVICE

I, Stuart M. Holber, Esq. do hereby certify that a copy of the above document has been forwarded to the attached list:

Dated: *April 23, 2005*

_____
Stuart M. Holber, Esq.

G:\Anna\Litigation\Scatamacchia\Funeral Lit. 2005\Appearance.District.wpd

Scatamacchia Funeral Home
25 Railroad Square
Haverhill, MA 01835
**Defendant**

Theodore M. Hess-Mahan, Esquire
Thomas G. Shapiro, Esquire
Shapiro, Haber & Urmy LLP
53 State Street
Boston, MA 02108
**Counsel for Plaintiff Lorraine Hunt**

Michael E. Okolita, Esquire
Donald E. Feener & Associates
120 Front Street, Suite 310
Worcester, MA 01608-1424
     and
Grant S. Palmer, Esquire
John J. DiChello, Esquire
Blank Rome, LLP
One Logan Square
Philadelphia, PA 19103
**Counsel for Defendant, Scatamacchia Funeral Home**

Donna Feeney, Esquire
Getman, Stacey, Tamposi, Sehulthess & Steere
163 South River Road
Bedford, NH 03110
**Counsel for Bayview Crematory, LLC**

Richard B. McNamara, Esquire
Wiggin & Nourie, P.A.
670 North Commercial Street
P.O. Box 808
Manchester, NH 03105-0808
**Counsel for Derek A. Wallace**

William F. Ahern, Jr., Esquire
Clark, Hunt & Embry
55 Cambridge Parkway
Cambridge, MA 02142
**Counsel for Linda Stokes**

Joseph M. Desmond, Esquire
Morrison, Mahoney, & Miller LLP
250 Summer Street
Boston, MA 02210
**Counsel for Cremation Society, Inc.**

Bradley A. MacDonald, Esquire
Cummings, King & MacDonald
One Gateway Center, Suite 351
Newton, MA 02458
**Counsel for Farrah Funeral Home**

Brian K. Walsh, Esquire
Roberta Fitzpatrick, Esquire
Mintz, Levin, Cohn, Ferris, Glovsky & Popeo, PC
One Financial Center
Boston, MA 02111
**Counsel for Hamel Wickens & Troupe Funeral Home, Inc.**

George E. Clancy, Esquire
Fuller, Rosenberg, Palmer & Beliveau
340 Main Street, Suite 817
Worcester, MA 01608
**Counsel for Keefe Funeral Home, Inc.**

Robert A. Curley, Jr., Esquire
Curley & Curley P.C.
27 School Street
Boston, MA 02108
**Counsel for William F. Spencer Funeral Services**

G:\Anna\Litigation\Scatamacchia\Funeral Lit. 2005\Cert.ServiceList.District.wpd