UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LORRAINE HUNT, on behalf of Herself and all others similarly situated,<br>    Plaintiff,<br><br>v.<br><br>BAYVIEW CREMATORY, LLC,<br>DEREK A. WALLACE, LINDA STOKES,<br>AMERICAN CREMATION SOCIETY, INC.,<br>AMERICAN SOCIETY FOR CREMATION,<br>AMERICAN SOCIETY FOR FUNERAL<br>SERVICES, INC., COMMONWEALTH<br>CREMATION & SHIPPING SERVICE, INC.,<br>COMMONWEALTH FUNERAL SERVICE,<br>INC., CREMATION SOCIETY, INC., DRACUT<br>FUNERAL HOME INCORPORATED, FARRAH<br>FUNERAL HOME, HAMEL WICKENS &<br>TROUPE FUNERAL HOME, INC.,<br>HART-WALLACE FUNERAL HOME,<br>KEEFE FUNERAL HOME, INC.,<br>SCATAMACCHIA FUNERAL HOME,<br>SIMPLICITY BURIAL & CREMATION, INC.,<br>f/k/a OCEANSIDE FAMILY FUNERAL HOME,<br>WILLIAM F. SPENCER FUNERAL SERVICES,<br>and DOES I-50, INCLUSIVE,<br>    Defendants. | Civil Action No. 05-cv-11140-RCL |

**CORPORATE DISCLOSURE STATEMENT,
PURSUANT TO LOCAL RULE 7.3, OF THE DEFENDANT,
HART-WALLACE FUNERAL HOME**

Pursuant to Local Rule 7.3, the defendant, Hart-Wallace Funeral Home, states that it is a business owned by Wallace Enterprises, Inc.

GALLAGHER &
CAVANAUGH LLP
COUNSELLORS AT LAW

BOOTT COTTON MILLS
100 FOOT OF JOHN ST.
LOWELL, MA 01852
978.452.0522
FAX 978.452.0482

*[signature]* (JWK)
Richard E. Cavanaugh, Esq.
BBO#: 557539
Gallagher & Cavanaugh LLP
Boott Cotton Mills
100 Foot of John Street
Lowell, MA 01852
(978) 452-0522
Attorney for the Defendants, Derek A. Wallace,
Hart-Wallace Funeral Home, and
Simplicity Burial & Cremation, Inc.

Dated: 8/30/05

I HEREBY CERTIFY THAT ON 8/30/05, I SERVED THE FOREGOING ON ALL COUNSEL OF RECORD.

*[signature]* (JWK)

GALLAGHER &
CAVANAUGH LLP
COUNSELLORS AT LAW

BOOTT COTTON MILLS
100 FOOT OF JOHN ST.
LOWELL, MA 01852
978.452.0522
FAX 978.452.0482

2