UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LORRAINE HUNT, on behalf of Herself and all others similarly situated,<br>　　　Plaintiff,<br><br>v.<br><br>BAYVIEW CREMATORY, LLC, DEREK A. WALLACE, LINDA STOKES, AMERICAN CREMATION SOCIETY, INC., AMERICAN SOCIETY FOR CREMATION, AMERICAN SOCIETY FOR FUNERAL SERVICES, INC., COMMONWEALTH CREMATION & SHIPPING SERVICE, INC., COMMONWEALTH FUNERAL SERVICE, INC., CREMATION SOCIETY, INC., DRACUT FUNERAL HOME INCORPORATED, FARRAH FUNERAL HOME, HAMEL WICKENS & TROUPE FUNERAL HOME, INC., HART-WALLACE FUNERAL HOME, KEEFE FUNERAL HOME, INC., SCATAMACCHIA FUNERAL HOME, SIMPLICITY BURIAL & CREMATION, INC., f/k/a OCEANSIDE FAMILY FUNERAL HOME, WILLIAM F. SPENCER FUNERAL SERVICES, and DOES I-50, INCLUSIVE,<br>　　　Defendants. | Civil Action No. 05-cv-11140-RCL |

## CORPORATE DISCLOSURE STATEMENT, PURSUANT TO LOCAL RULE 7.3, OF THE DEFENDANT, SIMPLICITY BURIAL & CREMATION, INC.

Pursuant to Local Rule 7.3, the defendant, Simplicity Burial & Cremation, Inc., states that it is a Massachusetts corporation owned by Wallace Enterprises, Inc.

GALLAGHER &
CAVANAUGH LLP
COUNSELLORS AT LAW

BOOTT COTTON MILLS
100 FOOT OF JOHN ST.
LOWELL, MA 01852
978.452.0522
FAX 978.452.0482

*[signature]* (JWK)
Richard E. Cavanaugh, Esq.
BBO#: 557539
Gallagher & Cavanaugh LLP
Boott Cotton Mills
100 Foot of John Street
Lowell, MA 01852
(978) 452-0522
Attorney for the Defendants, Derek A. Wallace,
Hart-Wallace Funeral Home, and
Simplicity Burial & Cremation, Inc.

Dated: 8/30/05

I HEREBY CERTIFY THAT ON 8/30/05 I SERVED THE FOREGOING ON ALL COUNSEL OF RECORD.

*[signature]* (JWK)

GALLAGHER &
CAVANAUGH LLP
COUNSELLORS AT LAW

BOOTT COTTON MILLS
100 FOOT OF JOHN ST.
LOWELL, MA 01852
978.452.0522
FAX 978.452.0482

2