UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LORRAINE HUNT, on behalf of herself and others similarly situated,

        Plaintiff,

v.

BAYVIEW CREMATORY, LLC, et al.,

        Defendants.

Civil Action No. 05-cv-11140-RCL

**STIPULATION TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT WILLIAM F. SPENCER FUNERAL SERVICES' MOTION TO DISMISS THE PLAINTIFF'S COMPLAINT**

Plaintiff Lorraine Hunt and Defendant William F. Spencer Funeral Services, by and through their undersigned counsel, hereby stipulate and agree to extend the time for Plaintiff to respond to Defendant William F. Spencer Funeral Services' Motion to Dismiss the Plaintiff's Complaint until October 17, 2005.

Dated: September 12, 2005

LORRAINE HUNT,
By her attorneys,

**/s/Theodore M. Hess-Mahan**
Thomas G. Shapiro BBO No. 454680
Theodore M. Hess-Mahan BBO No. 557109
Shapiro Haber & Urmy LLP
53 State Street
Boston, MA 02109
(617) 439-3939

*Attorneys for Plaintiff Lorraine Hunt*

WILLIAM F. SPENCER
FUNERAL SERVICES,
By its attorneys,


**/s/Kim M. Roussos**
Robert A. Curley, Jr. BBO No. 109180
Kim M. Roussos BBO #637408
Curley & Curley, P.C.
27 School Street
Boston, MA 02109
(617) 523-2990

*Attorneys for Defendant*
*William F. Spencer Funeral Services*