UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. NO. 05-11140 (RCL)

| | |
|---|---|
| LORRAINE HUNT, on behalf of herself and all others similarly situated, | : |
| Plaintiff, | : |
| v. | : |
| BAYVIEW CREMATORY, LLC, DEREK A. WALLACE, LINDA STOKES, AMERICAN CREMATION SOCIETY, INC., AMERICAN SOCIETY FOR CREMATION, AMERICAN SOCIETY FOR FUNERAL SERVICES, INC., COMMONWEALTH CREMATION & SHIPPING SERVICE, INC., COMMONWEALTH FUNERAL SERVICE, INC., CREMATION SOCIETY, INC., DRACUT FUNERAL HOME INCORPORATED, FARRAH FUNERAL HOME, HAMEL WICKENS & TROUPE FUNERAL HOME, INC., HART-WALLACE FUNERAL HOME, KEEFE FUNERAL HOME, INC., SCATAMACCHIA FUNERAL HOME, SIMPLICITY BURIAL & CREMATION, INC. f/k/a OCEANSIDE FAMILY FUNERAL HOME, WILLIAM F. SPENCER FUNERAL SERVICES, and DOES 1-50, INCLUSIVE, | : |
| Defendants. | : |

### DEFENDANT DRACUT FUNERAL HOME, INC.'S
### CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 7.3, Defendant Dracut Funeral Home, Inc. ("Dracut"), by its undersigned counsel, hereby states that it is a corporation organized and existing under the laws of Massachusetts. Dracut is not a subsidiary of any corporation and does not have a

parent corporation, and there is no publicly held company that owns ten percent (10%) or more of the stock of Dracut.

Dated: September 12, 2005

Respectfully Submitted,

**DEFENDANT, DRACUT FUNERAL HOME, INC.**
By its attorneys,

/s/ Michael E. Okolita

MICHAEL E. OKOLITA
Donald E. Feener & Associates
120 Front Street, Suite 310
Worcester, MA 01608-1424

and

GRANT S. PALMER
JOHN J. DiCHELLO
Blank Rome LLP
One Logan Square
Philadelphia, PA 19103
(215) 569-5500

*Attorneys for Defendant, Dracut Funeral Home, Inc.*

## CERTIFICATE OF SERVICE

I, Michael E. Okolita, certify that a true and correct copy of the above and foregoing Corporate Disclosure Statement of Dracut Funeral Home, Inc. was served upon the parties or their counsel of record as appearing on the attached Service List on this 12th day of September, 2005 via First Class Mail, postage prepaid.

                                                              MICHAEL E. OKOLITA

**SERVICE LIST**
*Hunt v. Bayview Crematory, LLC, et al.*
**C.A. NO. 05-11140 (RCL)**

Theodore M. Hess-Mahan, Esquire
Shapiro, Haber & Urmy LLP
53 State Street
Boston, MA 02108
*Counsel for Plaintiff Lorraine Hunt*

Thomas G. Shapiro, Esquire
Shapiro, Haber & Urmy LLP
53 State Street
Boston, MA 02108
*Counsel for Plaintiff Lorraine Hunt*

Dona Feeney, Esquire
Getman, Stacey, Tamposi, Schulthess & Steere
163 South River Road
Bedford, NH 03110
*Counsel for Bayview Crematory, LLC*

Richard B. McNamara, Esquire
Wiggin & Nourie, P.A.
670 North Commercial Street
P.O. Box 808
Manchester, NH 03105-0808
*Counsel for Derek A. Wallace*

William F. Ahern, Jr., Esquire
Clark, Hunt, & Embry
55 Cambridge Parkway
Cambridge, MA 02142
*Counsel for Linda Stokes*

Joseph M. Desmond, Esquire
Morrison, Mahoney, & Miller LLP
250 Summer Street
Boston, MA 02210
*Counsel for Cremation Society, Inc.*

Bradley A. MacDonald, Esquire
Cummings, King & MacDonald
One Gateway Center
Suite 351
Newton, MA 02458
*Counsel for Farrah Funeral Home*

Brian K. Walsh, Esquire
Mintz, Levin, Cohn, Ferris, Glovsky & Popeo, PC
One Financial Center
Boston, MA 02111
*Counsel for Hamel Wickens & Troupe Funeral Home, Inc.*

Roberta Fitzpatrick, Esquire
Mintz, Levin, Cohn, Ferris, Glovsky & Popeo, PC
One Financial Center
Boston, MA 02111
*Counsel for Hamel Wickens & Troupe Funeral Home, Inc.*

George E. Clancy, Esquire
Fuller, Rosenberg, Palmer & Beliveau
340 Main Street
Suite 817
Worcester, MA 01608
*Counsel for Keefe Funeral Home, Inc.*

Robert A. Curley, Jr., Esquire
Curley & Curley P.C.
27 School Street
Boston, MA 02108
*Counsel for William F. Spencer Funeral Services*

American Cremation Society, Inc.
385 Washington Street
Haverhill, MA 01832