UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. NO. 05-11140 (RCL)

| | |
|---|---|
| LORRAINE HUNT, on behalf of herself and all others similarly situated, | : |
| Plaintiff, | : |
| v. | : |
| BAYVIEW CREMATORY, LLC, DEREK A. WALLACE, LINDA STOKES, AMERICAN CREMATION SOCIETY, INC., AMERICAN SOCIETY FOR CREMATION, AMERICAN SOCIETY FOR FUNERAL SERVICES, INC., COMMONWEALTH CREMATION & SHIPPING SERVICE, INC., COMMONWEALTH FUNERAL SERVICE, INC., CREMATION SOCIETY, INC., DRACUT FUNERAL HOME INCORPORATED, FARRAH FUNERAL HOME, HAMEL WICKENS & TROUPE FUNERAL HOME, INC., HART-WALLACE FUNERAL HOME, KEEFE FUNERAL HOME, INC., SCATAMACCHIA FUNERAL HOME, SIMPLICITY BURIAL & CREMATION, INC. f/k/a OCEANSIDE FAMILY FUNERAL HOME, WILLIAM F. SPENCER FUNERAL SERVICES, and DOES 1-50, INCLUSIVE, | : |
| Defendants. | : |

### DEFENDANT SCATAMACCHIA FUNERAL HOME'S
### CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 7.3, Defendant Scatamacchia Funeral Home ("Scatamacchia") by its undersigned counsel, hereby states that it is a business entity owned and operated by Robert Scatamacchia. Scatamacchia is not a subsidiary of any corporation and does not have

123457.00601/11463735v.1

a parent corporation, and there is no publicly held company that owns ten percent (10%) or more of the stock of Scatamacchia.

                                        Respectfully Submitted,

                                        **DEFENDANT,**
                                        **SCATAMACCHIA FUNERAL HOME**
                                        By its attorneys,

Dated:  September 12, 2005            /s/ Michael E. Okolita
                                        MICHAEL E. OKOLITA
                                        Donald E. Feener & Associates
                                        120 Front Street, Suite 310
                                        Worcester, MA 01608-1424

                                                and

                                        GRANT S. PALMER
                                        JOHN J. DiCHELLO
                                        Blank Rome LLP
                                        One Logan Square
                                        Philadelphia, PA  19103
                                        (215) 569-5500

                                        *Attorneys for Defendant, Scatamacchia Funeral Home*

2

## CERTIFICATE OF SERVICE

I, Michael E. Okolita, certify that a true and correct copy of the above and foregoing Corporate Disclosure Statement of Scatamacchia Funeral Home was served upon the parties or their counsel of record as appearing on the attached Service List on this 12th day of September, 2005 via First Class Mail, postage prepaid.

_____
MICHAEL E. OKOLITA

## SERVICE LIST
### *Hunt v. Bayview Crematory, LLC, et al.*
### C.A. NO. 05-11140 (RCL)

Theodore M. Hess-Mahan, Esquire
Shapiro, Haber & Urmy LLP
53 State Street
Boston, MA 02108
*Counsel for Plaintiff Lorraine Hunt*

Thomas G. Shapiro, Esquire
Shapiro, Haber & Urmy LLP
53 State Street
Boston, MA 02108
*Counsel for Plaintiff Lorraine Hunt*

Dona Feeney, Esquire
Getman, Stacey, Tamposi, Schulthess & Steere
163 South River Road
Bedford, NH 03110
*Counsel for Bayview Crematory, LLC*

Richard B. McNamara, Esquire
Wiggin & Nourie, P.A.
670 North Commercial Street
P.O. Box 808
Manchester, NH 03105-0808
*Counsel for Derek A. Wallace*

William F. Ahern, Jr., Esquire
Clark, Hunt, & Embry
55 Cambridge Parkway
Cambridge, MA 02142
*Counsel for Linda Stokes*

Joseph M. Desmond, Esquire
Morrison, Mahoney, & Miller LLP
250 Summer Street
Boston, MA 02210
*Counsel for Cremation Society, Inc.*

Bradley A. MacDonald, Esquire
Cummings, King & MacDonald
One Gateway Center
Suite 351
Newton, MA 02458
*Counsel for Farrah Funeral Home*

Brian K. Walsh, Esquire
Mintz, Levin, Cohn, Ferris, Glovsky & Popeo, PC
One Financial Center
Boston, MA 02111
*Counsel for Hamel Wickens & Troupe Funeral Home, Inc.*

Roberta Fitzpatrick, Esquire
Mintz, Levin, Cohn, Ferris, Glovsky & Popeo, PC
One Financial Center
Boston, MA 02111
*Counsel for Hamel Wickens & Troupe Funeral Home, Inc.*

George E. Clancy, Esquire
Fuller, Rosenberg, Palmer & Beliveau
340 Main Street
Suite 817
Worcester, MA 01608
*Counsel for Keefe Funeral Home, Inc.*

Robert A. Curley, Jr., Esquire
Curley & Curley P.C.
27 School Street
Boston, MA 02108
*Counsel for William F. Spencer Funeral Services*

American Cremation Society, Inc.
385 Washington Street
Haverhill, MA 01832