UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LORRAINE HUNT, on behalf of herself and others similarly situated,

    Plaintiff,

v.

BAYVIEW CREMATORY, LLC, et al.,

    Defendants.

Civil Action No. 05-cv-11140-RCL

## MOTION TO ADMIT COUNSEL *PRO HAC VICE*

Pursuant to Local Rule 83.5.3, the undersigned counsel, Theodore M. Hess-Mahan, hereby moves that this Court enter an Order granting leave to Sam Rudman, Robert M. Rothman and Evan J. Kaufman to appear on behalf of the plaintiffs and practice before this Court in the above-captioned action.

As grounds for this motion, the undersigned represents the following:

1.    Samuel H. Rudman, of Lerach Coughlin Stoia Geller Rudman & Robbins ("LCSGR&R"), 200 Broadhollow Road, Suite 406, Melville, NY 11747, (631) 367-7100, is and has been a member in good standing of the bar of the State of New Jersey since 1992 and of New York since 1993. In addition, Mr. Rudman has also been admitted in the following jurisdictions: United States District Courts for the Southern and Eastern Districts of New York, United States District Court for the District of Colorado, and the United States District Courts for the Eastern and Western Districts of Arkansas.

2.    There are no disciplinary proceedings pending against Mr. Rudman as a member of the bar in any jurisdiction.

3. Mr. Rudman has represented to the undersigned counsel that he is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

4. In further support of this motion, Mr. Rudman has submitted herewith his Certificate of Good Standing as Required by Local Rule 83.5.3.

1. Robert M. Rothman, of LCSGR&R, is and has been a member in good standing of the bar of the State of New York since 1994. In addition, Mr. Rothman has also been admitted in the following jurisdictions: United States Court of Appeals for the Eighth Circuit; and the United States District Courts for the Southern and Eastern Districts of New York.

2. There are no disciplinary proceedings pending against Mr. Rothman as a member of the bar in any jurisdiction.

3. Mr. Rothman has represented to the undersigned counsel that he is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

4. In further support of this motion, Mr. Rothman has submitted herewith his Certificate of Good Standing as Required by Local Rule 83.5.3.

1. Evan J. Kaufman, of LCSGR&R, is and has been a member in good standing of the bar of the State of New York since 1996. In addition, Mr. Kaufman has also been admitted in the United States District Courts for the Southern and Eastern Districts of New York.

2. There are no disciplinary proceedings pending against Mr. Kaufman as a member of the bar in any jurisdiction.

3. Mr. Kaufman has represented to the undersigned counsel that he is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

4. In further support of this motion, Mr. Kaufman has submitted herewith his Certificate of Good Standing as Required by Local Rule 83.5.3.

WHEREFORE, the undersigned counsel respectfully moves that Sam Rudman, Robert M. Rothman and Evan J. Kaufman be admitted to practice before this Court *pro hac vice*.

Dated:  September 22, 2005              Respectfully submitted,

**/s/Theodore M. Hess-Mahan**
Theodore M. Hess-Mahan, BBO No. 557109
SHAPIRO HABER & URMY LLP
53 State Street
Boston, MA 02109
(617) 439-3939

*Attorneys for Plaintiffs*

## CERTIFICATE OF GOOD STANDING

Pursuant to Rule 83.5.3 of the Local Rules of the United States District Court for the District of Massachusetts, I, Samuel H. Rudman, hereby certify that:

1. I was admitted to the bar of the State of New Jersey in 1992, in addition to the United States District Court for the District of New Jersey. In 1993, I was admitted to the bar of the State of New York. I am also a member in good standing of, and have been admitted to practice before, the United States District Courts for the Southern and Eastern Districts of New York since 1995, as well as the United States District Court for the District of Colorado, and the Western and Eastern Districts of Arkansas since 2000 and 2003, respectively.

2. I am a member in good standing in every jurisdiction where I have been admitted practice.

3. No disciplinary proceedings are pending against me as a member of any bar in any jurisdiction.

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

5. My name, firm name, street address, telephone number, fax number and email address are as follows:

> Samuel H. Rudman
> Lerach Coughlin Stoia Geller Rudman & Robbins LLP
> 200 Broadhollow Road, Suite 406
> Melville, NY 11747
> (631) 367-7100
> (631) 367-1173
> SRudman@lerachlaw.com

_____
Samuel H. Rudman

Dated: 9/9/05

## CERTIFICATE OF GOOD STANDING

Pursuant to Rule 83.5.3 of the Local Rules of the United States District Court for the District of Massachusetts, I, Robert M. Rothman, hereby certify that:

1. I was admitted to the bar of the State of New York in 1994, in addition to the United States District Courts for the Southern and Eastern Districts of New York. I am also a member in good standing of, and have been admitted to practice before the United States Court of Appeals for the Eighth Circuit since 2004.

2. I am a member in good standing in every jurisdiction where I have been admitted practice.

3. No disciplinary proceedings are pending against me as a member of any bar in any jurisdiction.

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

5. My name, firm name, street address, telephone number, fax number and email address are as follows:

> Robert M. Rothman
> Lerach Coughlin Stoia Geller Rudman & Robbins LLP
> 200 Broadhollow Road, Suite 406
> Melville, NY 11747
> (631) 367-7100
> (631) 367-1173
> RRothman@lerachlaw.com

_____
Robert M. Rothman

Dated: 9/12/05

## CERTIFICATE OF GOOD STANDING

Pursuant to Rule 83.5.3 of the Local Rules of the United States District Court for the District of Massachusetts, I, Evan J. Kaufman, hereby certify that:

1. I was admitted to the bar of the State of New York in 1996. I am also a member in good standing of, and have been admitted to practice before, the United States District Courts for the Southern and Eastern Districts of New York since 2002.

2. I am a member in good standing in every jurisdiction where I have been admitted practice.

3. No disciplinary proceedings are pending against me as a member of any bar in any jurisdiction.

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

5. My name, firm name, street address, telephone number, fax number and email address are as follows:

>   Evan J. Kaufman
>   Lerach Coughlin Stoia Geller Rudman & Robbins LLP
>   200 Broadhollow Road, Suite 406
>   Melville, NY 11747
>   (631) 367-7100
>   (631) 367-1173
>   EKaufman@lerachlaw.com

_____
Evan J. Kaufman

Dated: 9/9/05