UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

NO. 05-11140-RCL

| | |
|---|---|
| LORRAINE HUNT on behalf of herself )<br>And all others similarly situated, )<br>    Plaintiff )<br> )<br>v. )<br> )<br>BAYVIEW CREMATORY, LLC, DEREK )<br>A. WALLACE, LINDA STOKES, )<br>AMERICAN CREMATION SOCIETY, )<br>INC., AMERICAN SOCIETY FOR )<br>CREMATION, AMERICAN SOCIETY )<br>FOR FUNERAL SERVICES, INC., )<br>COMMONWEALTH CREMATION & )<br>SHIPPING SERVICE, INC., )<br>COMMONWEALTH FUNDERAL )<br>SERVICE, INC., CREMATION )<br>SOCIETY, INC., DRACUT FUNERAL )<br>HOME INCORPORATED, FARRAH )<br>FUNERAL HOME, HAMEL WICKENS )<br>& TROUPE FUNERAL HOME, INC., )<br>HART-WALLACE FUNERAL HOME, )<br>KEEFE FUNERAL HOME, INC., )<br>SCATAMACCHIA FUNERAL HOME, )<br>SIMPLICITY BURIAL & CREMATION, )<br>INC., f/k/a OCEANSIDE FAMILY )<br>FUNERAL HOME, WILLIAM F. )<br>SPENCER FUNERAL SERVICES and )<br>DOES 1-50, INCLUSIVE, )<br>    Defendants ) | NOTICE OF ENTRY OF APPEARANCE |

TO THE CLERK AT THE ABOVE-NAMED COURT:

    Kindly enter my appearance as counsel for the defendant, Linda Stokes, with respect to the above-captioned matter.

Respectfully submitted,

**CLARK, HUNT & EMBRY**

/s/ Mandi Jo Hanneke

_____
Mandi Jo Hanneke (657349)
55 Cambridge Parkway
Cambridge, MA 02142
(617) 494-1920