UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LORRAINE HUNT on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>BAYVIEW CREMATORY, LLC, DEREK A. WALLACE, LINDA STOKES, AMERICAN CREMATION SOCIETY, INC., AMERICAN SOCIETY FOR CREMATION, AMERICAN SOCIETY FOR FUNERAL SERVICES, INC., COMMONWEALTH CREMATION & SHIPPING SERVICE, INC., COMMONWEALTH FUNERAL SERVICE, INC., CREMATION SOCIETY, INC., DRACUT FUNERAL HOME INCORPORATED, FARRAH FUNERAL HOME, HAMEL WICKENS & TROUPE FUNERAL HOME, INC., HART-WALLACE FUNERAL HOME, KEEFE FUNERAL HOME, INC., SCATAMACCHIA FUNERAL HOME, SIMPLICITY BURIAL & CREMATION, INC. f/k/a OCEANSIDE FAMILY FUNERAL HOME, WILLIAM F. SPENCER FUNERAL SERVICES and DOES 1-50, INCLUSIVE,<br><br>Defendants. | No. 05-11140 (RCL) |

**[CORRECTED] NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO DEFENDANT WILLIAM F. SPENCER FUNERAL SERVICES**

Plaintiff Lorraine Hunt, by and through counsel, pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, hereby gives notice of the dismissal of Defendant William F. Spencer Funeral Services ("Spencer Funeral Services") from this proposed class action with prejudice, subject to the approval of this Honorable Court; and Plaintiff moves that an Order be entered

granting approval of the voluntary dismissal of Spencer Funeral Services with prejudice and without notice in accordance with the provisions of Fed. R. Civ. P. 23(e).  In support of this motion, Plaintiff states as follows:

    1.    Spencer Funeral Services was named as a defendant in this action in Plaintiff's Complaint filed on June 1, 2005.

    2.    Spencer Funeral Services has not filed an answer or motion for summary judgment.

    3.    This Court has subject matter jurisdiction with respect to all claims asserted against each of the other Defendants in this action.

    4.    No motion for class certification has yet been filed in this action.

    5.    No parties having an interest in this action will be prejudiced by the dismissal of Spencer Funeral Services under these circumstances, because there has been no settlement of claims in this action and no attempt to settle Plaintiff's claims; and Plaintiff and Plaintiff's counsel intend to pursue all claims against the remaining Defendants vigorously.

WHEREFORE, Plaintiff respectfully moves this Honorable Court for an Order approving the voluntary dismissal of Spencer Funeral Services with prejudice and without notice pursuant to Fed. R. Civ. P. 23(e).

DATED: November 18, 2005

By her attorneys,

**/s/Theodore M. Hess-Mahan**
Thomas G. Shapiro BBO #454680
Theodore M. Hess-Mahan BBO #557109
SHAPIRO HABER & URMY LLP
53 State Street
Boston, MA  02109
Telephone:  617/439-3939
Facsimile:  617/439-0134

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
SAMUEL H. RUDMAN
ROBERT M. ROTHMAN
EVAN J. KAUFMAN
200 Broadhollow Road, Suite 406
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)

*Attorneys for Plaintiff Lorraine Hunt*

C:\DOCUME~1\ekaufman\LOCALS~1\Temp\MetaSave\051114 Notice of Voluntary Dismissal.doc

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LORRAINE HUNT on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>BAYVIEW CREMATORY, LLC, DEREK A. WALLACE, LINDA STOKES, AMERICAN CREMATION SOCIETY, INC., AMERICAN SOCIETY FOR CREMATION, AMERICAN SOCIETY FOR FUNERAL SERVICES, INC., COMMONWEALTH CREMATION & SHIPPING SERVICE, INC., COMMONWEALTH FUNERAL SERVICE, INC., CREMATION SOCIETY, INC., DRACUT FUNERAL HOME INCORPORATED, FARRAH FUNERAL HOME, HAMEL WICKENS & TROUPE FUNERAL HOME, INC., HART-WALLACE FUNERAL HOME, KEEFE FUNERAL HOME, INC., SCATAMACCHIA FUNERAL HOME, SIMPLICITY BURIAL & CREMATION, INC. f/k/a OCEANSIDE FAMILY FUNERAL HOME, WILLIAM F. SPENCER FUNERAL SERVICES and DOES 1-50, INCLUSIVE,<br><br>Defendants. | No. 05-11140 (RCL) |

**[PROPOSED] ORDER**

This is an action filed pursuant to Fed. R. Civ. P. 23.  Plaintiff Lorraine Hunt has filed a notice of voluntary dismissal with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(i) as to Defendant William F. Spencer Funeral Services subject to this Court's approval.

- 1 -

- 2 -

Accordingly, William F. Spencer Funeral Services is hereby DISMISSED with prejudice. No notice need be given to the members of the proposed class.

IT IS SO ORDERED.

DATED: _____    _____
                                            THE HONORABLE REGINALD C. LINDSAY
                                            UNITED STATES DISTRICT JUDGE

C:\DOCUME~1\ekaufman\LOCALS~1\Temp\MetaSave\051114 Proposed Order (2).doc