# UNITED STATES DISTRICT COURT

### DISTRICT OF MASSACHUSETTS

LORRAINE HUNT on behalf of herself
and others similarly situated,
    Plaintiff,

    v.                                      Case Number: 05-11140 RCL

BAYVIEW CREAMATORY, LLC…..
FARRAH FUNERAL HOME et al.,
    Defendants

**RULE 16.1(D)(3) CERTIFICATE BY DEFENDANT FARRAH FUNERAL HOME**

    I hereby certify that I have conferred with defendant and an authorized representative of the defendant Farrah Funeral Home, concerning the establishment of a budget for the above-captioned litigation and the use of alternative dispute resolution programs.

                                            DEFENDANT,
                                            By its attorney,

                                            */s/ Bradley A. Mac Donald*
                                            Bradley A. Mac Donald, Esq.
                                            B.B.O. No. 310380
                                            CUMMINGS, KING & MacDONALD
                                            One Gateway Center, Suite 351
                                            Newton, MA  02458
                                            Tel (617) 630-5100
                                            Fax (617) 630-0816

*/s/ Louis Farrah*
For Farrah Funeral Home

CERTIFICATE OF SERVICE:    I hereby certify that on this date, December 1, 2005, I served a copy of the foregoing upon counsel of record, postage paid:

Joseph M. Desmond, Esq.
Morrison, Mahoney & Miller, LLP
250 Summer Street
Boston, MA 02210

George E. Clancy, Esq.
Fuller, Rosenberg, Palmer & Beliveau
340 Main Street, Ste. 817
Worcester, MA 01608


/s/ Bradley A. Mac Donald
Bradley A. Mac Donald, Esq.