**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

LORRAINE HUNT, On Behalf of Herself and )    No. 05-11140-RCL
All Others Similarly Situated,             )
                                         )
                     Plaintiff,    )
                                           )
       vs.                                 )
                                           )
BAYVIEW CREMATORY, LLC., et al.,      )
                                           )
                   Defendants.    )
                                           )

**JOINT MOTION TO RESCHEDULE SCHEDULING CONFERENCE**

      Counsel for Plaintiff and each of the undersigned Defendants in the above-referenced action (the "Hunt Action") move the Court to reschedule the December 7, 2005 scheduling conference to a time and date that the Court's schedule permits.[1] The grounds for the request are that Plaintiff's counsel has filed a related action captioned *Alan C. Andersen et al. v. Bayview Crematory et al.*, No. 05-11904 (RCL) (the "Andersen Action") which names many of the same defendants as the Hunt Action and is based upon many of the same facts and circumstances as the Hunt Action. The undersigned parties believe that it would be in the interest of conserving

---

[1] Plaintiff and nine defendants are filing this joint motion. The only other three defendants whose counsel have appeared in the Hunt Action, Hamel Wickens & Troupe Funeral Home, Inc., Keefe Funeral Home, Inc., and William F. Spencer Funeral Service, were informed of the parties' intention to file this motion and were provided with a draft of the motion. None of those defendants objected to the filing of this joint motion prior to its filing.

judicial resources to hold a scheduling conference for both the Hunt Action and the Andersen

Action at the same time.

DATED:  December 5, 2005                    Respectfully Submitted,


**/s/Theodore M. Hess-Mahan**
Thomas G. Shapiro BBO #454680
Theodore M. Hess-Mahan BBO #557109
Shapiro Haber & Urmy LLP
53 State Street
Boston, MA 02109
Telephone:  (617) 439-3939
Facsimile:  (617) 439-0134


LERACH COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
SAMUEL H. RUDMAN
ROBERT M. ROTHMAN
EVAN J. KAUFMAN
200 Broadhollow Road, Suite 406
Melville, NY  11747
Telephone: 631/367-7100
631/367-1173 (fax)

*Attorneys for Plaintiff*


**/s/Richard E. Cavanaugh**
Richard E. Cavanaugh
GALLAGHER & CAVANAUGH LLP
Boott Cotton Mills
100 Foot of John Street
Lowell, MA  01852
Telephone:  978/452-0522
978/452-0482 (fax)

*Attorneys for Derek A. Wallace and
Hart Wallace Funeral Home and
Simplicity Burial & Cremation, Inc.
f/k/a Oceanside Family Funeral Home*

- 2 -

**/s/Mandi Jo Hanneke**

Mandi Jo Hanneke
CLARK, HUNT & EMBRY
55 Cambridge Pkwy.
Cambridge, MA  02142
Telephone:  617/494-1920
617/494-1921 (fax)

*Attorneys for Linda Stokes*

**/s/ Joseph M. Desmond**

Joseph M. Desmond
MORRISON MAHONEY LLP
250 Summer Street
Boston, MA 02210-1181
Telephone:  617/439-7500
617/439-7590 (fax)

*Attorneys for Cremation Society, Inc.*

**/s/Bradley A. MacDonald**

Bradley A. MacDonald
CUMMINGS, KING & MACDONALD
One Gateway Center, Suite 351
Newton, MA  02458
Telephone:  617/630-5100
617/630-0816 (fax)

*Attorneys for Farrah Funeral Home*

/s/Grant S. Palmer
Grant S. Palmer
John J. DiChello
BLANK ROME LLP
One Logan Square
Philadelphia, PA 19103-6998
Telephone: 215/569-5500
215/569-5555 (fax)

*Attorneys for Dracut Funeral Home*
*Incorporated and Scatamacchia Funeral Home*

/s/Dona Feeney
Dona Feeney
GETMAN, STACEY, SCHULTHESS &
   STEERE, P.A.
Three Executive Park Drive
Suite 9
Bedford, NH 03110
Telephone: 603/634-4300
603/626-3647 (fax)

*Attorneys for Bayview Crematory, LLC*

C:\DOCUME~1\ekaufman\LOCALS~1\Temp\MetaSave\051205 Jt MOT to Resched1.doc

## CERTIFICATION OF COMPLAINCE WITH LOCAL RULE 7.1(A)(2)

I hereby certify that the parties' counsel have conferred in a good faith attempt to narrow or resolve the issues raised in this motion. As noted above, Plaintiff and nine defendants are filing this joint motion. The only other three defendants whose counsel have appeared in the Hunt Action, Hamel Wickens & Troupe Funeral Home, Inc., Keefe Funeral Home, Inc., and William F. Spencer Funeral Service, were informed of the parties' intention to file this motion and were provided with a draft of the motion. None of those defendants objected to the filing of this joint motion prior to its filing.

/s/Theodore M. Hess-Mahan
Theodore M. Hess-Mahan

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above documents was served upon the attorney of record for each other party by fax on December 5, 2005.

**/s/Theodore M. Hess-Mahan**
Theodore M. Hess-Mahan