# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

**NO. 05-11140-RCL**

|  |  |  |
|---|---|---|
| _____ ) | | |
| **LORRAINE HUNT on behalf of herself** ) | | |
| **And all others similarly situated,** ) | | |
|     **Plaintiff** ) | | |
| ) | | |
| **v.** ) | | |
| ) | | |
| **BAYVIEW CREMATORY, LLC, DEREK** ) | | |
| **A. WALLACE, LINDA STOKES,** ) | | |
| **AMERICAN CREMATION SOCIETY,** ) | | |
| **INC., AMERICAN SOCIETY FOR** ) | | |
| **CREMATION, AMERICAN SOCIETY** ) | | |
| **FOR FUNERAL SERVICES, INC.,** ) | | |
| **COMMONWEALTH CREMATION &** ) | | |
| **SHIPPING SERVICE, INC.,** ) | | |
| **COMMONWEALTH FUNDERAL** ) | | |
| **SERVICE, INC., CREMATION** ) | | |
| **SOCIETY, INC., DRACUT FUNERAL** ) | | |
| **HOME INCORPORATED, FARRAH** ) | **NOTICE OF ENTRY OF APPEARANCE** | |
| **FUNERAL HOME, HAMEL WICKENS** ) | | |
| **& TROUPE FUNERAL HOME, INC.,** ) | | |
| **HART-WALLACE FUNERAL HOME,** ) | | |
| **KEEFE FUNERAL HOME, INC.,** ) | | |
| **SCATAMACCHIA FUNERAL HOME,** ) | | |
| **SIMPLICITY BURIAL & CREMATION,** ) | | |
| **INC., f/k/a OCEANSIDE FAMILY** ) | | |
| **FUNERAL HOME, WILLIAM F.** ) | | |
| **SPENCER FUNERAL SERVICES and** ) | | |
| **DOES 1-50, INCLUSIVE,** ) | | |
|     **Defendants** ) | | |
| _____) | | |

TO THE CLERK AT THE ABOVE-NAMED COURT:

Kindly enter my appearance as counsel for the defendant, Linda Stokes, with respect to the above-captioned matter.

Respectfully submitted,

**CLARK, HUNT & EMBRY**

/s/ William F. Ahern, Jr.

_____
William F. Ahern, Jr. (013365)
55 Cambridge Parkway
Cambridge, MA 02142
(617) 494-1920

**CERTIFICATE OF SERVICE**

I hereby certify that on the 9th day of December, 2005, a true and correct copy of this Notice of Appearance was served on all counsel of record in this matter.

/s/ *William F. Ahern, Jr.*

—————————————————————

William F. Ahern, Jr.