UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LORRAINE HUNT, on behalf of herself and others similarly situated,

Plaintiff,

v.

BAYVIEW CREMATORY, LLC, et al.,

Defendants.

Civil Action No. 05-cv-11140-RCL

**PLAINTIFF'S ASSENTED-TO MOTION TO EXTEND TIME
TO FILE OPPOSITION TO DEFENDANT SCATAMACCHIA FUNERAL HOME'S
MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

Plaintiff Lorraine Hunt hereby moves this Court for an order to extend the time for her to file an opposition to Defendant Scatamacchia Funeral Home's Motion to Dismiss Plaintiff's Complaint until February 17, 2006.

As reasons therefor, Plaintiff states that the Complaint was filed on June 1, 2005. Defendant Scatamacchia Funeral Home ("Scatamacchia") was served with a summons and a copy of the Complaint on June 8, 2005. Scatamacchia filed its Answer to the Complaint on July 28, 2005. Scatamacchia filed its motion to dismiss on December 23, 2005. Due to the intervening holidays and commitments and obligations in other cases, including the fact that two other defendants in the related action entitled Andersen, et al., v. Bayview Crematorium LLC, et al., No. 05-CV-11904 RCL, filed their motions to dismiss the complaint in that action, in which plaintiffs are also represented by plaintiff's counsel in this case, on December 23, 2005, plaintiff's counsel respectfully submits that they need additional time to prepare and file an opposition to Scatamacchia's motion to dismiss the complaint in this case. Those defendants,

through their counsel, have also assented to an extension of time until February 17, 2006 to file oppositions to their motions to dismiss.

The parties' counsel have conferred and Scatamacchia's counsel have assented to the relief requested in this motion.

WHEREFORE, Plaintiff respectfully requests that this Court enter an order extending the time for her to file her opposition to Scatamacchia's motion to dismiss the Complaint until February 17, 2006.

Dated: January 5, 2006

LORRAINE HUNT,

By her attorneys,

**/s/Theodore M. Hess-Mahan**
Thomas G. Shapiro BBO No. 454680
Theodore M. Hess-Mahan BBO No. 557109
Shapiro Haber & Urmy LLP
53 State Street
Boston, MA 02109
(617) 439-3939

*Attorneys for Plaintiff Lorraine Hunt*

### CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 7.1(A)(2)

I hereby certify that the parties have conferred in a good faith effort to narrow or resolve the issues raised in this motion and that Scatamacchia's counsel have assented to the relief requested in this motion.

**/s/Theodore M. Hess-Mahan**
Theodore M. Hess-Mahan