UNITED STATES DISTRICT COURT
FOR THE COMMONWEALTH OF MASSACHUSETTS

C.A. NO. 05-11140RCL

| | |
|---|---|
| **LORRAINE HUNT, on behalf of herself and all others similarly situated,**<br><br>　　Plaintiff,<br><br>v.<br><br>**BAYVIEW CREMATORY, LLC, DEREK A. WALLACE, LINDA STOKES, AMERICAN CREMATION SOCIETY, INC., AMERICAN SOCIETY FOR CREMATION, AMERICAN SOCIETY FOR FUNERAL SERVICES, INC., COMMONWEALTH CREMATION & SHIPPING SERVICE, INC., COMMONWEALTH FUNERAL SERVICE, INC., CREMATION SOCIETY, INC., DRACUT FUNERAL HOME INCORPORATED, FARRAH FUNERAL HOME, HAMEL WICKENS & TROUPE FUNERAL HOME, INC., HART-WALLACE FUNERAL HOME, KEEFE FUNERAL HOME, INC., SCATAMACCHIA FUNERAL HOME, SIMPLICITY BURIAL & CREMATION, INC. f/k/a OCEANSIDE FAMILY FUNERAL HOME, WILLIAM F. SPENCER FUNERAL SERVICES, AND DOES 1-50, INCLUSIVE,**<br><br>　　Defendants. | |

## DEFENDANT HAMEL WICKENS & TROUPE FUNERAL HOME, INC.'S CORPORATE DISCOLSURE STATEMENT

Pursuant to Local Rule 7.3, Defendant, Hamel Wickens & Troupe Funeral Home, Inc., ("Hamel, Wickens & Troupe") hereby states that it is a corporation organized and existing under the laws of the Commonwealth of Massachusetts.  Hamel, Wickens & Troupe is not a subsidiary of any corporation, and does not have a parent corporation, and there is no publicly held

company that owns ten percent (10%) or more of the stock of Hamel, Wickens & Troupe.

                              **DEFENDANT,**
                              **HAMEL,WICKENS & TROUPE**
                              **FUNERAL HOME, INC.**

                              By its attorney,


                              /S/ Brian K. Walsh
                              Brian K. Walsh
                              Law Offices of Roberta Fitzpatrick
                              101 Arch Street, Suite 1761
                              Boston, Massachusetts  02110
                              (617) 769-3500

Dated: January 23, 2006

**CERTIFICATE OF SERVICE**

     I, Brian K. Walsh, counsel for the above-named Defendant, hereby certify that a true copy of the above document, was served, this day, via mail, postage prepaid, on:

**Counsel for Plaintiff**
Theodore M. Hess-Mahan, Esquire
Thomas G. Shapiro, Esquire
Shapiro, Haber & Urmy, LLP
53 State Street
Boston, MA  02108

**Counsel for Bayview Crematory, LLC**
Dona Feeney, Esquire
Getman, Stacey, Schulthess & Steere
3 Executive Park, Suite 9
Bedford, NH  03110

**Counsel for Derek A. Wallace**
Richard Cavanaugh, Esquire
Gallagher & Cavanaugh
1 Foot of John Street
Lowell, MA  01852

**Counsel for Linda Stokes**
William F. Ahern, Jr., Esquire
Clark, Hunt & Embry
55 Cambridge Parkway
Cambridge, MA  02142

**Counsel for Cremation Society, Inc.**
Joseph M. Desmond, Esquire
Morrison, Mahoney &Miller, LLP
250 Summer Street
Boston, MA  02210

**Counsel for Scatamacchia Funeral Home and Dracut Funeral Home, Inc.**
Michael E. Okolita, Esquire
Donald E. Fenner & Associates
120 Front Street, Suite 310
Worcester, MA  01608-1424

and

Grant S. Palmer, Esquire
John J. DiChello, Esquire
Blank Rome, LLP
One Logan Square
Philadelphia, PA  19103

**Counsel for Farrah Funeral Home**
Bradley A. MacDonald, Esquire
Cummings, King & MacDonald
One Gateway Center, Suite 351
Newton, MA  02458

**Counsel for Keefe Funeral Home, Inc.**
George E. Clancy, Esquire
Fuller, Rosenberg, Palmer & Beliveau
340 Main Street, Suite 817
Worcester, MA  01608

**Counsel for William F. Spencer Funeral Services**
Robert A. Curley, Jr., Esquire
Curley & Curley, P.C.
27 School Street
Boston, MA  02108

**American Cremation Society, Inc.**
385 Washington Street
Haverhill, MA  01832

Dated:  January 23, 2006                                             /S/ Brian K. Walsh
                                                                                    Brian K. Walsh