UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LORRAINE HUNT, on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BAYVIEW CREMATORY, LLC, et al.,<br><br>Defendants. | Civil Action No. 05-cv-11140-RCL |

**PLAINTIFF'S ASSENTED-TO MOTION TO EXTEND TIME
TO FILE OPPOSITION TO DEFENDANT FARRAH FUNERAL HOME'S
MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

Plaintiff Lorraine Hunt hereby moves this Court for an order to extend the time for her to file an opposition to Defendant Farrah Funeral Home's Motion to Dismiss Plaintiff's Complaint until February 28, 2006.

As reasons therefor, Plaintiff states that the Complaint was filed on June 1, 2005. defendant Farrah Funeral Home ("Farrah") was served with a summons and a copy of the Complaint on June 8, 2005. Farrah filed its Answer to the Complaint on June 28, 2005. Farrah filed its motion to dismiss on January 31, 2006. Under Local Rule 7.1(B)(2), plaintiff's opposition is due on February 14, 2006.

Due to commitments and obligations in other cases, including the fact that plaintiff's counsel are preparing to file a response to a motion to dismiss filed by another defendant in this case and by two other defendants in the related action entitled *Andersen, et al., v. Bayview Crematorium LLC, et al.*, No. 05-CV-11904 RCL, plaintiff's counsel respectfully submits that they need additional time to prepare and file an opposition to Farrah's motion to dismiss the

complaint in this case.

The parties' counsel have conferred and Farrah, through its counsel, has assented to an extension of time until February 28, 2006 to file an opposition to its motions to dismiss.

WHEREFORE, Plaintiff respectfully requests that this Court enter an order extending the time for her to file her opposition to Farrah's motion to dismiss the Complaint until February 28, 2006.

Dated: February 10, 2006					LORRAINE HUNT,

								By her attorneys,


								**/s/Theodore M. Hess-Mahan**
								Thomas G. Shapiro BBO No. 454680
								Theodore M. Hess-Mahan BBO No. 557109
								Shapiro Haber & Urmy LLP
								53 State Street
								Boston, MA 02109
								(617) 439-3939

								*Attorneys for Plaintiff Lorraine Hunt*

**CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 7.1(A)(2)**

I hereby certify that the parties have conferred in a good faith effort to narrow or resolve the issues raised in this motion and that Farrah's counsel have assented to the relief requested in this motion.

								**/s/Theodore M. Hess-Mahan**
								Theodore M. Hess-Mahan