UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LORRAINE HUNT, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BAYVIEW CREMATORY, LLC, DEREK A. WALLACE, LINDA STOKES, AMERICAN CREMATION SOCIETY, INC., AMERICAN SOCIETY FOR CREMATION, AMERICAN SOCIETY FOR FUNERAL SERVICES, INC., COMMONWEALTH CREMATION & SHIPPING SERVICE, INC., COMMONWEALTH FUNERAL SERVICE, INC., CREMATION SOCIETY, INC., DRACUT FUNERAL HOME INCORPORATED, FARRAH FUNERAL HOME, HAMEL WICKENS & TROUPE FUNERAL HOME, INC., HART-WALLACE FUNERAL HOME, KEEFE FUNERAL HOME, INC., SCATAMACCHIA FUNERAL HOME, SIMPLICITY BURIAL & CREMATION, INC. f/k/a OCEANSIDE FAMILY FUNERAL HOME, WILLIAM F. SPENCER FUNERAL SERVICES, and DOES 1-50, INCLUSIVE,<br><br>Defendants. | C.A. NO. 05-11140 (RCL) |

**DEFENDANT SCATAMACCHIA FUNERAL HOME'S ASSENTED TO MOTION FOR LEAVE TO FILE REPLY MEMORANDUM IN SUPPORT OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

Pursuant to Local Rule 7.1(B)(3), Defendant Scatamacchia Funeral Home ("Scatamacchia"), by and through its undersigned counsel, hereby moves for leave to file a reply memorandum in support of its Motion to Dismiss Plaintiff's Complaint filed on December 23, 2005. Scatamacchia's reply will address cases and authorities cited and

**Error! Unknown document property name.**

arguments set forth by Plaintiff in her Opposition to Defendant Scatamacchia Funeral Home's Motion to Dismiss, which was filed on February 17, 2006.  Scatamacchia requests to have until March 7, 2006 to file its reply.

Plaintiff has assented to this motion.

Respectfully Submitted,

**DEFENDANT,
SCATAMACCHIA FUNERAL HOME**

By its attorneys,

Dated:   February 22, 2006        /s/ Michael E. Okolita
MICHAEL E. OKOLITA
Donald E. Feener & Associates
120 Front Street, Suite 310
Worcester, MA 01608-1424

and

GRANT S. PALMER
JOHN J. DiCHELLO
Blank Rome LLP
One Logan Square
Philadelphia, PA  19103
(215) 569-5500

*Attorneys for Defendant, Scatamacchia Funeral Home*

### Local Rule 7.1 Certificate of Consultation

I, Michael E. Okolita, hereby certify that counsel for Scatamacchia Funeral Home conferred with counsel for Plaintiff, and attempted in good faith to resolve or narrow the issues presented by this motion.  Counsel for Plaintiff assented to this motion.

**Error! Unknown document property name.**

## **CERTIFICATE OF SERVICE**

I, Michael E. Okolita, certify that a true and correct copy of the above and foregoing Scatamacchia Funeral Home's Assented to Motion for Leave to File Reply Memorandum in Support of Motion to Dismiss Plaintiff's Complaint was served upon the parties or their counsel of record as appearing on the attached Service List on this 22nd day of February, 2006.

/s/ Michael E. Okolita
MICHAEL E. OKOLITA

# SERVICE LIST
### *Hunt v. Bayview Crematory, LLC, et al.*
### C.A. NO. 05-11140 (RCL)

Theodore M. Hess-Mahan, Esquire
Shapiro, Haber & Urmy LLP
53 State Street
Boston, MA 02108
*Counsel for Plaintiff Lorraine Hunt*

Robert M. Rothman, Esquire
Evan J. Kaufman, Esquire
Lerach Coughlin Stoia Geller Rudman & Robbins
200 Broadhollow Road, Suite 406
Melville, NY 11747
*Counsel for Plaintiff Lorraine Hunt*

Dona Feeney, Esquire
Getman, Stacey, Tamposi, Schulthess & Steere
163 South River Road
Bedford, NH 03110
*Counsel for Bayview Crematory, LLC*

Richard E. Cavanaugh, Esquire
Gallagher & Cavanaugh, LLP
Boott Cotton Mills
100 Foot of John Street
Lowell, MA 01852
*Counsel for Derek A. Wallace, Hart-Wallace Funeral Home, and Simplicity Burial & Cremation, Inc.*

William F. Ahern, Jr., Esquire
Mandi Jo Hanneke, Esquire
Clark, Hunt, & Embry
55 Cambridge Parkway
Cambridge, MA 02142
*Counsel for Linda Stokes*

Joseph M. Desmond, Esquire
Morrison, Mahoney, & Miller LLP
250 Summer Street
Boston, MA 02210
*Counsel for Cremation Society, Inc.*

**Error! Unknown document property name.**

Bradley A. MacDonald, Esquire
Cummings, King & MacDonald
One Gateway Center
Suite 351
Newton, MA 02458
*Counsel for Farrah Funeral Home*

Brian K. Walsh, Esq.
Law Offices of Roberta Fitzpatrick
101 Arch Street, Suite 1761
Boston, MA 02110
Tel:  (617) 769-3500
*Counsel for Hamel Wickens & Troupe Funeral Home, Inc.*

George E. Clancy, Esquire
Fuller, Rosenberg, Palmer & Beliveau
340 Main Street
Suite 817
Worcester, MA 01608
*Counsel for Keefe Funeral Home, Inc.*

Robert A. Curley, Jr., Esquire
Curley & Curley P.C.
27 School Street
Boston, MA 02108
*Counsel for William F. Spencer Funeral Services*

American Cremation Society, Inc.
385 Washington Street
Haverhill, MA 01832

**Error! Unknown document property name.**