UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LORRAINE HUNT on behalf of herself and all others similarly situated<br>      PLAINTIFF<br>VS.<br><br>BAYVIEW CREMATORY, LLC, DEREK A. WALLACE, LINDA STOKES, AMERICAN CREMATION SOCIETY, INC., AMERICAN SOCIETY FOR CREMATION, AMERICAN SOCIETY FOR FUNERAL SERVICES, INC. COMMONWEALTH CREMATION & SHIPPING SERVICE, INC. COMMONWEALTH FUNERAL SERVICE, INC., CREMATION SOCIETY, INC., DRACUT FUNERAL HOME INCORPORATED, FARRAH FUNERAL HOME, HAMEL WICKENS & TROUPE FUNERAL HOME, INC., HART-WALLACE FUNERAL HOME, KEEFE FUNERAL HOME, INC., SCATAMACCHIA FUNERAL HOME, SIMPLICITY BURIAL & CREMATION, INC. f/k/a OCEANSIDE FAMILY FUNERAL HOME, WILLIAM F. SPENCER FUNERAL SERVICES and DOES 1-50. INCLUSIVE<br>      DEFENDANTS | CIVIL ACTION<br>NO. 05-11140 RCL |

### THE DEFENDANT, KEEFE FUNERAL HOME, INC.'S, SUGGESTION OF LACK OF SUBJECT MATTER JURISDICTION AND REQUEST FOR DISMISSAL PURSUANT TO FED. R. CIV. P. 12(h)(3)

Now comes the Defendant, Keefe Funeral Home Inc., by and through counsel and hereby suggest to the court that there is a lack of subject matter jurisdiction and that the case must be dismissed in accordance with Rule 12(h)(3).  As grounds for the dismissal, the Moving Party states the following reasons:

1.     The Class Action Fairness Act of 2005 requires that this court decline jurisdiction.

2.	The Court should exercise its discretion to dismiss this case in accordance with the Class Action Fairness Act.

3.	A parallel action is pending in Massachusetts State Court, captioned <u>Anzalone, et al. v. Bayview Crematory, et al.</u>, Docket No.: 2005-00789 (Essex Superior Court), involving identical issues and circumstances and the continuation of both lawsuits would result in piece mail and duplicative litigation, inefficient use of the litigants and the court's resources, and potentially conflicting results.

In support hereof, the Moving Party relies upon the Memorandums of Law which accompanies Motions to Dismiss previously fled by the Defendants, Scatamacchia Funeral Home and Dracut Funeral Home.

    Respectfully submitted,

    KEEFE FUNERAL HOME, INC.
    By its attorney,


    _____
    George E. Clancy, BBO #546328
    Fuller, Rosenberg, Palmer & Beliveau
    340 Main Street - Suite 817
    Worcester, MA 01608
    (508) 751-5136

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on the 30th day of March, 2006, I served the foregoing document upon the parties of this action by electronically mailing to all counsel of record (see following service list).

    _____
    George E. Clancy, Esquire

SERVICE LIST

**electronically mailed to:**

William F. Ahern , Jr    wahern@chelaw.com

Richard E Cavanaugh    richardc@gcattorneys.com

George E. Clancy    jbrunelle@frpb.com

Robert A. Curley , Jr    rac@curleylaw.com

Joseph M. Desmond    jdesmond@morrisonmahoney.com

John J. DiChello    dichello@blankrome.com

Dona Feeney    dfeeney@gstss.com

Roberta Fitzpatrick    april.siepka@arbella.com

MandiJo Hanneke    mhanneke@chelaw.com

Theodore M. Hess-Mahan !    ted@shulaw.com

Evan J. Kaufman    EKaufman@lerachlaw.com, cstella@lerachlaw.com

Bradley A. MacDonald    bmacdonald@ckmlaw.net, awashuta@ckmlaw.net

Michael E. Okolita    mokolita@harleysvillegroup.com

Grant S. Palmer    palmer@blankrome.com

Robert M Rothman    RRothman@lerachlaw.com

Thomas G. Shapiro    tshapiro@shulaw.com, sgeresy@shulaw.com

Brian K. Walsh    brian.walsh@arbella.com

**1:05-cv-11140 Notice will not be electronically mailed to:**

Samuel H. Rudman
Cauley, Geller, Bowman, Coates & Rudman, LLP
200 Broadhollow Rd.
Suite 406
Melville, NY 11747