UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LORRAINE HUNT, On Behalf of Herself and All Others Similarly Situated,<br><br>                Plaintiff,<br><br>vs.<br><br>BAYVIEW CREMATORY, LLC., et al.,<br><br>                Defendants. | No. 05-11140-RCL<br><br>CLASS ACTION<br><br>PLAINTIFF'S OPPOSITION TO DEFENDANT KEEFE FUNERAL HOME, INC.'S SUGGESTION OF LACK OF SUBJECT MATTER JURISDICTION AND REQUEST FOR DISMISSAL PURSUANT TO FED. R. CIV. P. 12(h)(3) |

      Plaintiff Lorraine Hunt ("Plaintiff") respectfully submits this memorandum of law in opposition to Defendant Keefe Funeral Home, Inc.'s ("Keefe Funeral Home" or "Defendant") Suggestion of Lack of Subject Matter Jurisdiction and Request for Dismissal Pursuant to Fed. R. Civ. P. 12(h)(3) in the above-captioned action (the "Action").

      Defendant Keefe Funeral Home asserts that the Action should be dismissed because the Class Action Fairness of 2005 ("CAFA") requires that the Court decline jurisdiction and that the Court should exercise its discretion to dismiss the Action under CAFA. Defendant also asserts that the Action should be dismissed because another case is being litigated in state court involving some similar parties to those involved in this Action. In support thereof, Defendant relies upon the

memorandum of law which accompanies the motion to dismiss previously filed by Defendant Scatamacchia Funeral Home in this Action.

Defendant's motion is entirely without merit and should be denied in its entirety for the reasons set forth in Plaintiff's memorandum of law, filed on February 17, 2006, in opposition to the motion to dismiss filed by Defendant Scatamacchia Funeral Home, which is incorporated by reference as if set forth fully herein.

Defendant also relies upon a memorandum of law filed by Dracut Funeral Home ("Dracut"). However, Dracut is not a defendant in this Action but is named as a defendant in *Alan C. Andersen, et al. v. Bayview Crematory, LLC*, et al., C.A. No. 05-11904-RCL (the "*Andersen* Action"), which contains similar factual allegations to this Action and is also before this Court. In the event that the Court looks to Dracut's motion to dismiss from the *Andersen* Action, Plaintiff incorporates by reference as if set forth fully herein Plaintiffs' opposition to defendant Dracut's motion to dismiss from the *Andersen* Action that was filed with the Court on February 17, 2006.

For the foregoing reasons, Plaintiff respectfully submits that Defendant's suggestion should be denied in its entirety.

DATED: April 10, 2006

Respectfully submitted,

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
SAMUEL H. RUDMAN
ROBERT M. ROTHMAN
EVAN J. KAUFMAN

                    s/ Evan J. Kaufman
                    EVAN J. KAUFMAN

58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)

2

SHAPIRO HABER & URMY LLP
THOMAS G. SHAPIRO (557109)
THEODORE M. HESS-MAHAN (557109)
53 State Street
Boston, MA  02109
Telephone:  617/439-3939
617/439-0134 (fax)

*Attorneys for Plaintiff*

CERTIFICATE OF SERVICE

I hereby certify that on April 10, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper *via* the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

LERACH COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP


s/ Evan J. Kaufman
EVAN J. KAUFMAN

58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)
E-mail:  EKaufman@lerachlaw.com

# Mailing Information for a Case 1:05-cv-11140-RCL

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **William F. Ahern, Jr**
  wahern@chelaw.com

- **Richard E Cavanaugh**
  richardc@gcattorneys.com

- **George E. Clancy**
  jbrunelle@frpb.com

- **Robert A. Curley, Jr**
  rac@curleylaw.com

- **Joseph M. Desmond**
  jdesmond@morrisonmahoney.com

- **John J. DiChello**
  dichello@blankrome.com

- **Dona Feeney**
  dfeeney@gstss.com

- **Roberta Fitzpatrick**
  april.siepka@arbella.com

- **MandiJo Hanneke**
  mhanneke@chelaw.com

- **Theodore M. Hess-Mahan**
  ted@shulaw.com

- **Evan J. Kaufman**
  EKaufman@lerachlaw.com cstella@lerachlaw.com

- **Bradley A. MacDonald**
  bmacdonald@ckmlaw.net awashuta@ckmlaw.net

- **Michael E. Okolita**
  mokolita@harleysvillegroup.com

- **Grant S. Palmer**
  palmer@blankrome.com

- **Robert M Rothman**

RRothman@lerachlaw.com

- **Thomas G. Shapiro**
  tshapiro@shulaw.com sgeresy@shulaw.com

- **Brian K. Walsh**
  brian.walsh@arbella.com

# Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Samuel H. Rudman
Cauley, Geller, Bowman, Coates & Rudman, LLP
200 Broadhollow Rd.
Suite 406
Melville, NY 11747
```