UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LORRAINE HUNT, On Behalf of Herself and All Others Similarly Situated,<br><br>      Plaintiff,<br><br>vs.<br><br>BAYVIEW CREMATORY, LLC, et al.,<br><br>      Defendants. | No. 05-11140-RCL<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER** |

| | |
|---|---|
| ALAN C. ANDERSEN, et al., On Behalf of Themselves and All Others Similarly Situated,<br><br>      Plaintiffs,<br><br>vs.<br><br>BAYVIEW CREMATORY, LLC, et al.,<br><br>      Defendants. | No. 05-cv-11904-RCL |

WHEREAS, on June 1, 2005, a purported class action complaint styled *Lorraine Hunt v. Bayview Crematory, LLC, et al.,* No. 05-11140 (RCL), was filed herein alleging, *inter alia*, intentional mishandling of a corpse, negligent mishandling of a corpse, intentional infliction of emotional distress, negligent infliction of emotional distress, civil conspiracy and breach of contract (the "*Hunt* Action");

WHEREAS, on September 20, 2005, a purported class action complaint styled *Alan C. Andersen et al. v. Bayview Crematory, LLC, et al.,* No. 05-11904 (RCL),[1] was filed herein alleging, *inter alia*, intentional mishandling of a corpse, negligent mishandling of a corpse, intentional infliction of emotional distress, negligent infliction of emotional distress, civil conspiracy and breach of contract (the "*Andersen* Action");

WHEREAS, on July 24, 2006, defendants Scatamacchia Funeral Home's, Keefe Funeral Home's and Farrah Funeral Home's motions to dismiss the complaint in the *Hunt* Action were denied;

WHEREAS, on July 24, 2006, defendants Dracut Funeral Home's and Neptune Society Inc.'s motions to dismiss the complaint in the *Andersen* Action were denied; and

WHEREAS, in the interests of judicial economy and simplifying the litigation of these related cases, counsel for plaintiffs in the *Hunt* and *Andersen* Actions and the undersigned counsel for defendants seek to consolidate both actions for pre-trial purposes only;

IT IS HEREBY STIPULATED AND AGREED, by the parties, through their undersigned counsel, as follows:

---

[1] Plaintiffs in the *Andersen* Action are Alan C. Andersen, Suzanne Bourassa, John Carlson, Robert Delia, Steven Dumais, Sara-Anne Eames, Shaun Ferris, John Foster, Dennis Fowler, Edward Galvin, Jr., Britton Hall, Patricia Hannigan, Marie Ignoto, David Johnson, Dawn Lattime, Kathleen McDonough, Tara McDonough, Eleanor Poole and Donna M. Tomaso.

1.      The following actions are hereby consolidated into one action (the "Consolidated Action") for coordinated pre-trial purposes only:

| Case Name | Case No. | Date Action Filed |
|---|---|---|
| *Lorraine Hunt v. Bayview Crematory, LLC, et al.,* | No. 05-11140 (RCL) | June 1, 2005 |
| *Alan C. Andersen, et al. v. Bayview Crematory, LLC, et al.,* | No. 05-11904 (RCL) | September 20, 2005 |

2.      The *Hunt* Action (Docket 05-11140(RCL)) shall be treated as the Master File and the *Andersen* Action shall also still be maintained in its individual docket. The Clerk shall file all pleadings in the *Hunt* Master File (as well as in the *Andersen* individual docket where applicable) and note such filings on the *Hunt* Master Docket and the individual docket.

3.      An original of this Order shall be filed by the Clerk in the *Hunt* Master File and a copy in the *Andersen* individual docket.

4.      The Clerk shall mail a copy of this Order to counsel of record in the Consolidated Action.

5.      Every pleading filed in these consolidated actions, or in any separate action included herein, shall bear the following caption:

UNITED STATES DISTRICT COURT<br>DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LORRAINE HUNT v. BAYVIEW CREMATORY, LLC, ET AL., ) ) ) and ) ) ALAN ANDERSEN, ET AL. v. BAYVIEW ) CREMATORY, LLC, ET AL. ) ) | No. 05-11140 (RCL) No. 05-11904 (RCL) |

DATED:  October 4, 2006	SHAPIRO HABER & URMY LLP
	THOMAS G. SHAPIRO BBO #454680
	THEODORE M. HESS-MAHAN BBO #557109


	           */s/ Theodore M. Hess-Mahan*
	THEODORE M. HESS-MAHAN

	53 State Street
	Boston, MA  02109
	Telephone:  617/439-3939
	617/439-0134 (fax)

	LERACH COUGHLIN STOIA GELLER
	   RUDMAN & ROBBINS LLP
	SAMUEL H. RUDMAN
	ROBERT M. ROTHMAN
	EVAN J. KAUFMAN
	58 South Service Road, Suite 406
	Melville, NY  11747
	Telephone:  631/367-7100
	631/367-1173 (fax)

	*Attorneys for Plaintiffs Lorraine Hunt,
	Alan C. Andersen, Suzanne Bourassa, John
	Carlson, Robert Delia, Steven Dumais, Sara-Anne
	Eames, Shaun Ferris, John Foster, Dennis Fowler,
	Edward Galvin, Jr.,  Britton Hall, Patricia
	Hannigan, Marie Ignoto, David Johnson, Dawn
	Lattime, Kathleen McDonough, Tara McDonough,
	Eleanor Poole  and Donna M. Tomaso*

**FOR DEFENDANTS**

BLANK ROME LLP
GRANT S. PALMER, ESQ.
JOHN J. DICHELLO, ESQ.

      */s/ Grant S. Palmer*
GRANT S. PALMER

One Logan Square
Philadelphia, PA 19103-6998
(215) 569-5500
(215) 569-5555 (fax)

*Counsel for Dracut Funeral Home Inc.; and*
*Counsel for Scatamacchia Funeral Home*

CLARK, HUNT & EMBRY
WILLIAM F. AHERN, JR., ESQ.
MANDI JO HANNEKE, ESQ.

      */s/ Mandi Jo Hanneke*
MANDI JO HANNEKE

55 Cambridge Pkwy.
Cambridge, MA 02142
(617) 494-1920
(617) 494-1921 (fax)

*Counsel for Linda Stokes and*
*Counsel for Larry Stokes*

DONALD E. FEENER & ASSOC.
MICHAEL E. OKOLITA, ESQ.

      */s/ Michael E. Okolita*
      MICHAEL E. OKOLITA

120 Front St., Suite 310
Worcester, MA  01608-1424
(508) 798-0717
(508) 798-1850 (fax)

*Counsel for Dracut Funeral Home
Incorporated; and Counsel for Scatamacchia
Funeral Home*

LAW OFFICES OF ROBERTA FITZPATRICK
ROBERTA R. FITZPATRICK, ESQ.
BRIAN K. WALSH, ESQ.

      */s/ Brian K. Walsh*
      BRIAN K. WALSH

101 Arch Street, Suite 1761
Boston, MA 02110
(617) 769-3500
(617) 946-0569 (fax)

*Counsel for Hamel Wickens & Troupe Funeral
Home, Inc. and
Counsel for Roger Hamel*

GALLAGHER & CAVANAUGH LLP
MICHAEL W. GALLAGHER, ESQ.
RICHARD E. CAVANAUGH, ESQ.


*/s/ Richard E. Cavanaugh*
RICHARD E. CAVANAUGH

Boott Cotton Mills
100 Foot of John Street
Lowell, MA  01852
(978) 452-0522
(978) 452-0482 (fax)

*Counsel for Derek A. Wallace;  and*
*Counsel for Hart-Wallace Funeral Home; and*
*Counsel for Simplicity Burial & Cremation, Inc.*
*f/k/a Oceanside Family Funeral Home*

GETMAN, STACEY, SCHULTHESS &
STEERE, P.A.
DONA FEENEY, ESQ.
ANDREW R. SCHULMAN, ESQ.


*/s/ Dona Feeney*
DONA FEENEY

Three Executive Park Drive, Suite 9
Bedford, NH  03110
(603) 634-4300
(603) 626-3647 (fax)

*Counsel for Bayview Crematory, LLC*

HAVERTY & FEENEY
WILLIAM SMITH, ESQ.


        */s/ William Smith*
         WILLIAM SMITH

54 Samoset Street
Plymouth, MA  02360
(508) 746-6100
(508) 746-7067 (fax)

*Counsel for Bayview Crematory, LLC*

MORRISON MAHONEY LLP
JOSEPH M. DESMOND, ESQ.


        */s/ Joseph M. Desmond*
        JOSEPH M. DESMOND

250 Summer Street
Boston, MA 02210-1181
(617) 439-7500
(617) 439-7590 (fax)

*Counsel for Cremation Society, Inc.*
*(of Massachusetts)*

          MAUREEN L. REILLY, ESQ.

          */s/ Maureen L. Reilly*
          MAUREEN L. REILLY

33 Kingston St., 4th Floor
Boston, MA  02111
(617) 338-2114
(617) 451-5462 (fax)

*Counsel for Neptune Society, Inc.*

\*   \*   \*

**O R D E R**

IT IS SO ORDERED.

DATED: _____

          THE HONORABLE REGINALD C. LINDSAY
          UNITED STATES DISTRICT JUDGE

I:\Bayview Crematory\Pleadings\Consol Stip FINAL4.doc