UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| LORRAINE HUNT v. BAYVIEW | : | |
| CREMATORY, LLC, et al. | : | C.A. NO.  05-11140 (RCL) |
| | : | |
| and | : | |
| | : | |
| ALAN C. ANDERSEN, et al. v. BAYVIEW | : | C.A. NO. 05-11904 (RCL) |
| CREMATORY, LLC, et al. | : | |
| | : | |

**INITIAL DISCLOSURES OF DEFENDANT DRACUT FUNERAL HOME, INC.
PURSUANT TO FED. CIV. P. 26(a) and LOCAL RULE 26.2(A)**

Defendant Dracut Funeral Home, Inc. ("Dracut"), by its undersigned counsel, hereby submits its Initial Disclosures pursuant to Fed. R. Civ. P. 26(a) and Local Rule 26.2(A).

In making these disclosures, Dracut does not intend to disclose or produce any information protected by the attorney-client privilege, the work product doctrine, or any other applicable privileges or protection.  Moreover, Dracut expressly reserves its right to object to the admissibility of any information provided herein at the time of trial.  In addition, Dracut does not concede the relevance of any information contained herein. Furthermore, Dracut reserves the right to rely upon the individuals identified in these initial disclosures for subjects other than those identified herein.

Dracut's investigation and discovery are ongoing, and Dracut specifically reserves its right to supplement and/or amend these initial disclosures as appropriate.

I.    **The name, and, if known, address and telephone number of each individual likely to have discoverable information that Dracut may use to support its claims or defenses, and the subjects of the information:**

A.    **Mark P. Gacek**

Address: Dracut Funeral Home, Inc., 2159 Lakeview Ave., Dracut, MA 01826
Telephone: (978) 957-5032

**Error! Unknown document property name.**

Mr. Gacek is likely to have discoverable information regarding the nature of the funeral directing services provided by Dracut; the conduct of Bayview Crematory in performing cremations of decedents that received funeral directing services from Dracut; the remains received by persons who received funeral directing services from Dracut and cremation at Bayview Crematory; any alleged injuries or damages sustained by persons who received funeral directing services from Dracut and cremation at Bayview Crematory; the due care and reasonable diligence exercised by Dracut in rendering funeral directing services; and the cremation of Denise Dumais at Southern New Hampshire Crematory.

**B.      Derek A. Wallace**

> Address: Bayview Crematory, LLC, 204 New Zealand Rd., Seabrook, NH
> 01843
> Telephone: (888) 889-4762

Mr. Wallace is likely to have discoverable information regarding the nature of the cremation of decedents at Bayview Crematory; the conduct of Bayview Crematory in performing cremations of decedents who received funeral directing services at Dracut; the remains received by persons who received funeral directing services from Dracut and cremation at Bayview Crematory; any alleged injuries or damages sustained by persons who received funeral directing services from Dracut and cremation at Bayview Crematory; and the due care and reasonable diligence exercised by Dracut in rendering funeral directing services.

**Error! Unknown document property name.**

### C.    Steven Dumais

<u>Address</u>: Dracut, MA (additional information unknown)
<u>Telephone</u>: Unknown

Mr. Dumais is likely to have discoverable information regarding the nature of the funeral directing services provided by Dracut for Denise Dumais and cremation of Ms. Dumais at Southern New Hampshire Crematory; the remains of Ms. Dumais received following cremation; any alleged injuries or damages that he sustained as a result of Dracut's performance of funeral directing services; and the due care and reasonable diligence exercised by Dracut in rendering funeral directing services.

### D.    David Johnson

<u>Address</u>: 26 Autumn Street, Tyngsboro, MA 01879
<u>Telephone</u>: Unknown

Mr. Johnson is likely to have discoverable information regarding the nature of the funeral directing services provided by Dracut for Gloria Dubois-Johnson; the remains of Ms. Dubois-Johnson received following cremation; any alleged injuries or damages that he sustained as a result of Dracut's performance of funeral directing services; and the due care and reasonable diligence exercised by Dracut in rendering funeral directing services.

### E.    Helen Chase

<u>Address</u>: Linwood Cemetery – Crematory, 41 John Ward Avenue, Haverhill, MA 01830
<u>Telephone</u>: (978) 374-4191

**Error! Unknown document property name.**

Ms. Chase is likely to have discoverable information regarding the cost of cremation at Linwood Cemetery - Crematory vis-à-vis Bayview Crematory.

**F.     Erik Peabody**

> Address: Southern New Hampshire Crematory (a/k/a Peabody Funeral Home), 15 Birch Street, Derry, NH 03038
> Telephone: (603) 432-2801

Mr. Peabody is likely to have discoverable information regarding the cost of cremation at Southern New Hampshire Crematory vis-à-vis Bayview Crematory, and the cremation of Denise Dumais at Southern New Hampshire Crematory.

**G.     Craig Peabody**

> Address: Southern New Hampshire Crematory (a/k/a Peabody Funeral Home), 15 Birch Street, Derry, NH 03038
> Telephone: (603) 432-2801

Mr. Peabody is likely to have discoverable information regarding the cost of cremation at Southern New Hampshire Crematory vis-à-vis Bayview Crematory, and the cremation of Denise Dumais at Southern New Hampshire Crematory.

**II.   The following documents, data compilations, and tangible things, described by category, are in Dracut's possession, custody, and control and located at the offices of Blank Rome LLP, One Logan Square, Philadelphia, PA 19103, and may be used by Dracut to support its claims or defenses:**

**A.**   Documents relating to the funeral directing services provided by Dracut, including funeral directing services contracts or agreements; invoices, bills, or other documents evidencing charges for funeral directing services; cremation certificates; death certificates; statements of death; correspondence; obituaries;

4

**Error! Unknown document property name.**

and tags, labels, or other forms of identification accompanying a decedent's remains following cremation.

**B.**   Licenses, permits, and other documents under which Dracut conducts business.

**C.**   Licenses, permits, and other documents under which persons act as funeral directors on Dracut's behalf.

**D.**   Documents relating to payments made by Dracut to Bayview Crematory.

**E.**   Documents relating to transportation of decedents' bodies and/or remains to and from Bayview Crematory.

**F.**   Documents relating to procedures, practices, or protocol followed by Dracut in rendering funeral directing services.

**G.**   Documents relating to the preservation and confirmation of the identity of the remains of decedents cremated at Bayview Crematory.

**III.   A computation of any category of damages claimed by Dracut, making available for inspection and copying the documents or other evidentiary material on which such computation is based, including materials bearing on the nature and extent of injuries suffered:**

The amount of damages sustained by Dracut cannot be computed at this time.  Only after discovery in this case and analysis by an expert will Dracut be able to determine the amount of damages suffered by Dracut.

**IV.   Any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in this action or to indemnify or reimburse for payments made to satisfy the judgment:**

**Error! Unknown document property name.**

Dracut has submitted a claim for coverage in connection with this action to Harleysville Insurance under Policy No. BO-813579, which policy was issued by Worcester Insurance Company (now known as Harleysville Insurance), effective September 24, 1991 to the present. This policy contains policy limits of $1 million.

Respectfully Submitted,

**DEFENDANT,**
**DRACUT FUNERAL HOME, INC.**
By its attorneys,

Dated: November 16, 2006          /s/ Michael E. Okolita
                                  MICHAEL E. OKOLITA
                                  Donald E. Feener & Associates
                                  120 Front Street, Suite 310
                                  Worcester, MA 01608-1424

                                  and

                                  GRANT S. PALMER
                                  JOHN J. DiCHELLO
                                  Blank Rome LLP
                                  One Logan Square
                                  Philadelphia, PA 19103
                                  (215) 569-5500

                                  *Attorneys for Defendant, Dracut Funeral Home, Inc.*

6

## CERTIFICATE OF SERVICE

I, Michael E. Okolita, certify that a true and correct copy of the above and foregoing Initial Disclosures of Dracut Funeral Home, Inc. pursuant to Fed. R. Civ. P. 26(a) and Local Rule 26.2(A) was served upon the parties or their counsel of record as appearing on the attached Service List on this 16th day of November, 2006.

/s/ Michael E. Okolita
MICHAEL E. OKOLITA

**Error! Unknown document property name.**

<u>**SERVICE LIST**</u>

*Hunt v. Bayview Crematory, LLC, et al.*
**C.A. NO.  05-11140 (RCL)**
**and**
*Andersen, et al. v. Bayview Crematory, LLC, et al.*
**C.A. NO.  05-11904 (RCL)**


Theodore M. Hess-Mahan, Esq.
Shapiro, Haber & Urmy LLP
53 State Street
Boston, MA 02108
*Counsel for Plaintiffs*

Robert M. Rothman, Esq.
Evan J. Kaufman, Esq.
Lerach Coughlin Stoia Geller Rudman & Robbins
200 Broadhollow Road, Suite 406
Melville, NY  11747
*Counsel for Plaintiffs*

Dona Feeney, Esq.
Andrew Schulman, Esq.
Getman, Stacey, Tamposi, Schulthess & Steere
163 South River Road
Bedford, NH 03110
*Counsel for Bayview Crematory, LLC*

William P. Smith, Esq.
Haverty & Feeney
54 Samoset Street, Route 44
Plymouth, MA 02360-4546
Tel:  (508) 746-6100
Fax:  (508) 746-7067
*Counsel for Bayview Crematory, LLC*

**Error! Unknown document property name.**

Richard E. Cavanaugh, Esq.
Sheryl M. Bourbeau, Esq.
Gallagher & Cavanaugh, LLP
Boott Cotton Mills
100 Foot of John Street
Lowell, MA  01852
*Counsel for Derek A. Wallace, Hart-Wallace Funeral Home,*
*and Simplicity Burial & Cremation, Inc.*

William F. Ahern, Jr., Esq.
Mandi Jo Hanneke, Esq.
Clark, Hunt, & Embry
55 Cambridge Parkway
Cambridge, MA 02142
*Counsel for Linda Stokes*

Joseph M. Desmond, Esq.
Morrison, Mahoney, & Miller LLP
250 Summer Street
Boston, MA 02210
*Counsel for Cremation Society, Inc.*

Bradley A. MacDonald, Esq.
Nicole H. Pierce, Esq.
Cummings, King & MacDonald
One Gateway Center
Suite 351
Newton, MA 02458
*Counsel for Farrah Funeral Home*

Brian K. Walsh, Esq.
Law Offices of Roberta Fitzpatrick
101 Arch Street, Suite 1761
Boston, MA 02110
Tel:  (617) 769-3500
*Counsel for Hamel Wickens & Troupe Funeral Home, Inc.*

Roger A. Emanuelson, Esq.
Lecomte, Emanuelson and Doyle
Battery March Park II
One Pine Hill Drive, Suite 101
Quincy, MA 02169
*Counsel for Hart-Wallace Funeral Home and*

**Error! Unknown document property name.**

*Simplicity Burial & Cremation, Inc.*

George E. Clancy, Esq.
Fuller, Rosenberg, Palmer & Beliveau
340 Main Street
Suite 817
Worcester, MA 01608
*Counsel for Keefe Funeral Home, Inc.*

Robert A. Curley, Jr., Esq.
Kim M. Roussos, Esq.
Curley & Curley P.C.
27 School Street
Boston, MA 02108
*Counsel for William F. Spencer Funeral Services*

Dennis E. McKenna, Esq.
Riemer & Braunstein, LLP
Three Center Plaza
Boston, MA 02108-2003
*Counsel for Commonwealth Cremation & Shipping Service, Inc.*

Stuart M. Holber, Esq.
Law Offices of Stuart M. Holber
The Wingate Building
21 Wingate Street
Suite 101
Haverhill, MA 01832
*Counsel for Stephen Scatamacchia*

Maureen L. Reilly, Esq.
33 Kingston Street
Boston, MA 02111
*Counsel for Neptune Society, Inc.*

**Error! Unknown document property name.**