UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LORRAINE HUNT v. BAYVIEW CREMATORY, LLC, et al. | C.A. NO. 05-11140 (RCL) |
| and | |
| ALAN C. ANDERSEN, et al. v. BAYVIEW CREMATORY, LLC, et al. | C.A. NO. 05-11904 (RCL) |

**INITIAL DISCLOSURES OF DEFENDANT SCATAMACCHIA FUNERAL HOME PURSUANT TO FED. R. CIV. P. 26(a) and LOCAL RULE 26.2(A)**

Defendant Scatamacchia Funeral Home ("Scatamacchia"), by its undersigned counsel, hereby submits its Initial Disclosures pursuant to Fed. R. Civ. P. 26(a) and Local Rule 26.2(A).[1]

In making these disclosures, Scatamacchia does not intend to disclose or produce any information protected by the attorney-client privilege, the work product doctrine, or any other applicable privileges or protection. Moreover, Scatamacchia expressly reserves its right to object to the admissibility of any information provided herein at the time of trial. In addition, Scatamacchia does not concede the relevance of any information contained herein. Furthermore, Scatamacchia reserves the right to rely upon the individuals identified in these initial disclosures for subjects other than those identified herein.

Scatamacchia's investigation and discovery are ongoing, and Scatamacchia specifically reserves its right to supplement and/or amend these initial disclosures as appropriate.

---

[1] Because Scatamacchia is not named as a party in the *Andersen* matter, these Initial Disclosures relate solely to the *Hunt* matter.

**Error! Unknown document property name.**

I.  The name, address, and telephone number of each individual likely to have discoverable information that Scatamacchia may use to support its claims or defenses, and the subjects of the information:

   A.   **Robert Scatamacchia**

   <u>Address</u>: Scatamacchia Funeral Home, 358 Washington Avenue, Haverhill, MA 01832
   <u>Telephone</u>: (978) 373-3252

Mr. Scatamacchia is likely to have discoverable information regarding the nature of the funeral directing services provided by Scatamacchia; the conduct of Bayview Crematory in performing cremations of decedents that received funeral directing services from Scatamacchia; the remains received by persons who received funeral directing services from Scatamacchia and cremation at Bayview Crematory; any alleged injuries or damages sustained by persons who received funeral directing services from Scatamacchia and cremation at Bayview Crematory; and the due care and reasonable diligence exercised by Scatamacchia in rendering funeral directing services.

   B.   **Derek A. Wallace**

   <u>Address</u>: Bayview Crematory, LLC, 204 New Zealand Rd., Seabrook, NH 01843
   <u>Telephone</u>: (888) 889-4762

Mr. Wallace is likely to have discoverable information regarding the nature of the cremation of decedents at Bayview Crematory; the conduct of Bayview Crematory in performing cremations of decedents who received funeral directing services at Scatamacchia; the remains received by persons who received funeral directing services from Scatamacchia and cremation at Bayview Crematory; any alleged injuries or damages sustained by persons who received funeral directing services from Scatamacchia and cremation at Bayview

**Error! Unknown document property name.**

Crematory; and the due care and reasonable diligence exercised by Scatamacchia in rendering funeral directing services.

    **C.**    **Helen Chase**

    Address: Linwood Cemetery – Crematory, 41 John Ward Avenue, Haverhill, MA 01830
    Telephone: (978) 374-4191

Ms. Chase is likely to have discoverable information regarding the cost of cremation at Linwood Cemetery - Crematory vis-à-vis Bayview Crematory.

**II.**    **The following documents, data compilations, and tangible things, described by category, are in Scatamacchia's possession, custody, and control and located at the offices of Blank Rome LLP, One Logan Square, Philadelphia, PA 19103, and may be used by Scatamacchia to support its claims or defenses:**

    **A.**    Documents relating to the funeral directing services provided by Scatamacchia, including funeral directing services contracts or agreements; invoices, bills, or other documents evidencing charges for funeral directing services; cremation certificates; death certificates; statements of death; correspondence; obituaries; and tags, labels, or other forms of identification accompanying a decedent's remains following cremation.

    **B.**    Licenses, permits, and other documents under which Scatamacchia conducts business.

    **C.**    Licenses, permits, and other documents under which persons act as funeral directors on Scatamacchia's behalf.

    **D.**    Documents relating to payments made by Scatamacchia to Bayview Crematory.

**Error! Unknown document property name.**

  **E.** Documents relating to transportation of decedents' bodies and/or remains to and from Bayview Crematory.

  **F.** Documents relating to procedures, practices, or protocol followed by Scatamacchia in rendering funeral directing services.

  **G.** Documents relating to the preservation and confirmation of the identity of the remains of decedents cremated at Bayview Crematory.

**III.** **A computation of any category of damages claimed by Scatamacchia, making available for inspection and copying the documents or other evidentiary material on which such computation is based, including materials bearing on the nature and extent of injuries suffered:**

The amount of damages sustained by Scatamacchia cannot be computed at this time. Only after discovery in this case and analysis by an expert will Scatamacchia be able to determine the amount of damages suffered by Scatamacchia.

**Error! Unknown document property name.**

**IV.** **Any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in this action or to indemnify or reimburse for payments made to satisfy the judgment:**

Scatamacchia has submitted a claim for coverage in connection with this action to Harleysville Insurance under Policy No. BO-2E1165, which policy was issued by Worcester Insurance Company (now known as Harleysville Insurance), effective April 5, 1999 and expiring April 5, 2000. This policy contains policy limits of $1 million.

Respectfully Submitted,

**DEFENDANT,
SCATAMACCHIA FUNERAL HOME**
By its attorneys,

Dated: November 16, 2006          /s/ Michael E. Okolita
MICHAEL E. OKOLITA
Donald E. Feener & Associates
120 Front Street, Suite 310
Worcester, MA 01608-1424

and

GRANT S. PALMER
JOHN J. DiCHELLO
Blank Rome LLP
One Logan Square
Philadelphia, PA 19103
(215) 569-5500

*Attorneys for Defendant, Scatamacchia Funeral Home*

**Error! Unknown document property name.**

## CERTIFICATE OF SERVICE

I, Michael E. Okolita, certify that a true and correct copy of the above and foregoing Initial Disclosures of Scatamacchia Funeral Home pursuant to Fed. R. Civ. P. 26(a) and Local Rule 26.2(A) was served upon the parties or their counsel of record as appearing on the attached Service List on this 16th day of November, 2006.

/s/Michael E. Okolita
MICHAEL E. OKOLITA

**Error! Unknown document property name.**

## SERVICE LIST

*Hunt v. Bayview Crematory, LLC, et al.*
C.A. NO. 05-11140 (RCL)
and
*Andersen, et al. v. Bayview Crematory, LLC, et al.*
C.A. NO. 05-11904 (RCL)

Theodore M. Hess-Mahan, Esq.
Shapiro, Haber & Urmy LLP
53 State Street
Boston, MA 02108
*Counsel for Plaintiffs*

Robert M. Rothman, Esq.
Evan J. Kaufman, Esq.
Lerach Coughlin Stoia Geller Rudman & Robbins
200 Broadhollow Road, Suite 406
Melville, NY 11747
*Counsel for Plaintiffs*

Dona Feeney, Esq.
Andrew Schulman, Esq.
Getman, Stacey, Tamposi, Schulthess & Steere
163 South River Road
Bedford, NH 03110
*Counsel for Bayview Crematory, LLC*

William P. Smith, Esq.
Haverty & Feeney
54 Samoset Street, Route 44
Plymouth, MA 02360-4546
Tel: (508) 746-6100
Fax: (508) 746-7067
*Counsel for Bayview Crematory, LLC*

**Error! Unknown document property name.**

Richard E. Cavanaugh, Esq.
Sheryl M. Bourbeau, Esq.
Gallagher & Cavanaugh, LLP
Boott Cotton Mills
100 Foot of John Street
Lowell, MA 01852
*Counsel for Derek A. Wallace, Hart-Wallace Funeral Home,*
*and Simplicity Burial & Cremation, Inc.*

William F. Ahern, Jr., Esq.
Mandi Jo Hanneke, Esq.
Clark, Hunt, & Embry
55 Cambridge Parkway
Cambridge, MA 02142
*Counsel for Linda Stokes*

Joseph M. Desmond, Esq.
Morrison, Mahoney, & Miller LLP
250 Summer Street
Boston, MA 02210
*Counsel for Cremation Society, Inc.*

Bradley A. MacDonald, Esq.
Nicole H. Pierce, Esq.
Cummings, King & MacDonald
One Gateway Center
Suite 351
Newton, MA 02458
*Counsel for Farrah Funeral Home*

Brian K. Walsh, Esq.
Law Offices of Roberta Fitzpatrick
101 Arch Street, Suite 1761
Boston, MA 02110
Tel: (617) 769-3500
*Counsel for Hamel Wickens & Troupe Funeral Home, Inc.*

Roger A. Emanuelson, Esq.
Lecomte, Emanuelson and Doyle
Battery March Park II
One Pine Hill Drive, Suite 101
Quincy, MA 02169
*Counsel for Hart-Wallace Funeral Home and*
*Simplicity Burial & Cremation, Inc.*

**Error! Unknown document property name.**

George E. Clancy, Esq.
Fuller, Rosenberg, Palmer & Beliveau
340 Main Street
Suite 817
Worcester, MA 01608
*Counsel for Keefe Funeral Home, Inc.*

Robert A. Curley, Jr., Esq.
Kim M. Roussos, Esq.
Curley & Curley P.C.
27 School Street
Boston, MA 02108
*Counsel for William F. Spencer Funeral Services*

Dennis E. McKenna, Esq.
Riemer & Braunstein, LLP
Three Center Plaza
Boston, MA 02108-2003
*Counsel for Commonwealth Cremation & Shipping Service, Inc.*

Stuart M. Holber, Esq.
Law Offices of Stuart M. Holber
The Wingate Building
21 Wingate Street
Suite 101
Haverhill, MA 01832
*Counsel for Stephen Scatamacchia*

Maureen L. Reilly, Esq.
33 Kingston Street
Boston, MA 02111
*Counsel for Neptune Society, Inc.*

**Error! Unknown document property name.**