UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                                                    )
ALAN C. ANDERSEN, ET AL. V.                )
BAYVIEW CREMATORY, LLC ET AL,       )       NO. 05-11904-RCL
        Plaintiff                                                )
                                                                    )
and                                                                )
                                                                    )
LORRAINE HUNT V. BAYVIEW             )
CREMATORY, LLC, ET AL.                     )       NO. 05-11140-RCL
        Defendants                                          )
_____)

**INITIAL DISCLOSURE OF THE DEFENDANT, BAYVIEW CREMATORY, LLC, PURSUANT TO RULE 26(a) OF THE FEDERAL RULES OF CIVIL PROCEDURE**

The defendant, Bayview Crematory, LLC, hereby makes its initial disclosure in

accordance with Rule 26(a) of the Federal Rules of Civil Procedure as to the <u>Hunt</u> et al matter:

**A.    Individuals Likely to Have Discoverable Information Relative to Defenses:**

1. Linda Stokes, Trustee of the Dekes Realty Trust of 107 South Broadway, Lawrence, Massachusetts and Manager of Bayview Crematory, LLC, 18 Seabrook Road, Salisbury, MA 01952, (978) 465-3550; formation and administration of Dekes Realty Trust, and bookkeeping and clerical functions for Bayview Crematory;

2. Lawrence Stokes, Member of Bayview Crematory, LLC, 18 Seabrook Road, Salisbury, MA 01952, (978) 465-3550; operations of Bayview Crematory;

3. Derek A. Wallace, 20 Forest Road, Salisbury, MA ; construction of and operations at Bayview Crematory, operations of Hart-Wallace Funeral Home, Simplicity Funeral Home, and Professional Mortuary Association, formation and administration of Dekes Realty Trust;

4. Bonnie Fowler, Town Clerk, 99 Lafayette Road, Seabrook, NH, (603) 474-3152; licensing, permitting construction and occupancy of Bayview Crematory;

5. Kristen Leary, Hart-Wallace Funeral Home, 107 South Broadway, Lawrence, MA; operation of Hart-Wallace Funeral Home;

6. Dennis Marks, Massachusetts State Police; search warrant application;

1

7. Sergeant Richard Mitchell, Troop A, 315 Calef Highway, Route 125, Epping, NH, (603) 679-3333; application for and execution of search warrant at Bayview Crematory;

8. Thomas Neff, State Police Computer Technician, Department of Safety, 33 Hazen Drive, Concord, NH 03305; search warrant application and execution;

9. Cheryl Perkins, Office of the Assessor, Town Hall, 99 Lafayette Road, Seabrook, NH; licensing, permitting, occupancy and invoicing of Dekes Realty Trust and Bayview Crematory;

10. James Reams, Esq., Rockingham County Attorney, 10 Route 125, Brentwood, NH 03833; criminal investigation, application for and execution of search warrant at Bayview Crematory;

11. Detective Jill C. Rockey, New Hampshire State Police, Troop A, 315 Calef Highway Road, Route 125, Epping, NH (603) 679-3333; application for and execution of search warrant at Bayview Crematory;

12. Trooper Deborah Winter, New Hampshire State Police, Troop A, 315 Calef Highway, Route 125, Epping, NH, (603) 679-3333; application and execution of search warrant for Bayview property;

13. Bryan Hall; operations at Bayview Crematory;

14. Peter Myhall, 5 Congress Street, Newburyport, MA; operations at Bayview Crematory, construction of Bayview Crematory;

15. Mary Keohan Ganz, 779 Lafayette Rd., Seabrook, NH 03874 (603) 474-2737; registered agent for Bayview Crematory;

16. Robert Brown, Town of Seabrook, 99 Lafayette Road, Seabrook, NH, (603) 474-3152; approval of crematory construction;

17. Susan Foote, Seabrook Planning Board, Town of Seabrook, 99 Lafayette Road, Seabrook, NH, (603) 474-3152; approval of crematory construction;

18. Paul Garand, Town of Seabrook, 99 Lafayette Road, Seabrook, NH, (603) 474-3152; approval of crematory construction;

19. Philip Stockbridge, Town of Seabrook, 99 Lafayette Road, Seabrook, NH, (603) 474-3152; approval of crematory construction;

20. William Cox, Town of Seabrook, 99 Lafayette Road, Seabrook, NH, (603) 474-3152; approval of crematory construction;

21. Keith Fowler, Town of Seabrook, 99 Lafayette Road, Seabrook, NH, (603) 474-3152; approval of crematory construction;;

22. Asa Knowles, Jr., Board of Selectmen, Town of Seabrook, 99 Lafayette Road, Seabrook, NH,   (603) 474-3152; licensing of Bayview Crematory;

23. Karen Knight, Town of Seabrook; 99 Lafayette Road, Seabrook, NH, (603) 474-3152; permitting of Bayview Crematory;

24. Oliver Carter, Town of Seabrook; 99 Lafayette Road, Seabrook, NH, (603) 474-3152; permitting of Bayview Crematory;

25. Robert Moore, Town of Seabrook; 99 Lafayette Road, Seabrook, NH, (603) 474-3152; permitting of Bayview Crematory;

26. Tom Morgan, Town Planner, Town of Seabrook; 99 Lafayette Road, Seabrook, NH, (603) 474-3152; proposal for construction of Bayview Crematory;

27. Joseph E. Dauphin, 87 Coolidge Street, Lawrence, MA; transport of decedents to Bayview Crematory for cremation;

28. Roger Hamel, Hamel, Wickens and Troupe Funeral Home, Cremation Society of Massachusetts, 26 Adams Street, Quincy, MA; business transactions with Bayview Crematory;

29. Scott Hamel, Hamel, Wickens and Troupe Funeral Home, Cremation Society of Massachusetts, 26 Adams Street, Quincy, MA; business transactions with Bayview Crematory;

30. Mark Gacek, Dracut Funeral Home, 2159 Lakeview Ave., Dracut, MA; business transactions with Bayview Crematory;

32. Robert Scattamachia, Scattamachia Funeral Home, 358 Washington Ave., Haverhill, MA; business transactions with Bayview Crematory;

33. Steve Scattamachia, Scattamachia Funeral Home, 358 Washington Ave., Haverhill, MA; business transactions with Bayview Crematory;

34. Charles Keefe, Keefe Funeral Home, 2175 Massachusetts Avenue, Cambridge, MA 01240, 617-547-5544; business transactions with Bayview Crematory;

35. Chad Keefe, Keefe Funeral Home, 2175 Massachusetts Avenue, Cambridge, MA 01240, 617-547-5544; business transactions with Bayview Crematory;

36. Norman E. Jutras, Jr., E.V. Jutras & Sons Funeral Home, 118 Friend Street, Amesbury, MA, (978) 388-0430, business transactions with Bayview Crematory;

37. William Spencer, Jr., William F. Spencer Funeral Services, 575 E. Broadway, South Boston, MA, 02127; business transactions with Bayview Crematory;

38. Arthur Hasiotis, Commonwealth Cremation Service, Commonwealth Funeral Service, 1654 Washington Street, Boston, MA 02118; business transactions with Bayview Crematory;

39. Louis J. Farrah, Esq., Farrah Funeral Home, 170 Lawrence Street, Lawrence, MA 01841, business transactions with Bayview Crematory;

40. Representative of B&L Cremations (to be designated by the organization for deposition pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure.

41. Daniel J. Healey, NH State Board of Funeral Directors; licensing requirements of crematories and knowledge of Bayview Crematory;

42. Robert DiLuzio, Chairman, NH State Board of Funeral Directors; knowledge of crematory requirements and Bayview Crematory project.

B. **Description of Documents and Tangibles by Category and Location**

The following documents and tangible items described by category are in the possession, custody or control of the defendant and may be used to support its defenses:

1. Documents related to the formation and administration of the entity Bayview Crematory, LLC.

2. Documents concerning the sale and ownership of the land in Seabrook, New Hampshire upon which the Bayview Crematory was built.

3. Documents related to the construction of the Bayview Crematory, including Town of Seabrook permits and licenses.

4. Documents related to the formation and administration of Dekes Realty Trust.

5. Documents created by B&L (crematory equipment manufacturer) re: use of retorts of the type installed at Bayview Crematory;

4

6. Operational equipment at Bayview Crematory;

7. Exemplar peripherals associated with individual cremations, including identifying tags, cremation certificates, and containers.

8. Cremation records of the individual named plaintiffs' decedents in our possession.

9. Upon information and belief, there may be documents formerly in the possession, custody or control of the defendant relevant to its defenses that are currently in the possession of the New Hampshire State Police, and/or the Rockingham County Attorney's Office, and/or the Office of the New Hampshire Attorney General. These documents were seized by the aforementioned authorities as part of a criminal investigation. The defendant has made efforts to recover these documents, including making a request by letter to the Rockingham County Attorney in March 2006 and by filing a motion on October 12, 2006 ( Bayview Crematory, LLC's Motion for a Court Order Requiring the Rockingham County Attorney to Provide Bayview Crematory, LLC with . . .Documents Seized. .) in a civil case concerning the same subject matter pending in the Rockingham County Superior Court. By way of response to the letter the Rockingham County Attorney indicated he objected to providing the documents; there has been no ruling on the motion to date. Upon information and belief, the above authorities are in possession of records dated from January of 2003 through February of 2005.

10. Criminal defense counsel for defendants Bayview Crematory, LLC and Linda and Larry Stokes have documents that have been produced by the State of New Hampshire in the pending criminal cases. Said documents may contain information which may be used to support defendant Bayview Crematory, LLC in the instant case. The defendant has made efforts to view those documents and has been informed

5

that criminal defense counsel are in the process of reviewing those documents and will make efforts to determine which, if any, of the documents may be made available to the defendant.

**C.     Computation of Damages**

N/A

**D.     Insurance Agreements**

Bayview Crematory, LLC's insurance agreements with Travelers Insurance Company will be made available for inspection (and/or copying) at a mutually convenient time.

                                      Respectfully submitted,
                                      BAYVIEW CREMATORY, LLC.
                                      By its Attorneys,

Date:   November 20, 2006                      _____/s/ Dona Feeney_____
                                                      Dona Feeney, Esquire
                                                        BBO# 600749
                                                        GETMAN, STACEY,
                                                        SCHULTHESS & STEERE, P.A.
                                                        Three Executive Park Drive – Suite 9
                                                        Bedford, NH 03110
                                                        (603) 634-4300

                                                        William Smith, Esquire
                                                        Haverty & Feeney
                                                        54 Samoset Street
                                                        Plymouth, MA  02360
                                                        508-746-6100
                                                        508-746-7067

**CERTIFICATE OF SERVICE**

     I hereby certify that a copy of the foregoing has this day been served via the ECF system to the following counsel of record:

Theodore M. Hess-Mahan, Esquire
Thomas G. Shapiro, Esquire
Shapiro, Haber & Urmy LLP
53 State Street
Boston, MA  02109

Evan J. Kaufman, Esquire
Lerach Coughlin Stoia Geller Rudman & Robbins, LLP
58 South Service Road, Suite 200
Melville, NY  11747

Michael E. Okolita, Esquire
Donald E. Feener & Associates
120 Front Street – Suite 310
Worcester, MA  01608

John J. DiChello, Esquire
Grant S. Palmer, Esquire
Blank & Rome, LLP
One Logan Square
18th & Cherry Streets
Philadelphia, PA  19103

Richard Cavanaugh, Esquire
Gallagher & Cavanaugh
1 Boot of John Street
Lowell, MA  01852

William Ahern, Esquire
MandiJo Hanneke, Esquire
Clark, Hunt & Embry
55 Cambridge Parkway
Cambridge, MA  02142

William Smith, Esquire
Haverty & Feeney
54 Samoset Street
Plymouth, MA  02360

Joseph M. Desmond, Esq.
Morrison Mahoney & Miller, LLP
250 Summer Street
Boston, MA  02210-1181

Dennis E. McKenna, Esquire
Riemer & Braustein, LLP
3 Center Plaza
Boston, MA  02108

|  |  |
|---|---|
|  | __/s/ Dona Feeney_____ |
| November 20, 2006 | Dona Feeney, Esq. |

F:\DFeeney\6364\05726\Hunt\DISCOVERY\Initial Disclosure 11.20.06 Hunt.doc

8