UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                )
LORRAINE HUNT V. BAYVIEW         )
CREMATORY, LLC, ET AL.           )   NO. 05-11140-RCL
                                 )
and                              )
                                 )
ALAN C. ANDERSEN ET AL. V.       )
BAYVIEW CREMATORY, LLC, ET AL.   )   NO. 05-11904-RCL
_____)

**INITIAL DISCLOSURE OF DEFENDANT, LINDA STOKES, PURSUANT TO RULE 26(a) OF THE FEDERAL RULES OF CIVIL PROCEDURE**

The defendant, Linda Stokes, hereby makes her initial disclosure in accordance with Rule 26(a) of the Federal Rules of Civil Procedure as to the consolidated matters.

A. Individuals Likely to have Discoverable Information Based Upon Information Now Reasonably Available :

1. Linda Stokes, Trustee of the Dekes Realty Trust of 107 South Broadway, Lawrence, Massachusetts and Manager of Bayview Crematory, LLC, 18 Seabrook Road, Salisbury, MA 01952; 978-465-3550; creation and management of Dekes Realty Trust, and bookkeeping and clerical functions for Bayview Crematory;

2. Lawrence Stokes, Member of Bayview Crematory, LLC, 18 Seabrook Road, Salisbury, MA 01952; 978-465-3550; operations of Bayview Crematory;

3. Derek A. Wallace; operations at Bayview Crematory, Hart-Wallace Funeral Home, and Simplicity Funeral Home, creation and management of Dekes Realty Trust;

4. Bonnie Fowler, Town Clerk, 99 Lafayette Road, Seabrook, NH; licensing, permitting construction and occupancy of Bayview Crematory;

5. Kristen Leary, Hart-Wallace Funeral Home, 107 South Broadway, Lawrence, MA; operation of Hart-Wallace Funeral Home;

6. Dennis Marks, Massachusetts State Police; search warrant application;

7. Sergeant Richard Mitchell, Troupe A, 315 Calef Highway,

        Route 125, Epping, NH; 603-679-3333; search warrant application and execution at Bayview Crematory;

8. Thomas Neff, State Police Computer Technician, Department of Safety, 33 Hazen Drive, Concord, NH 03305; search warrant application and execution at Bayview Crematory;

9. Cheryl Perkins, Office of the Assessor, Town Hall, 99 Lafayette Road, Seabrook, NH; 603-474-3152; licensing, permitting, occupancy and invoicing of Dekes Realty Trust and Bayview Crematory;

10. James Reams, Rockingham County Attorney, 10 Route 125, Brentwood, NH 03833; criminal investigation, application and execution of search warrant at Bayview Crematory;

11. Jill C. Rockey, New Hampshire State Police Detective, Troupe A, 315 Calef Highway Road, Route 125, Epping, NH; 603-679-3333; application and execution of search warrant at Bayview Crematory;

12. Trooper Deborah Winter, Troupe A, 315 Calef Highway, Route 125, Epping, NH; 603-679-3333; application and execution of search warrant at Bayview Crematory;

13. Bryan Hall; operations at Bayview Crematory;

14. Peter Myhal, 5 Congress Street, Newburyport, MA; operations at Bayview Crematory, construction of Bayview Crematory;

15. Mary Keohan Ganz, 779 Lafayette Rd., Seabrook, NH 03874; 603-474-2737; registered agent for Bayview Crematory;

16. Robert Brown, Town of Seabrook, 99 Lafayette Road, Seabrook, NH; 603-474-3152; approval of crematory construction;

17. Susan Foote, Town of Seabrook, 99 Lafayette Road, Seabrook, NH; 603-474-3152; approval of crematory construction;

18. Paul Garand, Town of Seabrook, 99 Lafayette Road, Seabrook, NH; 603-474-3152; approval of crematory construction;

19. Philip Stockbridge, Town of Seabrook, 99 Lafayette Road, Seabrook, NH; 603-474-3152; approval of crematory construction;

20. William Cox, Town of Seabrook, 99 Lafayette Road, Seabrook, NH; 603-474-3152; approval of crematory construction;

21. Keith Fowler, Town of Seabrook, 99 Lafayette Road, Seabrook, NH; 603-474-3152; approval of crematory construction;

22. Asa Knowles, Town of Seabrook, 99 Lafayette Road, Seabrook, NH; 603-474-3152; licensing of Bayview Crematory;

23. Karen Knight, Town of Seabrook, 99 Lafayette Road, Seabrook, NH; 603-474-3152; licensing of Bayview Crematory;

24. Oliver Carter, Town of Seabrook, 99 Lafayette Road, Seabrook, NH; 603-474-3152; licensing of Bayview Crematory;

25. Robert Moore, Town of Seabrook, 99 Lafayette Road, Seabrook, NH; 603-474-3152; licensing of Bayview Crematory;

26. Tom Morgan, Town Planner, Town of Seabrook, 99 Lafayette Road, Seabrook, NH; 603-474-3152; proposal for construction of Bayview Crematory;

27. Joseph Dauphin, 87 Coolidge Street, Lawrence, MA; transport of decedents to Bayview Crematory;

28. Scott Hamel, Hamel, Wickens & Troupe Funeral Home, 26 Adams Street, Quincy, MA; 617-472-5888; business transactions with Bayview Crematory;

29. Roger Hamel, Hamel, Wickens & Troupe Funeral Home, 26 Adams Street, Quincy, MA; 617-472-5888; business transactions with Bayview Crematory;

30. Mark Gacek, Dracut Funeral Home, 2159 Lakeview Avenue, Dracut, MA, 01826; 978-957-5032; business transactions with Bayview Crematory;

31. Robert Scatamacchia, Scatamacchia Funeral Home, 358 Washington Avenue, Haverhill, MA 01832; 978-373-3252; business transactions with Bayview Crematory;

32. Charles Keefe, Keefe Funeral Home, 2175 Massachusetts Avenue, Cambridge, MA 02140; 617-547-5544; business transactions with Bayview Crematory;

33. Chad Keefe; Keefe Funeral Home, 2175 Massachusetts Avenue, Cambridge, MA 02140; 617-547-5544; business transactions with Bayview Crematory;

34. William F. Spencer, Spencer Funeral Services, 575 E. Broadway, Boston, MA 02127; 617-268-0855; 617-547-5544; business transactions with Bayview Crematory;

35. Louis Farrah, Farrah Funeral Home, 133 Lawrence Street, Lawrence, MA 01841; business transactions with Bayview Crematory;

36. Arthur Hasiotis, Commonwealth Cremation Service, 1654 Washington Street, Roxbury, MA 02118; 617-262-0128; business transactions with Bayview Crematory; and

37. Norman E. Jutras, Jr., E.V. Jutras & Sons Funeral Home, 118 Friend Street, Amesbury, MA; 978-388-0430; business transactions with Bayview Crematory.

B. Copies or Description by Category and Location of Documents in the Possession, Custody or Control of Ms. Stokes That She May Use to Support Her Defenses

Based upon information now reasonably available, the following documents are in the possession, custody or control of the defendant, Linda Stokes, located at the offices of Clark, Hunt and Embry, 55 Cambridge Parkway, Cambridge, MA 02142, and may be used to support her claims or defenses:

1. Documents relating to the formation, sale, ownership and management of Bayview Crematory, LLC.

2. Documents relating to the formation and control of Dekes Realty Trust of 107 South Broadway, Lawrence, Massachusetts.

3. Licenses, permits, and other documents under which Bayview Crematory operated.

4. Licenses, permits, and other documents relating to the construction of Bayview Crematory.

5. Documents relating to the purchase and ownership of 204 New Zealand Road, Seabrook, New Hampshire.

Linda Stokes also refers the parties to, and incorporates by reference herein, the documents identified by Bayview Crematory in its Initial Disclosure. In addition, there may be documents formerly in the possession, custody or control of Ms. Stokes relevant to her defenses that are currently in the possession of the New Hampshire State Police, Rockingham County District Attorney's Office, New Hampshire Attorney General's Office and Massachusetts State Police. Further, Ms. Stokes' criminal

4

defense counsel is in possession of documents that have been produced by the State of New Hampshire in the pending criminal cases. Said documents may contain information relevant to her defenses. Criminal defense counsel is in the process of reviewing documents and will make efforts to determine which, if any, of the documents may be made available.

    C. Computation of Damages

This disclosure requirement is not applicable to the defendant, Linda Stokes.

    D. Liability Insurance

<u>Hunt v. Linda Stokes</u> only

Linda Stokes' insurance agreement with Travelers Insurance Company is available for inspection at the offices of Clark, Hunt and Embry a mutually convenient time. Please be advised that Travelers Insurance Company is defending Linda Stokes under a reservation of rights.

<u>Andersen v. Linda Stokes</u> only

Linda Stokes' insurance agreements with Travelers Insurance Company and Preferred Mutual Insurance Company are available for inspection at the offices of Clark, Hunt and Embry at a mutually convenient time. Please be advised that Linda Stokes is being defended under reservations of rights.

The defendant reserves the right to supplement and/or amend these disclosures as appropriate, as the litigation proceeds.

        Respectfully submitted,
on behalf of defendant,
Linda Stokes, by her Attorneys,

**CLARK, HUNT & EMBRY**

/s/ Mandi Jo Hanneke
_____
William F. Ahern, Jr. (013365)
Mandi Jo Hanneke (657349)
55 Cambridge Parkway
Cambridge, MA 02142
(617) 494-1920

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 20th day of November, 2006, a true and correct copy of this Initial Disclosure by defendants Linda Stokes, was served on all counsel of record in this matter.


                    /s/ Mandi Jo Hanneke
                    Mandi Jo Hanneke