UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LORRAINE HUNT v. BAYVIEW CREMATORY, LLC, ET AL., and ALAN ANDERSEN, ET AL. v. BAYVIEW CREMATORY, LLC, ET AL., Defendants | No. 05-11140 (RCL) No. 05-11904 (RCL) |

## DEFENDANT'S, COMMONWEALTH CREMATION AND SHIPPING SERVICE, INC., AUTOMATIC DISCLOSURE

The Defendant, Commonwealth Cremation and Shipping Service, Inc. ("Commonwealth Cremation"), hereby makes the following automatic disclosures pursuant to Fed. R. Civ. P. Rule 26(a)(1):

A.    Names and Addresses of Individuals Known to the Defendant Likely to Have Discoverable Information that the Disclosing Party May Use to Support its Defenses.

1.    Arthur Hasiotis, 1654 Washington Street, Boston, Massachusetts.

Mr. Hasiotis has information regarding the contract arrangements for the cremation of Tyra I. Andersen, and Claire A. Ignoto, and the actions taken by Commonwealth Cremation pursuant to the contract with respect to the cremation of each decedent.

2.    Alan C. Andersen, 25 Queensberry Street, Boston, Massachusetts.

Mr. Andersen has information with regard to the death of Tyra I. Andersen, the contractual arrangements with Commonwealth Cremation with regard to the cremation of Tyra I. Andersen, and his authorization that the cremation of Tyra I. Andersen be performed by Bayview Crematory.

3.      Marie Ignoto, 40 Puritan Road, Watertown, Massachusetts.

Ms. Ignoto has information with regard to the death of Claire A. Ignoto, the contractual

arrangements with Commonwealth Cremation with regard to the cremation of Claire A. Ignoto,

and her authorization that the cremation of Claire A. Ignoto be performed by Bayview

Crematory.

4.      Bayview Crematory, 204 New Zealand Road, Seabrook, New Hampshire.

One or more employees or agents of Bayview Crematory likely has discoverable

information with regard to the cremation of Tyra I. Andersen and Claire A. Ignoto.

B.      <u>Copies of All Documents in Possession of Commonwealth Cremation That It May Use to Support its Defense</u>.

Please refer to documents produced herewith.

C.      <u>Computation of Damages</u>.

Commonwealth Cremation is not claiming any damages, other than recovery of

contribution/indemnification from Bayview.

D.      <u>Insurance Documents</u>.

Commonwealth Cremation has no such policy of insurance.

COMMONWEALTH CREMATION AND
SHIPPING SERVICE, INC.

By its Attorneys,
RIEMER & BRAUNSTEIN LLP


Dated: November 20, 2006

_____/s/ Dennis E. McKenna_____
Dennis E. McKenna, BBO # 556428
Riemer & Braunstein LLP
Three Center Plaza
Boston, Massachusetts 02108
(617) 523-9000

<u>CERTIFICATE OF SERVICE</u>

I, Dennis E. McKenna, hereby certifies that on this 20th day of November, 2006, I caused a true and accurate copy of the foregoing document to be served by first class mail, postage prepaid, upon the following:

Theodore M. Hess-Mahan, Esquire
Thomas G. Shapiro, Esquire
Shapiro Haber & Urmy, LLP
53 State Street
Boston, Massachusetts  02109
(Plaintiffs' Counsel)

Samuel H. Rudman, Esquire
Robert M. Rothman, Esquire
Evan J. Kaufman, Esquire
Mark S. Reich, Esquire
Lerach Coughlin Stoia Geller Rudman
    & Robbins LLP
200 Broadhollow Road, Suite 406
Melville, New York  11747
(Plaintiffs' Counsel)

Donna Feeney, Esquire
Getman, Stacey, Tamposi, Schulthess & Steere
Three Executive Park Drive, Suite 9
Bedford, New Hampshire  03110
(Counsel for Bayview)

William P. Smith, Esquire
Haverty & Feeney
54 Samoset Street
Plymouth, Massachusetts  02360-4546
(Counsel for Bayview)

Joseph M. Desmond, Esquire
Morrison, Mahoney & Miller LLP
250 Summer Street
Boston, Massachusetts  02210
(Counsel for Cremation Society of Massachusetts)

Maureen L. Reilly, Esquire
33 Kingston Street, 4th Floor
Boston, Massachusetts  02111
(Counsel for Neptune Society Inc.)

William F. Ahern, Esquire
Mandi Jo Hanneke, Esquire
Clark, Hunt & Embry
55 Cambridge Parkway
Cambridge, Massachusetts  02142
(Counsel for Linda and Larry Stokes)

Michael E. Okolita, Esquire
Donald E. Fenner & Associates
120 Front Street, Suite 310
Worcester, Massachusetts  01608-1424
(Counsel for Dracut Funeral Home)
(Counsel for Scatamacchia Funeral Home)

Grant S. Palmer, Esquire
John J. Dichello
Blank Rome LLP
1 Logan Square
Philadelphia, Pennsylvania  19103
(Counsel for Dracut Funeral Home)
(Counsel for Scatamacchia Funeral Home)

Richard Cavanaugh, Esquire
Michael W. Gallagher, Esquire
Gallagher & Cavanaugh
Boott Cotton Mills
100 Foot of John Street
Lowell, Massachusetts  01852
(Counsel for Derek A. Wallace)
(Counsel for Hart-Wallace Funeral Home)
(Counsel for Simplicity Burial &
    Cremation (Oceanside Family Funeral
        Home)

Law Offices of Stuart M. Holber, Esquire
The Wingate Building
21 Wingate Street, Suite 101
Haverhill, Massachusetts  01832
(Counsel for Stephen Scatamacchia)
(Counsel for American Cremation Society,

- 3 -

Brian K. Walsh, Esquire
Robert R. Fitzpatrick
Law Offices of Roberta Fitzpatrick
101 Arch Street, Suite 1761
Boston, Massachusetts  02110
(Counsel for Hamel & Wickens)

Bradley A. MacDonald
Cummings, King & MacDonald
One Gateway Center, Suite 351
Newton, Massachusetts  02458
(Counsel for Farrah Funeral Home)

Inc.)

George E. Clancy, Esquire
Fuller, Rosenberg, Palmer & Beliveau
340 Main Street, Suite 817
Worcester, Massachusetts  01608
(Counsel for Keefe Funeral Home)

Robert A. Curley, Esquire
Kim M. Roussosi, Esquire
Curley & Curley, P.C.
27 School Street
Boston, Massachusetts  02108
(Counsel for William F. Spencer Funeral
    Service)

   /s/ Dennis E. McKenna
Dennis E. McKenna

982497.1

- 4 -