## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| LORRAINE HUNT v.<br>BAYVIEW CREMATORY, LLC, et al<br><br>and<br><br>ALAN C. ANDERSEN, et al, v.<br>BAYVIEW CREMATORY, LLC, et al. | ) ) ) ) ) ) ) ) ) | Civil Action No. 05-cv-11140-RCL<br><br><br>Civil Action No. 05-cv-11904-RCL |

## AUTOMATIC REQUIRED DISCLOSURE
## PURSUANT TO FED. R. CIV. P. RULE 26(a)(1) AND LOCAL RULE 26.2(A)
## OF THE DEFENDANT, HART-WALLACE FUNERAL HOME

Pursuant to Fed. R. Civ. P. Rule 26(a)(1) and Local Rule 26.2(A), the defendant, Hart-Wallace Funeral Home ("Hart-Wallace"), provides the following information to the parties in this action.

In making these disclosures, Hart-Wallace does not intend to disclose or produce any information protected by attorney-client privilege, the work product doctrine, or any other privileges or protection. Moreover, Hart-Wallace expressly reserves its right to object to the admissibility of any information provided herein at the time of trial. In addition, Hart-Wallace does not concede that any of the documents or any evidence referenced herein are relevant or discoverable in this case. Hart-Wallace reserves the right to rely upon the individuals identified in these initial disclosures for subjects other than those identified herein. This response and nothing contained herein shall be deemed a waiver of Hart-Wallace's and/or its former owner and operator, Derek A. Wallace's, rights under the Fifth Amendment to the United States Constitution and/or Article XII of the Constitution of the Commonwealth of Massachusetts.

GALLAGHER &
CAVANAUGH LLP
COUNSELLORS AT LAW

BOOTT COTTON MILLS
100 FOOT OF JOHN ST.
LOWELL, MA 01852
978.452.0522
FAX 978.452.0482

Hart-Wallace's investigation and discovery are ongoing, and Hart-Wallace specifically reserves its right to seasonably supplement and/or amend these disclosures.

## A. Individuals Likely to Have Discoverable Information Relative to Defenses

Discovery has scarcely begun and Hart-Wallace has not yet determined all the identities, addresses and telephone numbers of individuals likely to have discoverable information that it may use to support its claims or defenses, unless solely for impeachment. Nevertheless, Hart-Wallace identifies the following individuals in addition to those identified by other parties to this action:

a.   Derek A. Wallace, 20 Forest Road, Salisbury, MA, regarding the ownership and operation of Hart-Wallace Funeral Home.

b.   Keeper of the Records, Town of Seabrook, New Hampshire, regarding the construction, inspection, permitting and operation of Bayview Crematory, LLC.

c.   Keeper of the Records, N.H. Board of Funeral Directors, regarding the construction, inspection, permitting and operation of Bayview Crematory, LLC.

d.   Officials from the Town of Seabrook regarding the construction, inspection, permitting and operation of Bayview Crematory.

e.   Officials from the N.H. Board of Funeral Directors regarding the construction, inspection, permitting and operation of Bayview Crematory.

## B. Description of Documents That Hart-Wallace May Use to Support Its Claims or Defenses

Discovery has scarcely begun and Hart-Wallace has not determined all of the documents relevant to the instant litigation. Furthermore, upon information and belief, all documents of Hart-Wallace that existed regarding the cremation of the remains of the named plaintiffs' decedents for whom Hart-Wallace provided funeral services were confiscated by the New Hampshire State Police, the Rockingham County District Attorney's Office and the Massachusetts State Police. Access to these documents is restricted during the pendency of the criminal action and Hart-Wallace will supplement this response upon resolution of the criminal action. Hart-Wallace incorporates by reference those documents that have been (or may be) identified by other parties, and

GALLAGHER &
CAVANAUGH LLP
COUNSELLORS AT LAW

BOOTT COTTON MILLS
100 FOOT OF JOHN ST.
LOWELL, MA 01852
978.452.0522
FAX 978.452.0482

identifies the following documents it has under its custody and control (copies of which will be provided to counsel for the parties in these actions):

a.  Certificate of Formation New Hampshire Limited Liability Company for Bayview Crematory LLC, dated 1/5/00.

b.  Addendum to Certificate of Formation for Bayview Crematory, dated 1/5/00.

c.  Bayview Crematory, LLC Limited Liability Company Agreement, dated 1/10/00.

d.  Bill of Sale for Bayview Crematory, LLC, dated 9/1/02.

e.  9/9/02 letter from Atty. Ganz to W. Gardner, NH Secretary of State, regarding new manager of Bayview Crematory, LLC.

f.  Amendment to Bayview Crematory, LLC, effective 9/1/02.

**C.    Computation of Damages Claimed by Hart-Wallace**

The amount of damages sustained by Hart-Wallace cannot be computed at this time but said damages include, among other things, loss of income and earning capacity, the dissolution of the business, and the loss of standing in the community of Hart-Wallace and Mr. Wallace.

**D.    Insurance Agreements**

Hart-Wallace will make relevant information concerning its insurance agreements with Travelers Insurance Company and Preferred Mutual Insurance Company available for inspection (and/or copying) at a mutually convenient time.

GALLAGHER &
CAVANAUGH LLP
COUNSELLORS AT LAW

BOOTT COTTON MILLS
100 FOOT OF JOHN ST.
LOWELL, MA  01852
978.452.0522
FAX 978.452.0482

3

/s/ Richard E. Cavanaugh
Michael W. Gallagher (BBO#: 183400)
Richard E. Cavanaugh (BBO#: 557539)
Sheryl M. Bourbeau (BBO#: 564089)
Gallagher & Cavanaugh LLP
Boott Cotton Mills
100 Foot of John Street
Lowell, MA 01852
(978) 452-0522
Attorneys for the Defendants,
Hart-Wallace Funeral Home,
Simplicity Burial & Cremation, Inc.,
f/k/a Oceanside Family Funeral Home,
and Derek A. Wallace

Dated:

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on November 20, 2006.

GALLAGHER &
CAVANAUGH LLP
COUNSELLORS AT LAW

BOOTT COTTON MILLS
100 FOOT OF JOHN ST.
LOWELL, MA 01852
978.452.0522
FAX 978.452.0482

4