UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LORRAINE HUNT v. <br> BAYVIEW CREMATORY, LLC, et al | ) <br> ) Civil Action No. 05-cv-11140-RCL <br> ) |
| and | ) |
| ALAN C. ANDERSEN, et al, v. <br> BAYVIEW CREMATORY, LLC, et al. | ) <br> ) Civil Action No. 05-cv-11904-RCL <br> ) |

**AUTOMATIC REQUIRED DISCLOSURE
PURSUANT TO FED. R. CIV. P. RULE 26(a)(1) AND LOCAL RULE 26.2(A)
OF THE DEFENDANT, DEREK A. WALLACE**

Pursuant to Fed. R. Civ. P. Rule 26(a)(1) and Local Rule 26.2(A), the defendant, Derek A. Wallace ("Mr. Wallace"), provides the following information to the parties in this action.

In making these disclosures, Mr. Wallace does not intend to disclose or produce any information protected by attorney-client privilege, the work product doctrine, or any other privileges or protection. Moreover, Mr. Wallace expressly reserves his right to object to the admissibility of any information provided herein at the time of trial. In addition, Mr. Wallace does not concede that any of the documents or any evidence referenced herein are relevant or discoverable in this case. Mr. Wallace reserves the right to rely upon the individuals identified in these initial disclosures for subjects other than those identified herein. This response and nothing contained herein shall be deemed a waiver of Mr. Wallace's rights under the Fifth Amendment to the United States Constitution and/or Article XII of the Constitution of the Commonwealth of Massachusetts.

GALLAGHER & CAVANAUGH LLP
COUNSELLORS AT LAW

BOOTT COTTON MILLS
100 FOOT OF JOHN ST.
LOWELL, MA 01852
978.452.0522
FAX 978.452.0482

Mr. Wallace's investigation and discovery are ongoing, and Mr. Wallace specifically reserves his right to seasonably supplement and/or amend these disclosures.

A. **Individuals Likely to Have Discoverable Information Relative to Defenses**

Discovery has scarcely begun and Mr. Wallace has not yet determined all the identities, addresses and telephone numbers of individuals likely to have discoverable information that he may use to support his claims or defenses, unless solely for impeachment. Nevertheless, Mr. Wallace identifies the following individuals in addition to those identified by other parties to this action:

a. Derek A. Wallace, 20 Forest Road, Salisbury, MA, regarding the ownership and operation of Hart-Wallace Funeral Home.

b. Keeper of the Records, Town of Seabrook, New Hampshire, regarding the construction, inspection, permitting and operation of Bayview Crematory, LLC.

c. Keeper of the Records, N.H. Board of Funeral Directors, regarding the construction, inspection, permitting and operation of Bayview Crematory, LLC.

d. Officials from the Town of Seabrook regarding the construction, inspection, permitting and operation of Bayview Crematory.

e. Officials from the N.H. Board of Funeral Directors regarding the construction, inspection, permitting and operation of Bayview Crematory.

B. **Description of Documents That Mr. Wallace May Use to Support His Claims or Defenses**

Discovery has scarcely begun and Mr. Wallace has not determined all of the documents relevant to the instant litigation. Furthermore, upon information and belief, all documents of Mr. Wallace that existed regarding the cremation of the remains of the named plaintiffs' decedents were confiscated by the New Hampshire State Police, the Rockingham County District Attorney's Office and the Massachusetts State Police. Access to these documents is restricted during the pendency of the criminal action and Mr. Wallace will supplement this response upon resolution of the criminal action. Mr. Wallace incorporates by reference those documents that have been (or may be) identified by other parties, and identifies the following documents he has under his custody and control (copies of which will be provided to counsel for the parties in these actions):

GALLAGHER &
CAVANAUGH LLP
COUNSELLORS AT LAW

BOOTT COTTON MILLS
100 FOOT OF JOHN ST.
LOWELL, MA 01852
978.452.0522
FAX 978.452.0482

  a. Certificate of Formation New Hampshire Limited Liability Company for Bayview Crematory LLC, dated 1/5/00.

  b. Addendum to Certificate of Formation for Bayview Crematory, dated 1/5/00.

  c. Bayview Crematory, LLC Limited Liability Company Agreement, dated 1/10/00.

  d. Bill of Sale for Bayview Crematory, LLC, dated 9/1/02.

  e. 9/9/02 letter from Atty. Ganz to W. Gardner, NH Secretary of State, regarding new manager of Bayview Crematory, LLC.

  f. Amendment to Bayview Crematory, LLC, effective 9/1/02.

**C.** **Computation of Damages Claimed by Mr. Wallace**

The amount of damages sustained by Mr. Wallace cannot be computed at this time but said damages include, among other things, loss of income and earning capacity, the dissolution of the business, and the loss of standing in the community of Mr. Wallace.

**D.** **Insurance Agreements**

Mr. Wallace will make relevant information concerning his insurance agreements with Travelers Insurance Company and Preferred Mutual Insurance Company available for inspection (and/or copying) at a mutually convenient time.

GALLAGHER &
CAVANAUGH LLP
COUNSELLORS AT LAW

BOOTT COTTON MILLS
100 FOOT OF JOHN ST.
LOWELL, MA 01852
978.452.0522
FAX 978.452.0482

/s/ Richard E. Cavanaugh
Michael W. Gallagher (BBO#: 183400)
Richard E. Cavanaugh (BBO#: 557539)
Sheryl M. Bourbeau (BBO#: 564089)
Gallagher & Cavanaugh LLP
Boott Cotton Mills
100 Foot of John Street
Lowell, MA 01852
(978) 452-0522
Attorneys for the Defendants,
Hart-Wallace Funeral Home,
Simplicity Burial & Cremation, Inc.,
f/k/a Oceanside Family Funeral Home,
and Derek A. Wallace

Dated: 11/20/06

**CERTIFICATE OF SERVICE**
I hereby certify that this document filed through the ECF system
will be sent electronically to the registered participants as identified on
the Notice of Electronic Filing (NEF) and paper copies will be sent to
those indicated as non registered participants on November 20, 2006.

GALLAGHER &
CAVANAUGH LLP
COUNSELLORS AT LAW

BOOTT COTTON MILLS
100 FOOT OF JOHN ST.
LOWELL, MA 01852
978.452.0522
FAX 978.452.0482