UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LORRAINE HUNT v.<br>BAYVIEW CREMATORY, LLC, et al.<br><br>And<br><br>ALAN ANDERSEN, et al. v.<br>BAYVIEW CREMATORY, LLC. et al. | No. 05-11140 (RCL)<br><br><br>No. 05-11904 (RCL) |

**INITIAL DISCLOSURES OF DEFENDANT CREMATION SOCIETY, INC.,
PURSUANT TO FED. R. CIV. P. 26(a) AND LOCAL RULE 26.2(A)**

Pursuant to Fed R. Civ. P. 26(a) and Local rule 26.2(a), Defendant, Cremation Society, Inc., ("Cremation Society") by its undersigned counsel, hereby submits its initial disclosures.

In so doing, Cremation Society does not intend to disclose or produce any information protected by the attorney-client privilege, the work product doctrine, or any other applicable privileges or protections. Cremation Society further reserves the right to object to the admissibility of any information provided herein at time of trial. Cremation Society does not concede the relevance of any information contained herein, and reserves the right to rely upon the individuals named in these disclosures for subjects other than those identified herein.

Cremation Society reserves the right to supplement and/or amend these initial disclosures as appropriate, as its investigation and discovery in this case are ongoing.

   I.   The name, address and telephone number of each individual likely to have discoverable information that Cremation Society may use to support its claims or defenses, and the subjects of the information:

   A.   Roger Hamel
        c/o Hamel, Wickens & Troupe Funeral Home, Inc.
        26 Adams Street

1192187v1

>       Quincy, Massachusetts
>       (617) 472-5888

Mr. Hamel is likely to have discoverable information regarding the nature of the services provided by Cremation Society; Cremation Society's use of the services of Bayview Crematory in performing cremations of decedents that received services from Cremation Society and the due care and reasonable diligence exercised by Cremation Society in rendering its services.

>   B.  Scott Hamel
>       c/o Hamel, Wickens & Troupe Funeral Home, Inc.
>       26 Adams Street
>       Quincy, Massachusetts
>       (617) 472-5888

Mr. Hamel is likely to have discoverable information regarding the nature of the services provided by Cremation Society; Cremation Society's use of the services of Bayview Crematory in performing cremations of decedents that received services from Cremation Society and the due care and reasonable diligence exercised by Cremation Society its services.

>   C.  Derek A. Wallace
>       c/o Bayview Crematory, LLC
>       204 New Zealand Road
>       Seabrook, New Hampshire
>       (888) 889-4762

Mr. Wallace is likely to have discoverable information regarding the nature of the cremation of decedents at Bayview Crematory; the conduct of Bayview Crematory in performing cremations of decedents who received services from Cremation Society; the remains received by Hamel, Wickens & Troupe for decedents who received services from Cremation Society and were cremated at Bayview Crematory; any alleed injuries or damages sustained by persons who received services from Cremation Society and cremation at Bayview Crematory; and the due care and reasonable diligence exercised by Cremation Society in rendering its services.

>   II.  The following documents, data compilations, and tangible things, described by category, are in Cremation Society's possession, custody or control located at Morrison Mahoney LLP, 250 Summer Street, Boston, Massachusetts 02210 and may be sued by Cremation Society to support its claims or defenses:

2

  A. Documents relating to the services provided by Cremation Society invoices, bills, or other documents evidencing charges for services; cremation certificates; death certificates; statements of death; permits; Medical Examiner's certificate; Pronouncement of Death certificate; cremation authorization, Release of Cremated Remains form; correspondence; obituaries; and tags, labels, or other forms of identification accompanying a decedent's remains prior to and following cremation.

  B. Licenses, permits, and other documents under which Hamel, Wickens & Troupe conducts business and under which persons act as funeral directors on Hamel, Wickens & Troupe's behalf.

  C. Documents relating to transportation of decedents' bodies and/or remains to and from Bayview Crematory.

  D. Documents relating to the preservation and confirmation of the identity of the remains of decedents cremated at Bayview Crematory.

  E. Marketing materials related to services provided by Cremation Society.

**III.** **A computation of any category of damages claimed by Cremation Society making available for inspection and copying the documents or other evidentiary material on which such computations based, including materials bearing on the nature and extent of injuries suffered.**

The amount of damages sustained by Cremation Society cannot be computed at this time. On later discovery in this case and analysis by an expert will Cremation Society be able to determine the amount of damages suffered by Cremation Society.

**IV.** **Any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in this action or to indemnify or reimburse for payments made to satisfy the judgment.**

  Not applicable.

**Respectfully submitted,**

**THE DEFENDANT,
CREMATION SOCIETY, INC.**
By its attorneys,

 /s/Joseph M. Desmond
Joseph M. Desmond, BBO #634883
MORRISON MAHONEY LLP
250 Summer Street
Boston, MA 02210
(617) 439-7500

Dated: November 22, 2006

## CERTIFICATE OF SERVICE

    I, Joseph M. Desmond, do hereby certify that I have this day served the foregoing **INITIAL DISCLOSURES OF DEFENDANT, CREMATION SOCIETY, INC., PURSUANT TO FED. R. CIV. P. 26(a) AND LOCAL RULE 26.2(A)** to all counsel of record in this action by electronically delivering to:

**Counsel for Plaintiff:**

Theodore M. Hess-Mahan, Esq.
Thomas G. Shapiro, Esq.
Shapiro, Haber & Urmy, LLP
53 State St.
Boston, MA 02108

**Counsel for Bayview Crematory, LLC:**

Donna Feeney, Esq.
Getman, Stacey, Schultess & Steere
Three Executive Park, Ste. 9
Bedford, NH 03110

**Counsel for Keefe Funeral Home:**

George E. Clancy, Esq.
Fuller, Rosenberg, Palmer & Beliveau
Suite 817
340 Main Street
Worcester, MA 01608

**Counsel for Hamel, Wickens & Troupe Funeral Home**

Brian K. Walsh, Esq.
Roberta Fitzpatrick, Esq.
Law Offices of Roberta Fitzpatrick
101 Arch Street, 17th Floor
Boston, MA 02110

**Counsel for Dracut Funeral Home:**

Grant S. Palmer, Esq.
John J. DiChello, Esq.
Blank & Rome LLP
One Logan Sq.
18th and Cherry Streets
Philadelphia, PA 19103

and

Michael E. Okolita, Esq.
Donald E. Feener & Associates
Suite 310
120 Front Street
Worcester, MA 01608-1424

**Counsel for Derek A. Wallace:**

Richard B. McNamara, Esq.
Wiggin & Nourie, P.C.
670 N. Commercial St.
P.O. Box 808
Manchester, NH 03105-0808

**Counsel for Farrah Funeral Home:**

Bradley A. MacDonald, Esq.
Cummings, King & MacDonald
One Gateway Ctr, Ste 351
Newton, MA 02458

**Counsel for Linda Stokes:**

William F. Ahern, Jr., Esq.
MandiJo Hanneke, Esq.
Clark, Hunt & Embry
55 Cambridge Parkway
Cambridge, MA 02142

**Counsel for Neptune Society:**

Maureen L. Reilly, Esq.
33 Kingston St.
Boston, MA 02111

**Counsel for Commonwealth Cremation and Shipping Service:**

Dennis McKenna, Esq.
Riemer & Braunstein
Three Center Plaza
Boston, MA 02108

1192187v1

Samuel H. Rudman, Esq.
Cauley, Geller, Bowman, Coates & Rudman LLP
200 Broadhollow Road, Suite 406
Melville, NH 11747
631-367-7100

Dated: <u>November 22, 2006</u>     <u>/s/Joseph M. Desmond</u>
                                    Joseph M. Desmond, BBO# 634883