UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LORRAINE HUNT, on behalf of Herself and all others similarly situated,<br>   Plaintiff,<br><br>v.<br><br>BAYVIEW CREMATORY, LLC, DEREK A. WALLACE, LINDA STOKES, AMERICAN CREMATION SOCIETY, INC., AMERICAN SOCIETY FOR CREMATION, AMERICAN SOCIETY FOR FUNERAL SERVICES, INC., COMMONWEALTH CREMATION & SHIPPING SERVICE, INC., COMMONWEALTH FUNERAL SERVICE, INC., CREMATION SOCIETY, INC., DRACUT FUNERAL HOME INCORPORATED, FARRAH FUNERAL HOME, HAMEL WICKENS & TROUPE FUNERAL HOME, INC., HART-WALLACE FUNERAL HOME, KEEFE FUNERAL HOME, INC., SCATAMACCHIA FUNERAL HOME, SIMPLICITY BURIAL & CREMATION, INC., f/k/a OCEANSIDE FAMILY FUNERAL HOME, WILLIAM F. SPENCER FUNERAL SERVICES, and DOES I-50, INCLUSIVE,<br>   Defendants. | Civil Action No.: 05-cv-11140-RCL |

## **NOTICE OF APPEARANCE**

  NOW COMES Matthew W. Perkins and respectfully requests this Court enter his appearance as attorney for the Defendant, Hart Wallace Funeral Home, in the above-captioned matter.

1

2

 

/S/ Matthew W. Perkins  
Matthew W. Perkins, Esq. BBO# 564868  
Lecomte, Emanuelson and Doyle  
Batterymarch Park II  
One Pine Hill Drive, Suite 101  
Quincy, MA 02169  
(617) 328-1900  

Dated: January 3, 2007