UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LORRAINE HUNT, on behalf of Herself and all others similarly situated,<br>      Plaintiff,<br><br>v.<br><br>BAYVIEW CREMATORY, LLC, DEREK A. WALLACE, LINDA STOKES, AMERICAN CREMATION SOCIETY, INC., AMERICAN SOCIETY FOR CREMATION, AMERICAN SOCIETY FOR FUNERAL SERVICES, INC., COMMONWEALTH CREMATION & SHIPPING SERVICE, INC., COMMONWEALTH FUNERAL SERVICE, INC., CREMATION SOCIETY, INC., DRACUT FUNERAL HOME INCORPORATED, FARRAH FUNERAL HOME, HAMEL WICKENS & TROUPE FUNERAL HOME, INC., HART-WALLACE FUNERAL HOME, KEEFE FUNERAL HOME, INC., SCATAMACCHIA FUNERAL HOME, SIMPLICITY BURIAL & CREMATION, INC., f/k/a OCEANSIDE FAMILY FUNERAL HOME, WILLIAM F. SPENCER FUNERAL SERVICES, and DOES I-50, INCLUSIVE,<br>      Defendants. | Civil Action No.: 05-cv-11140-RCL |

**<u>NOTICE OF APPEARANCE</u>**

NOW COMES Matthew W. Perkins and respectfully requests this Court enter his appearance as attorney for the Defendant, Simplicity Burial & Cremation, Inc., f/ka/ Oceanside Family Funeral Home, in the above-captioned matter.

1

2

/S/ Matthew W. Perkins
Matthew W. Perkins, Esq. BBO# 564868
Lecomte, Emanuelson and Doyle
Batterymarch Park II
One Pine Hill Drive, Suite 101
Quincy, MA 02169
(617) 328-1900

Dated: January 3, 2007