UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LORRAINE HUNT v. BAYVIEW CREMATORY, LLC., et al., <br><br> and <br><br> ALAN C. ANDERSEN, et al., v. BAYVIEW CREMATORY, LLC., et al. | ) No. 05-cv-11140-RCL <br> ) <br> ) <br> ) <br> ) <br> ) No. 05-cv-11904-RCL <br> ) <br> ) |

**MOTION TO ADMIT COUNSEL *PRO HAC VICE***

Pursuant to Local Rule 83.5.3, the undersigned counsel, Thomas G. Shapiro, hereby moves that this Court enter an Order granting leave to Joseph F. Russello to appear on behalf of the plaintiffs and practice before this Court in the above-captioned action.

As grounds for this motion, the undersigned represents the following:

1. Joseph F. Russello, of Lerach Coughlin Stoia Geller Rudman & Robbins LLP, 58 South Service Road, Suite 200, Melville, New York, 11747, (631) 367-7100, is and has been a member in good standing of the bar of the State of New York since 2002.

2. There are no disciplinary proceedings pending against Mr. Russello as a member of the bar in any jurisdiction.

3. Mr. Russello has represented to the undersigned counsel that he is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

4. In further support of this motion, Mr. Russello has submitted herewith his Certificate of Good Standing as Required by Local Rule 83.5.3.

WHEREFORE, the undersigned counsel respectfully moves that Joseph Russello be admitted to practice before this Court *pro hac vice*.

DATED:  January 2, 2007                                    Respectfully submitted,

                                        **/s/ Thomas G. Shapiro**
                                        Thomas G. Shapiro BBO #454680
                                        Theodore M. Hess-Mahan BBO #557109
                                        Shapiro Haber & Urmy LLP
                                        53 State Street
                                        Boston, MA  02109
                                        Telephone:  617/439-3939

**Certificate of Service**

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on January 3, 2007.

                                        **/s/ Thomas G. Shapiro**
                                        Thomas G. Shapiro

## CERTIFICATE OF GOOD STANDING

Pursuant to Rule 83.5.3 of the Local Rules of the United States District Court for the District of Massachusetts, I, Joseph F. Russello, hereby certify that:

1. I was admitted to the bar of the State of New York in 2002.

2. I am a member in good standing in every jurisdiction where I have been admitted practice.

3. No disciplinary proceedings are pending against me as a member of any bar in any jurisdiction.

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

5. My name, firm name, street address, telephone number, fax number and e-mail address are as follows:

> Joseph F. Russello, Esq.
> Lerach Coughlin Stoia Geller
>     Rudman & Robbins LLP
> 58 South Service Road, Suite 200
> Melville, NY  11747
> Telephone:  631/367-7100
> 631/367-1173 (fax)
> jrussello@lerachlaw.com

Dated: 1/2/07

_____
JOSEPH F. RUSSELLO

I:\Bayview Crematory\Pleadings\070102 Motion to Admit Counsel Pro Hac Vice JR.doc