UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| LORRAINE HUNT v. BAYVIEW CREMATORY, LLC., et al., | ) ) ) | No. 05-cv-11140-RCL |
| and | ) ) | |
| ALAN C. ANDERSEN, et al., v. BAYVIEW CREMATORY, LLC., et al. | ) ) ) | No. 05-cv-11904-RCL |

**PLAINTIFFS' MOTION TO ENLARGE TIME FOR
CLASS CERTIFICATION BRIEFING SCHEDULE**

Pursuant to Fed. R. Civ. P. 6(b) and Local Rule 7.1, Plaintiffs hereby respectfully move this Court for an Order extending the class certification briefing schedule. The Plaintiffs respectfully request that the time for filing class certification briefing be enlarged as follows:

(a) Plaintiffs will file their class certification motions by April 4, 2007;

(b) Defendants will file any responses to the motions for class certification by May 4, 2007; and

(c) Plaintiffs will file any motions for leave to file a reply by May 14, 2007.

As grounds for this motion, Plaintiffs state as follows:

1. All defendants have assented to this motion save for Defendant, Keefe Funeral Home, Inc.;

2. The requested extension of time will allow the parties to address a number of outstanding discovery issues;

3. The remaining schedule in the case will not be affected by this extension of time; and

4. None of the parties will be prejudiced by the proposed extension.

WHEREFORE, Plaintiffs respectfully request that the Court allow this motion and enlarge the time for filing of class certification briefing as set forth above.

DATED:  March 5, 2007

SHAPIRO HABER & URMY LLP
THOMAS G. SHAPIRO (BBO#557109)
ADAM M. STEWART (BBO#661090)


**/s/ Adam M. Stewart**
ADAM M. STEWART

53 State Street
Boston, MA  02109
Telephone:  617/439-3939
617/439-0134 (fax)

LERACH COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
SAMUEL H. RUDMAN
ROBERT M. ROTHMAN
EVAN J. KAUFMAN
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)

*Attorneys for Plaintiff*

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)

I hereby certify that counsel have conferred in a good faith effort to narrow or resolve the issues raised in this motion and that counsel for all defendants have assented to the filing of this motion and the relief requested herein, save for Defendant, Keene Funeral Home, Inc.

**/s/ Adam M. Stewart**
Adam M. Stewart

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on March 5, 2007.

**/s/ Adam M. Stewart**
Adam M. Stewart