**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS (Boston)**

**Case No.: 05-cv-11140-RCL**

LORRAINE HUNT, for herself and on
behalf of all others similarly situated,

    Plaintiff,

vs.

BAYVIEW CREMATORY, LLC, a New
Hampshire Limited Liability Company,
et al.,

    Defendants.

_____

**NOTICE OF APPEARANCE**

To The Clerk of the Above-Styled Court:

    In the above-styled action, please enter my appearance on behalf of the Plaintiff, Lorraine Hunt.

    Dated this 9th day of March, 2007.

                                           /s/ Lisa DeBrosse Johnson
                                           Lisa DeBrosse Johnson, BBO# 632428
                                           The Pilot House
                                           Lewis Wharf
                                           Boston, MA 02110
                                           617.854.3740
                                           debrossejohnson@comcast.net

## Certificate of Service

      I HEREBY CERTIFY that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on this 9th day of March, 2007.

      /s/ Lisa DeBrosse Johnson  
      Lisa DeBrosse Johnson, BBO# 632428