UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS (Boston)

Case No.: 05-cv-11140-RCL

LORRAINE HUNT, for herself and on
behalf of all others similarly situated,

    Plaintiff,

vs.

BAYVIEW CREMATORY, LLC, a New
Hampshire Limited Liability Company,
et al.,

    Defendants.

## MOTION FOR ENTRY OF APPEARANCE *PRO HAC VICE*

Pursuant to Local Rule 83.5.3 and other applicable law, Plaintiffs respectfully request that David H. Charlip, Esq. be permitted to appear before this Court in the above-captioned action. As grounds for this motion, Plaintiffs state the following:

1.     Mr. Charlip is a duly licensed member in good standing of the Florida Bar and has been admitted to practice in the State of Florida since 1981. He is also a member in good standing of the New Jersey State Bar and has been since 1982.

2.     Mr. Charlip is also admitted to practice in the United States District Court for the Southern District of Florida and the United States Court of Appeals for the Eleventh Circuit, and he is a member in good standing before those Courts.

3.     Mr. Charlip has previously been granted *pro hac vice* admission before this Court in the case of *Geraldine Favaloro v. President and Fellows of Harvard University, et al.*, Case No.: 05-11594 RCL.

4.    There are no disciplinary proceedings pending against Mr. Charlip in any court.

5.    Mr. Charlip is familiar with the Local Rules of the United States District Court for the District of Massachusetts and will comply with those rules if admitted to appear in the above-captioned action.

6.    Mr. Charlip is not a resident of the Commonwealth of Massachusetts. He is not regularly employed in the Commonwealth of Massachusetts, and he is not regularly engaged in substantial business, professional or otherwise, in the Commonwealth of Massachusetts.

7.    Mr. Charlip associated into this case with Lisa DeBrosse Johnson, BBO# 632428, The Pilot House, Lewis Wharf, Boston, MA 02110. Ms. Johnson is a member in good standing of the Massachusetts Bar and has been admitted to practice in the Commonwealth of Massachusetts since 1996. She is also admitted to practice before this Court and the United States Court of Appeals for the First Circuit, and she is a member in good standing before those Courts.

8.    Mr. Charlip has submitted an Affidavit and Certificate of Good Standing issued by the Clerk of the United States District Court for the Southern District of Florida in support of this Motion.

WHEREFORE, Plaintiffs respectfully request that this Court grant *pro hac vice* admission to David H. Charlip to appear in the above-captioned proceeding on their behalf and on behalf of all those similarly situated.

Dated this 9th day of March, 2007.

                                                Respectfully submitted,
                                                Plaintiffs, by their attorneys

                                                /s/ Lisa Debrosse-Johnson
                                                Lisa DeBrosse Johnson, BBO# 632428
                                                The Pilot House
                                                Lewis Wharf
                                                Boston, MA 02110
                                                (617) 854-3740
                                                debrossejohnson@comcast.net

## Certificate of Service

I HEREBY CERTIFY that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on this 9th day of March, 2007.

                                                /s/ Lisa DeBrosse Johnson
                                                Lisa DeBrosse Johnson, BBO# 632428

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS (Boston)

Case No.: 05-cv-11140-RCL

LORRAINE HUNT, for herself and on
behalf of all others similarly situated,

    Plaintiff,

vs.

BAYVIEW CREMATORY, LLC, a New
Hampshire Limited Liability Company,
et al.,

    Defendants.

_____

**AFFIDAVIT IN SUPPORT OF MOTION TO APPEAR *PRO HAC VICE***

The undersigned, David H. Charlip, deposes on oath and states as follows:

1. I make the following statements upon personal knowledge and not upon information or belief.

2. My name is David H. Charlip.

3. I am a member of the Florida Bar and have been so since 1981. I am also a member of the New Jersey Bar and have been so since 1982.

4. I am a member in good standing of both the above-named state Bars.

5. I also have been admitted to practice in the United States District Court for the Southern District of Florida and the United States Court of Appeals for the Eleventh Circuit and am a member in good standing before those Courts.

6. There are no disciplinary proceedings pending against me.

7.  I am familiar with the Local Rules of the United States District Court for the District of Massachusetts and will comply with those rules.

8.  I have been previously admitted to practice before this Court in the case of *Geraldine Favaloro v. President and Fellows of Harvard University, et al.*, Case No.: 05-11594 RCL. Attached to this Affidavit is a true and correct copy of my Certificate of Good Standing with the Southern District of Florida filed in those proceedings.

9.  I am not a resident of the Commonwealth of Massachusetts. I am not regularly employed in the Commonwealth of Massachusetts. I am not regularly engaged in substantial business, professional or otherwise, in the Commonwealth of Massachusetts.

10. I associated into this case with Lisa DeBrosse Johnson, BBO# 632428, The Pilot House, Lewis Wharf, Boston, MA 02110.

11. I respectfully request that my motion to be admitted *pro hac vice* for the purposes of this case be allowed.

David H. Charlip

Sworn to and subscribed before me this 8th day of March, 2007.

Name:
Notary Public – State of Florida
Commission No.:
My Commission expires:



CARMEN PLAZA
MY COMMISSION # DD 314044
EXPIRES: April 28, 2008
Bonded Thru Notary Public Underwriters

AO 136
(Rev. 6/82)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA



**CERTIFICATE OF GOOD STANDING**

UNITED STATES OF AMERICA

SOUTHERN DISTRICT OF FLORIDA

Florida Bar # 329932

I, CLARENCE MADDOX,   Clerk of the United States District Court for the Southern District of Florida,

DO HEREBY CERTIFY that **David H. Charlip** was duly admitted to practice in said Court on **01/25/82**, and on **07/09/82** - Trial Bar, and is in good standing as a member of the bar of this Court.

Dated at: **Miami, Florida**, this August 3, 2005.

CLARENCE MADDOX
Court Administrator • Clerk of Court

By _____
    Deputy Clerk

.sk.5/2002