**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS (Boston)**

**Case No.: 05-cv-11140-RCL**

LORRAINE HUNT, for herself and on
behalf of all others similarly situated,

    Plaintiff,

vs.

BAYVIEW CREMATORY, LLC, a New
Hampshire Limited Liability Company,
et al.,

    Defendants.
_____

### PLAINTIFFS' MOTION TO ENLARGE DATE TO FILE RESPONSE TO LINDA STOKES' MOTION TO COMPEL DOCUMENTS FROM THE PLAINTIFFS

    Plaintiff, LORRAINE HUNT, by and through her undersigned Counsel, files this Motion to Enlarge Date and states as follows:

    1.    On March 9, 2007, the Defendant LINDA STOKES, filed her Motion to Compel Production of Documents from the Plaintiff.

    2.    That same date undersigned co-counsel filed her notice of appearance in this matter and undersigned counsel filed his Motion for *Pro Hac Vice* Admission.

    3.    Both counsel have therefore only recently been engaged in this matter and are attempting to review the pending discovery, discuss outstanding issues with opposing counsel and narrow or eliminate any pending areas of dispute. That process has already begun and has resulted in a narrowing of issues which previously were unresolved.

4. That process as well as the effort to obtain and refine Plaintiffs discovery responses was delayed by undersigned counsel David H. Charlip, Esq.'s unplanned week-long absence from the office due to medical reasons.

5. Additionally, undersigned counsel David H. Charlip, Esq. has had longstanding plans to be out of the country on vacation starting on March 30, 2007 through April 8, 2007.

6. For the above reasons, Plaintiff seeks an extension until April 11, 2007 to file a Response to any aspects of Defendant LINDA STOKES Motion to Compel Documents from the Plaintiff that may at that time still remain unresolved.

7. This request is made in good faith and with no intention to delay the orderly conduct of this case.

8. <u>CERTIFICATION PURSUANT TO FED. R. CIV. P RULE 37(B) AND L.R. 7.1 AND 37.1(B)</u>

Undersigned counsel has conferred with counsel for the Defendant, LINDA STOKES with respect to the relief sought in this motion and counsel for said Defendant has no opposition to the enlargement of the date for filing of the Response through March 30, 2007.

WHEREFORE, Plaintiff LORRAINE HUNT, requests that this Court grant an extension until April 11, 2007 to file a Response to any aspects of Defendant LINDA STOKES Motion to Compel Documents from the Plaintiff that may at that time still remain unresolved.

Dated this 23rd day of March, 2007.

                                                Respectfully submitted,
                                                Plaintiffs, by their attorneys


                                                /s/ Lisa Debrosse-Johnson
                                                Lisa DeBrosse Johnson, BBO# 632428
                                                The Pilot House
                                                Lewis Wharf
                                                Boston, MA 02110
                                                (617) 854-3740
                                                debrossejohnson@comcast.net


                                                /s/ David H. Charlip
                                                David H. Charlip (Florida Bar No.: 329932)
                                                dcharlip@charliplawgroup.com
                                                Charlip Law Group, LC
                                                1930 Harrison Street, Suite 208
                                                Hollywood, Florida 33020
                                                954.921.2131
                                                954.921.2191 (Fax)
                                                Attorneys for Plaintiffs


## Certificate of Service

     I HEREBY CERTIFY that on March 23, 2007, a true and correct copy of this Plaintiffs' Motion to Enlarge Date to File Response to Linda Stokes' Motion to Compel Documents from the Plaintiffs, was served on all counsel of record in this matter.

                                                /s/ David H. Charlip
                                                David H. Charlip (Florida Bar No.: 329932)