**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| LORRAINE HUNT V. BAYVIEW CREMATORY, LLC, ET AL. | ) ) ) | NO. 05-11140-RCL |
| and | ) ) | |
| ALAN C. ANDERSEN ET AL. V. BAYVIEW CREMATORY, LLC, ET AL. | ) ) ) | NO. 05-11904-RCL |

**DEFENDANT, LINDA STOKES', PARTIAL OPPOSITION TO PLAINTIFFS' MOTION TO ENLARGE DATE TO FILE RESPONSE TO MS. STOKES' MOTION TO COMPEL**

Defendant, Linda Stokes, hereby submits this partial opposition to the plaintiffs' Motion to Enlarge Date to File Response to her Motion to Compel. As reason therefore, Ms. Stokes states the following:

1.  Ms. Stokes filed her Motion to Compel Production of Documents from all of the plaintiffs after extensive discussions with counsel for the plaintiffs, Evan Kaufman and Mark Reich.

2.  In one of those discussions, Attorney Kaufman indicated that the responsive documents sought were Bates stamped and ready to be sent but that the plaintiffs were only waiting for the defendants to enter into the stipulated protective order that his office had recently circulated.

3.  Despite Attorney Charlip's recent appearance in this action, Attorney Kaufman is still an attorney of record in this action.

4.  The undersigned has recently had a conversation with Attorney Charlip regarding the document production. During that conversation, Attorney Charlip indicated that he was willing to consider producing the documents sought in Ms.

Stokes' Motion to Compel without the need to resort to the Court's intervention.[1]  The undersigned responded that if the documents were produced, she would withdraw the Motion to Compel.  The undersigned repeatedly told Attorney Charlip, and Attorney Kaufman's office, that she wanted this issue either resolved of briefed prior to the upcoming status conference on April 4, 2007, in this hopes that the Court would hear the issue at the status conference.

5.   If the plaintiffs are willing to produce the documents sought, then production of the documents should be able to be accomplished prior to March 30, 2007, given Attorney Kaufman's representation that the documents are Bates stamped and ready to be produced.

6.   If the plaintiffs intend to oppose Ms. Stokes' Motion, and seek a protective order, they should be able to prepare and file an opposition on or before March 30, 2007, given that there are now <u>four</u> law firms representing the plaintiffs in these consolidated actions.

7.   Ms. Stokes desires that her Motion be ready to be heard at the upcoming status conference.  These actions have been pending for more than one year, and the plaintiffs still have not produced to the defendants a <u>single</u> document relating to their claims.  The plaintiffs have also not supplemented their answers to Ms. Stokes' Interrogatory Requests, as they agreed to do.  The supplemental answers were due by March 20, 2007 and the undersigned still has not received them.  Delaying the briefing of this Motion past March 30, 2007 would prejudice the defendants in this action.

---

[1] As Attorney Hanneke indicated on the telephone to Attorney Charlip, Ms. Stokes' Motion to Compel does not seek, at this time, the production of medical records.  It only seeks the production of documents the plaintiffs affirmatively said would be produced in their responses to Ms. Stokes Requests.

2

WHEREFORE, the defendant, Linda Stokes respectfully partially opposes the plaintiffs' Motion to Enlarge Date to File Response to her Motion to Compel, because it seeks too much of an enlargement. Ms. Stokes believes that the plaintiffs should either produce the documents sought or file an opposition to her Motion no later than March 30, 2007.

>Respectfully submitted,
>on behalf of defendant,
>Linda Stokes, by her Attorneys,
>
>**CLARK, HUNT & EMBRY**
>
>*/s/ Mandi Jo Hanneke*
>
>_____
>William F. Ahern, Jr. (013365)
>Mandi Jo Hanneke (657349)
>55 Cambridge Parkway
>Cambridge, MA 02142
>(617) 494-1920

4

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on the 23rd day of March, 2007, a true and correct copy of Defendant Linda Stokes' Partial Opposition to Plaintiffs' Motion to Enlarge Date to File Response to Ms. Stokes' Motion to Compel, was served on all counsel of record in this matter.

*/s/ Mandi Jo Hanneke*
Mandi Jo Hanneke