UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LORRAINE HUNT v. ) | |
| BAYVIEW CREMATORY, LLC, et al. ) | No. 05-11140(RCL) |
| ) | |
| And ) | |
| ) | |
| ALAN ANDERSEN, ET AL. v. ) | No. 05-11904(RCL) |
| BAYVIEW CREMATORY, LLC, et al, ) | |

## NOTICE OF APPEARANCE

Please enter my appearance for the Defendant, Keefe Funeral Home, Inc., relative to the above captioned matter.

/s/ John P. Donohue_____
John P. Donohue, Esquire
Fuller, Rosenberg, Palmer & Beliveau
340 Main Street, Suite 817
Worcester, MA 01608
(508) 751-5128
BBO #567008

Dated: April 4, 2007

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on this 4th day of April, 2007, I served the foregoing document upon the parties of this action by electronically mailing a copy of same to all counsel of record.

_____
John P. Donhue, Esquire