UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

LORRAINE HUNT v. BAYVIEW
CREMATORY, LLC, et. al.,

No. 05-11140-RCL

and

ALAN C. ANDERSEN, et. al., v.
BAYVIEW CREMATORY, LLC, et. al.

No. 05-11904-RCL

_____

## STIPULATION FOR DISMISSAL FOR LACK OF SUBJECT MATTER JURISDICTION

Plaintiff, Lorraine Hunt, together with the Defendants herein, by and through their respective and undersigned counsel, stipulate to the dismissal of the Civil Action No. 2005-11140 in support thereof agree as follows:

1.  There is no dispute among the parties hereto that this Court lacks subject matter jurisdiction in this action. Accordingly, this action should be dismissed.

Dated this 17th day of May, 2007.

        Respectfully submitted by all parties,
        through their undersigned attorneys,


        /s/ David H. Charlip
        David H. Charlip, Florida Bar No.: 329932
        Charlip Law Group, LC
        1930 Harrison Street, Suite 208
        Hollywood, Florida 33020
        954.921.2131
        954.921.2191 (Fax)
        dcharlip@charliplawgroup.com

/s/ Lisa Debrosse-Johnson
Lisa DeBrosse Johnson, BBO# 632428
The Pilot House
Lewis Wharf
Boston, MA 02110
(617) 854-3740
debrossejohnson@comcast.net

The following Defendants, through counsel, have assented to the foregoing Stipulation and have authorized, in writing, that their electronic signatures be included herein:

/s/ Dona Feeney
Dona Feeney, Esq.
Getman, Stacey, Schulthess, & Steere, P.A.
Three Executive Park Drive
Suite 9
Bedford, New Hampshire 03110
Tel: (603) 634-4300
*Counsel for Bayview Crematory, LLC*

/s/ Richard E. Cavanaugh
Richard E. Cavanaugh, Esq.
Sheryl M. Bourbeau, Esq.
Gallagher & Cavanaugh
Boott Cotton Mills
100 Foot of John Street
Lowell, MA 01852
Tel: (978) 452-0522
Fax: (978) 452-0482
*Counsel for Derek A. Wallace, Hart-Wallace Funeral Home & Simplicity Burial & Cremation, Inc.*

2

/s/ John J. Dichello, Jr.\_\_\_\_
Grant S. Palmer, Esq.
John J. DiChello, Esq.
Blank Rome, LLP
One Logan Square
Philadelphia, PA 19103
Tel: (215) 569-5500
Fax: (215) 832-5578
*Counsel for Scatamacchia Funeral Home
and Dracut Funeral Home, Inc.*


/s/ Matthew W. Perkins\_\_\_\_\_
Matthew W. Perkins, Esq.
Lecomte, Emanuelson and Doyle
Battery March Park II
One Pine Hill Drive, Suite 101
Quincy, MA 02169
Tel: (617) 328-1900
Fax: (617) 328-2030
*Counsel for Hart-Wallace Funeral Home
and Simplicity Burial & Cremation Service*


/s/ Mandi Jo Hanneke_____
Mandi Jo Hanneke, Esq.
Clark, Hunt & Embry
55 Cambridge Parkway
Cambridge, MA 02142
Tel: (617) 494-1920
Fax: (617) 494-1921
*Counsel for Linda Stokes*


/s/ William P. Smith_____
William P. Smith, Esq.
Haverty & Feeney
54 Samoset Street, Route 44
Plymouth, MA 02360-4546
Tel: (508) 746-6100
Fax: (508) 746-7067
*Counsel for Bayview Crematory, LLC*

/s/ Dennis E. McKenna_____
Dennis E. McKenna, Esq.
Riemer & Braunstein, LLP
Three Center Plaza
Boston, MA 02108-2003
Tel: (617) 523-9000
Fax: (617) 880-3456
*Counsel for Commonwealth Cremation &*
*Shipping Service, Inc.*


/s/ George E. Clancy_____
George E. Clancy, Esq.
Fuller, Rosenberg, Palmer & Beliveau
Suite 817
340 Main Street
Worcester, MA 01608
Tel: 508-751-5136
Fax: 508-757-1039
*Counsel for Keefe Funeral Home, Inc.*


/s/ Brian K. Walsh_____
Brian K. Walsh, Esq.
Law Offices of Roberta Fitzpatrick
101 Arch Street, Suite 1761
Boston, MA 02110
Tel: (617) 769-3500
Fax: (617) 946-0569
*Counsel for Hamel Wickens & Troupe*
*Funeral Home, Inc.*


/s/ Joseph M. Desmond_____
Joseph M. Desmond, Esq.
Morrison Mahoney, LLP
250 Summer Street
Boston, MA 02210-1181
Tel: (617) 439-7500
Fax: (617) 342-4935
*Counsel for Cremation Society, Inc.*

/s/ Maureen L. Reilly_____
Maureen L. Reilly, Esq.
33 Kingston Street
Boston, MA 02111
Tel: 617-338-2144
Fax: 617-451-5462
*Counsel for Neptune Society*

**Certificate of Service**

    I HEREBY CERTIFY that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on this 17th day of May, 2007.

                                                /s/ David H. Charlip_____
                                                David H. Charlip
                                                Admitted *Pro Hac Vice*