UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

LORRAINE HUNT v. BAYVIEW
CREMATORY, LLC, et. al.,

                                                         No. 05-11140-RCL

and

ALAN C. ANDERSEN, et. al., v.
BAYVIEW CREMATORY, LLC, et. al.

                                                         No. 05-11904-RCL

_____

**PLAINTIFFS' MOTION TO RESCHEDULE AUGUST 15, 2007 STATUS
CONFERENCE AND TO ENLARGE DATE FOR FACT DISCOVERY AND
COMPLETION OF DISCOVERY**

NOW COME the Plaintiffs, Edward Galvin, Jr., Patricia Hannigan, Kathleen McDonough, Tara McDonough, and Eleanor Poole, by and through their undersigned counsel, pursuant to Local Rule 7.1(a), and file this Motion to Reschedule August 15, 2007 Status Conference and to Enlarge Date for Fact Discovery and Completion of Discovery and in support thereof state as follows:

1.      On July 19, 2007, the Court entered a Report and Recommendation with respect to several pending stipulations and the Defendants' Motion to Dismiss for Lack of Subject Matter Jurisdiction with respect to the above-styled cases.

**Rescheduling Of Status Conference**

2.      The Report and Recommendation also scheduled a status conference in the surviving case of Alan C. Anderson, et al. v. Bayview Crematory, LLC, et al. for August 15, 2007, at 2:30 p.m.

3. At the date and time of the scheduled status conference, undersigned counsel is currently scheduled to be in Roseville, California for the deposition of the Plaintiff in a case pending in the Superior Court of Sacramento County.

4. Ordinarily, as has occurred in the previous status conferences in this case, local counsel, Lisa DeBrosse-Johnson, Esq., has attended court proceedings for the Plaintiffs, however she also has a conflict in that she is taking her daughter to another state to begin her first year in college.

5. There is no prejudice to any party by the rescheduling the status conference to the next available date convenient to the Court.

### Enlarging Date For Fact Discovery and Completion Of Discovery

6. At the completion of the initial scheduling conference in this case, held on October 5, 2006, the Court established August 5, 2007 as the date that all fact discovery would be due and November 5, 2007 as the date to complete all discovery.

7. While some discovery has been propounded and completed, since the time of their appearance in this case undersigned counsel has worked almost exclusively towards streamlining this action.

8. While the Defendants' recent Motion to Dismiss was pending, undersigned counsel has been working with counsel for Bayview, Derek A. Wallace, Linda Stokes, and Lawrence Stokes in an attempt to schedule dates for depositions. Currently, it appears that the earliest depositions of these defendants cannot take place until September of 2007.

9. Additionally, in the course of amending the existing Complaint to add an allegation of diversity jurisdiction per the Court's Report and Recommendation, it is the

intention of undersigned counsel to also seek to join additional party plaintiffs with complete diversity. This will avoid the necessity of filing yet another action in this federal jurisdiction.

10.     Assuming that the Plaintiffs' Motion to Amend will be granted, it is likely that the Plaintiffs will engage in additional written discovery prior to taking the depositions of some of the Defendants.

WHEREFORE, Plaintiffs request that this Honorable Court enter its order rescheduling the August 15, 2007 status conference to the next available date convenient to the Court and enlarge the date for fact discovery to December 14, 2007 and for completion of discovery to February 29, 2008.

Dated this 1st day of August, 2007.

                                Respectfully submitted,
                                Plaintiffs, by their attorneys

                                /s/ David H. Charlip_____
                                David H. Charlip (Florida Bar No.: 329932)
                                Charlip Law Group, LC
                                1930 Harrison Street, Suite 208
                                Hollywood, Florida 33020
                                954.921.2131
                                954.921.2191 (Fax)
                                dcharlip@charliplawgroup.com


                                /s/ Lisa Debrosse-Johnson_____
                                Lisa DeBrosse Johnson, BBO# 632428
                                The Pilot House
                                Lewis Wharf
                                Boston, MA 02110
                                (617) 854-3740
                                debrossejohnson@comcast.net

## Rule 7.1 (a) (2) Certification

Undersigned counsel certifies that on July 26, 2007, a true and correct copy of the foregoing motion in draft from was emailed to all counsel of record in these proceedings requesting their stipulation or comments and requesting that they advise of their agreement or opposition. The email was an attempt to narrow or resolve the issues in the motion. As of the date of the filing of this motion, counsel for Defendants, Hamel Wickens & Troupe and Roger Hamel have no objection to the relief sought, and counsel for the Defendant, Neptune Society, Inc., has not objection to the relief sought, but requests that the rescheduled status conference be after August 21.

## Certificate of Service

I HEREBY CERTIFY that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on this 1st day of August, 2007.

/s/ David H. Charlip
David H. Charlip
Admitted *Pro Hac Vice*